IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

**FILED**

NOV 04 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CALVIN CARTER

Plaintiff,

vs.

BANK OF AMERICA, N.A. AND

DATASEARCH NY INC D/B/A
TRAKAMERICA AND

BLITT AND GAINES, P.C.,

Defendants

Case No.: _____

VERIFIED COMPLAINT FOR DAMAGES,
INJUNCTIVE AND DECLARATORY
RELIEF

1:25-cv-13520
Judge Mary M. Rowland
Magistrate Judge Laura K. McNally
RANDOM / CAT.2

## VERIFIED COMPLAINT FOR DAMAGES, INJUNCTIVE AND

## DECLARATORY RELIEF

COMES NOW Plaintiff Calvin Carter, pro se, and for his Verified Complaint against

Defendants Bank of America, N.A., TrakAmerica, and Blitt and Gaines, P.C., alleges as follows:

## I. INTRODUCTION

1. This action arises under the Fair Debt Collection Practices Act ("FDCPA"), 15

U.S.C. § 1692 et seq., and the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §

1681 et seq. Plaintiff also asserts state law claims including common law fraud,

and violation of the Illinois Consumer Fraud and Deceptive Business Practices

Act, 815 ILCS 505/2.

2. Defendants jointly and unlawfully orchestrated a debt-collection, litigation, and

VERIFIED COMPLAINT FOR DAMAGES, INJUNCTIVE AND DECLARATORY RELIEF

1

credit-reporting scheme by submitting false documentation, fabricating charge-back communications, and misusing Plaintiff's private information without consent — causing ongoing harm to Plaintiff's credit and reputation **before, during, and after the state-court proceedings** related to *Bank of America v. Carter*, Case No. 2023-M1-109810 (Cook County Circuit Court).

## II. JURISDICTION AND VENUE

3. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 (federal question) and 15 U.S.C. §§ 1681p & 1692k(d). Supplemental jurisdiction is proper under 28 U.S.C. § 1367 for related state law claims.

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because, Defendants conduct business in this District and all material events occurred in Cook County.

## III. PARTIES

5. Plaintiff Calvin Carter is a consumer and resident of Cook County, Illinois.

6. Defendant Bank of America, N.A. (BoA) is a federally chartered bank with national operations and debt collection infrastructure.

7. Defendant TrakAmerica is a registered debt collection agency regulated under the Illinois Department of Financial and Professional Regulation ("IDFPR"), and FDCPA.

8. Defendant Blitt and Gaines, P.C. is a debt collection law firm operating in Illinois and regulated under the FDCPA.

9. At all relevant times, attorneys Michael Starzec and Barb Nielsen, acting as agents of Blitt and Gaines, through TrakAmerica, fabricated documents and

VERIFIED COMPLAINT FOR DAMAGES, INJUNCTIVE AND DECLARATORY RELIEF

2

submitted forged representations to the court and to BoA.

## IV. FACTUAL ALLEGATIONS

10. Plaintiff was notified in 2023 of a derogatory tradeline from BoA alleging a charged-off debt of approximately **$8,000.**

11. BoA delegated operational control of the account and fraud application claim processing to its third-party vendor, TrakAmerica, which acted under BoA's name through Blitt & Gaines in pursuing litigation under Case No. 2023-M1-109810 and processing chargebacks on the account.

12. Blitt and Gaines, through TrakAmerica, submitted fraudulent documentation to BoA, including chargeback requests falsely attributed to Carter. In multiple recorded phone calls with BoA agents Tierra, Brittany, and Jonathan, **it was confirmed that these chargebacks were** triggered by a debt validation letter (See Exhibit A), **not by** Carter himself.

13. On or about June 6, 2023, Defendants internally coded Plaintiff's debt validation letter as a, "Fraud Application Claim," an industry term used when a consumer reports a fraudulent account opening. Plaintiff never initiated or authorized any such claim. This internal misclassification, under the **Claim ID 230607G1A51F,** triggered unauthorized chargebacks and false credit reporting activity – creating the appearance that Plaintiff had engaged in fraudulent or criminal conduct involving a financial institution.

14. On or about **June 7, 2024**, BoA Fraud Servicing representative **Shakara** confirmed in a recorded call that **Claim ID 230607G1A51F** and its associated chargebacks, and credit reporting, were the result of **identity theft and**

VERIFIED COMPLAINT FOR DAMAGES, INJUNCTIVE AND DECLARATORY RELIEF

3

**impersonation**, and she provided Carter with **Fraud Case ID 813-231**, documenting the matter for law enforcement. During the call, Shakara stated:

*"Yes, Mr. Carter... this claim is gonna help for them to review into what's going on. Shouldn't nobody be able to do something that you can't, that you didn't even do, with your information.*

15. At no point did Carter file a consumer dispute that could trigger the chargeback process under industry standards; the chargebacks were fraudulently initiated in Carter's name without consent.

16. In BoA's February 11, 2025 CFPB response, Niaisha Williams of Regulatory Complaints admitted that on June 7, 2023, **"fraud application claim" 230607G1A51F** was opened from Plaintiff's initial correspondence—not by phone or online application—and listed the account as opened on December 24, 2021, instead of the original February 5, 2016 date. This conflicting data shows Defendants recoded Plaintiff's 2023 validation letter as **Claim 230607G1A51F**, causing unauthorized chargebacks and false credit reporting.

17. The creation and reopening of **Claim ID 230607G1A51F** necessarily indicate ongoing transactional activity under Plaintiff's account post charge off. Because Plaintiff made no such transactions, the claim itself evidences unauthorized use by BoA's agents or systems, confirming that the account was used without consent.

18. A transcript dated **February 26, 2025** (Exhibit B) confirms that **TrakAmerica**, not BoA, was in control of the account, rendering any collection or litigation actions by BoA improper and deceptive.

VERIFIED COMPLAINT FOR DAMAGES, INJUNCTIVE AND DECLARATORY RELIEF

4

19. The TrakAmerica response letter to the IDFPR dated May 2, 2025 (Exhibit C) confirms that Carter was not actively being pursued, yet collection and litigation proceeded based on misrepresented authority. As further confirmed in this correspondence, Blitt & Gaines misrepresented Carter's May 25, 2023 debt-validation letter as a 'fraud application' and transmitted it through TrakAmerica to BoA, which then coded the escalation as **Fraud Application Claim 230607G1A51F**, generating unauthorized chargebacks and false credit reporting.

20. Plaintiff's **Equifax, Experian, and TransUnion reports** (Exhibits D–F) reflect derogatory reporting that commenced **after** Carter submitted a debt validation letter dated May, 25, 2023— in direct violation of 15 U.S.C. § 1681s-2(b).

21. After Defendants coded Plaintiff's May 25 2023 debt-validation letter as **Fraud Application Claim 230607G1A51F** in June 2023, new false notations appeared across Plaintiff's credit reports, including Fair Credit Billing Act ("FCBA – Consumer Disagrees") "Consumer Disagrees with Resolution," and "DRC – Consumer Disagrees" remarks implying Plaintiff had filed fraudulent chargeback related disputes. Plaintiff did not file any disputes with Experian, Equifax and Transunion until April of 2025. These notations were inaccurate because Plaintiff never initiated any chargebacks or fraud application claims.

22. Despite Carter's multiple disputes, **including 29 CFPB complaints** (see Exhibits G-I), the Defendants failed to correct the inaccurate tradeline (See Exhibits J-L), misrepresented Carter's May, 25, 2023 debt validation letter as consent to file chargebacks, negative credit reporting, and continued to engage in active litigation.

VERIFIED COMPLAINT FOR DAMAGES, INJUNCTIVE AND DECLARATORY RELIEF

23. In a CFPB response dated May 8, 2025, TrakAmerica asserted that Plaintiff's fraud and identity-theft claims were "moot" because the Circuit Court of Cook County had granted BoA's Motion to Strike Plaintiff's Rule 280.5 Affidavit on April 29, 2025. TrakAmerica's statement—made to a federal regulator despite not being a named party in the state action—confirms its active participation in the litigation and its coordination with BoA and Blitt & Gaines. By declaring Plaintiff's identity-theft claims "moot" rather than addressing their substance, TrakAmerica joined in a concerted effort to suppress evidence of fraud, mislead regulators, and maintain the false narrative that Plaintiff initiated **Claim 230607G1A51F**.

24. On July 15, 2025, for context, a Cook County judge entered a judgment against Carter.

25. On July 21, 2025, at 2:58 p.m. CST, Eric Meyer, an associate attorney of Blitt & Gaines, submitted a CFPB response falsely accusing Carter of lying about identity theft, and at 4:56 p.m. CST, BoA's Mario Ramirez from Claims Resolution sent a secure email message claiming the Fraud Application Claim was Carter's, demonstrating collusion between the bank and its counsel.

26. Per scanning the QR code of BoA's notice (see Exhibit M), **Claim ID 230607G1A51F** was reopened without Carter's knowledge or consent on or about August 10, 2025, triggering yet another chargeback and false credit reporting. On August 22, 2025, Carter received a mailed notice stating that the claim was closed, but he was never provided any documentation explaining the reopening or demonstrating authorization within the 3–5 business days as

VERIFIED COMPLAINT FOR DAMAGES, INJUNCTIVE AND DECLARATORY RELIEF

6

promised, in direct contradiction to the representations made by the Fraud Servicing representative, Eric from Arkansas during a May 9, 2025 phone call. Instead, the notice merely reproduced two copied-and-pasted payment entries from prior transactions, providing no evidence of a legitimate investigation or authorization.

27. After obtaining judgment on July 15, 2025, and failing to conduct a reasonable investigation, BoA removed all false notations related to **Claim ID 230607G1A51F** in an apparent attempt to conceal its existence. Experian deleted the "FCBA – Consumer Disagrees" remark around August 2025, while simultaneously responding to Plaintiff's September 26, 2025 Method-of-Verification letter by claiming the account "meets the requirements of the FCRA." This boilerplate response reflects a superficial reinvestigation, as Experian simply reclassified the letter as a new dispute and relied on BoA's unverified confirmation. TransUnion, in October 2025, similarly scrubbed all 'DRC – Consumer Disagrees' notations without notice, while Equifax's October 2025 report still displays misleading codes like '167 – Consumer Disputes After Resolution' and '169 – Removes Compliance Condition Codes.' These conflicting actions reflect a willful pattern of FCRA noncompliance and a deliberate effort to cover up prior violations and consumer harm.

28. As a result of Defendants fabricated documents and misrepresentations, Plaintiff suffered adverse legal, reputational, and credit consequences, including the appearance of a state-court judgment based on inaccurate information.

29. This complaint **does not** seek to undo, overturn, or appeal the state-court

VERIFIED COMPLAINT FOR DAMAGES, INJUNCTIVE AND DECLARATORY RELIEF

7

judgment. The present action challenges Defendants' independent violations of federal and state law that occurred **before, during, and after** that proceeding that are outside the scope of the Rooker-Feldman doctrine.

## V. CAUSES OF ACTION

**COUNT I – VIOLATION OF FDCPA (15 U.S.C. §§ 1692e, 1692f)** (Against Blitt and Gaines and TrakAmerica)

30. Plaintiff re-alleges and incorporates by reference the preceding relevant factual allegations as though fully set forth herein.

31. Blitt and Gaines and TrakAmerica used false, deceptive, and misleading representations to collect a debt, in violation of **§ 1692e(2)(A) and § 1692e(10)**.

32. By filing suit on a debt they had no standing to enforce, submitting false chargebacks, and misusing court process, they further violated **§ 1692f** (unfair practices).

33. In *Heintz v. Jenkins*, 514 U.S. 291 (1995), the Supreme Court held that attorneys engaged in debt collection litigation are **subject to the FDCPA.**

**COUNT II – VIOLATION OF FCRA (15 U.S.C. § 1681s-2(b))** (Against BoA)

34. Plaintiff re-alleges and incorporates by reference the preceding relevant factual allegations as though fully set forth herein.

35. Defendant failed to reasonably investigate Carter's disputes upon notice from **Equifax, Experian, and TransUnion**, and continued to furnish inaccurate data after knowledge of errors, which Plaintiff first discovered in **November 2024** upon obtaining his full credit reports. Each consumer reporting agency received Plaintiff's disputes on **April 18, 2025,** thereby commencing the thirty-day

VERIFIED COMPLAINT FOR DAMAGES, INJUNCTIVE AND DECLARATORY RELIEF

reinvestigation period, yet BoA continued furnishing and publishing the same inaccurate information well beyond **June 2025**, evidencing reckless and willful non-compliance.

36. See *Cushman v. TransUnion*, 115 F.3d 220 (3d Cir. 1997) – furnisher must conduct full investigation upon dispute.

**COUNT III – ILLINOIS CONSUMER FRAUD (815 ILCS 505/2)** (Against All Defendants)

37. Plaintiff re-alleges and incorporates by reference the preceding relevant factual allegations as though fully set forth herein.

38. BoA unlawfully disclosed and used Plaintiff's private financial information, accepted unauthorized third-party communications, and processed chargeback applications without Carter's consent.

39. Defendants submitted and transmitted non-public financial data through forged, and unauthorized chargeback forms, constituting unfair and deceptive acts under 815 ILCS 505/2, intended to deceive Plaintiff and credit agencies into accepting such data as genuine.

40. BoA and its agents breached their duty to maintain the confidentiality and integrity of Plaintiff's financial identity and knowingly misrepresented Plaintiff's actions to justify continued collection and litigation, with the intent that courts, regulators, and credit agencies rely on those misrepresentations.

41. Defendants, including BoA, knowingly permitted and adopted false and misleading chargeback data generated by their agents, Blitt & Gaines and TrakAmerica. To the extent BoA asserts it was misled, such reliance was reckless and in bad faith, as the bank possessed direct notice of fraud through

VERIFIED COMPLAINT FOR DAMAGES, INJUNCTIVE AND DECLARATORY RELIEF

9

CFPB complaints, OCC correspondence, and internal fraud confirmations.

42. Defendants' deceptive acts, occurring in the course of offering and servicing consumer credit, reflect business practices that endanger the public interest. By reclassifying debt validation letters as 'fraud applications' and transmitting false credit data, Defendants engage in conduct likely to mislead and harm other consumers, satisfying the consumer-nexus requirement of 815 ILCS 505/2.

## COUNT IV – COMMON-LAW FRAUD AND MISREPRESENTATION (Against All Defendants)

43. Plaintiff re-alleges and incorporates by reference the preceding relevant factual allegations as though fully set forth herein.

44. Defendants knowingly, or with reckless disregard for the truth, fabricated and filed forged chargeback requests and falsely attributed statements to Carter that they knew to be untrue, intending that courts, regulators, and credit agencies rely on those misrepresentations to legitimize collection and support enforcement actions.

45. As a direct and proximate result of these misrepresentations, Plaintiff suffered reputational harm, emotional distress, and financial loss, including the appearance of an invalid debt on his credit reports, adverse legal consequences, and ongoing injury to his financial standing and credibility

## COUNT V – CIVIL CONSPIRACY (Against All Defendants)

46. Plaintiff re-alleges and incorporates by reference the preceding relevant factual allegations as though fully set forth herein.

47. Defendants BoA, TrakAmerica, and Blitt & Gaines conspired to falsely attribute

VERIFIED COMPLAINT FOR DAMAGES, INJUNCTIVE AND DECLARATORY RELIEF

10

fraudulent financial conduct to Plaintiff to collect a debt and suppress evidence of their misconduct. Blitt & Gaines misrepresented Plaintiff's May 25, 2023 debt-validation letter as a, "fraud application," claim, TrakAmerica relayed this to BoA, which adopted and coded it as **Fraud Application Claim 230607G1A51F**—causing unauthorized chargebacks and false credit reporting. Each Defendant repeated the same false narrative linking the claim to the May 25, 2023 letter across court filings and regulatory responses. These coordinated acts sustained litigation on an account they knew or should have known was fraud-tainted, causing Plaintiff reputational, emotional, and financial harm.

48. Under *Midwest Grinding Co. v. Spitz*, 976 F.2d 1016 (7th Cir. 1992), this qualifies as civil conspiracy to commit fraud.

## VI. PRAYER FOR RELIEF

Plaintiff requests the following:

A. Enter judgment in his favor and against all Defendants;

B. Declare that Defendants are jointly and severally liable for all damages resulting from the acts and omissions described herein;

C. Plaintiff seeks damages in an amount believed to exceed $75,000 to be proven at trial;

D. Award actual damages;

E. Award statutory damages under 15 U.S.C. § 1692k and § 1681n;

F. Award punitive damages;

G. Issue injunctive relief prohibiting future collection or credit reporting of the account;

VERIFIED COMPLAINT FOR DAMAGES, INJUNCTIVE AND DECLARATORY RELIEF

11

H. Issue declaratory relief declaring that any future collection or credit reporting of the account is prohibited;

I. Grant such other relief as the Court deems just and proper.

## VII. DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all triable issues.

## VERIFICATION

I, **Calvin Carter**, declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___ day of _____, 2025.

**/s/ Calvin Carter**

Calvin Carter

5006 S. Blackstone Avenue Apartment 104, Chicago, Cook County, IL

Pro Se Plaintiff

VERIFIED COMPLAINT FOR DAMAGES, INJUNCTIVE AND DECLARATORY RELIEF

Exhibit Index for Federal Complaint

Exhibit A - May 25, 2023 Debt Validation Letter

Initial debt validation letter sent by Plaintiff that was later misrepresented by Defendants and used to fabricate fraud application claim 230607G1A51F.

Exhibit B - Transcript Confirming TrakAmerica's Control

Phone call transcript from Bank of America representative confirming that TrakAmerica—not Bank of America—controlled the account.

Exhibit C- TrakAmerica's IDFPR Complaint Response

Official response from TrakAmerica submitted to the Illinois Department of Financial and Professional Regulation (IDFPR) confirming litigation based on misrepresentation.

Exhibit D - Equifax Credit Report – April 12, 2025

Copy of Equifax credit report displaying false dispute codes and inaccurate reporting tied to Claim ID 230607G1A51F.

Exhibit E - Experian Credit Report – April 12, 2025

Experian report showing a false remark, FCBA dispute resolved- consumer disagrees, later scrubbed

Exhibit F - TransUnion Credit Report – April 12, 2025

TransUnion report showing "DRC – Consumer Disagrees" codes falsely linked to Claim ID 230607G1A51F.

Exhibit G - Equifax Dispute Submission

Exhibit H - Experian Dispute Submisslom

Exhibit I - TransUnion Dispute Submission

Exhibit J - Equifax Investigation Results of May 2025

Summary and results of Equifax's response following Plaintiff's requests, still displaying deceptive notations.

Exhibit K - Experian Investigation Results of May 2025

Investigation results from Experian showing suppression of prior dispute activity and concealment of earlier violations.

Exhibit L - TransUnion Investigation Results May 2025

Exhibit M – August 11, 2025 Claim Evaluation

FILED DATE: 12/5/2024 3:19 PM   20231109810

Calvin Carter
5006 S. Blackstone Ave. Apt. 104
Chicago, IL, 60615

Blitt and Gaines P.C.
775 Corporate Woods Parkway
Vernon Hills, IL, 60061

5/25/23

To Management Named As: Jan Gaines, and Barbera Nielsen :

I am requesting the verification of a negative item notified to me on March 10, 2023, in pursuit to the Fair Debt Collections Practices Act, 15USC 1692 Sec.809 (b). You are required under the above named titled and section, to show your lawful authority to collected on an alleged debt claim; I am requesting the following items:

- The name and address of the original creditor.
- A copy of the original contract between myself and the original creditor.
- The original application for this account with my signature.
- A copy of the agreement authorizing your company to collected on their behalf of the original creditor.
- FULL detailed accounting history on the account and the calculations on how they reached the amount owe.
- Provide verification on any judgments connected to this account.
- Provide your license to collect in my state and your registered agent name with their address.
- Please show proof that the Statue of Limitations has not expired in my state for this account.
- Provide the date of the last payment on this account.

Please provide the answer to this request in writing within 30 days or I will be forced to take legal actions.

Thank you for your cooperation.
Calvin Carter

RECEIVED
5/30/2023 7:30:32 PM

0012



**Transcript of Nancy of the Fraud Department admitting Trakamerica has control over the account on February 26, 2025**

Nancy - Supervisor

Thank you for holding. Again, my name is Nancy. The supervisor requested also to let you know calls are recording on the security of the account. Can you please confirm your name for me?

Calvin

Yes, my name is Calvin Carter.

Nancy

Mr. Carter, I understand you're calling in regards to an account ending in 1-7-7-7.



Calvin

Yes, Nancy, yes.

Nancy

And what question can I answer for you?

Calvin

Yeah, uh, these claims that have been placed on the account, I don't know what they are, and I don't know where they come from, and I could give you the claim number if you like.

Nancy

All right. I can definitely go ahead and assist you with answering that question. You've reached the right person. So it looks like this account has already been turned over to TrakAmerica. And the claims that are being asked about and opened were through TrakAmerica. So you would need to contact them in order to go ahead and ask these questions because it's in their care.

Calvin

So the thing is that uh I've never initiated these claims to begin with anyway and they're still happening yeah they're like they're still happening.

Nancy

Mmm-hmm

Calvin

Uh close to this present day uh because I just received a response from Bank of America and which is looks like there were more that was initiated and I could give you those dates if you like.

Nancy

Unfortunately, because it's already with TrakAmerica, we would not be able to open up or research anything. It has to go through them. Any claims that are being opened are through TrakAmerica. The only thing that we're doing is validating any information that they're requesting. Um We provide any um information, but it has to go through TrakAmerica.

Calvin

Okay, yeah, because there was another manager that I spoke with, and he was actually beginning to tell me where they came from. And it looks like these claims apparently were initiated through Blit and Gaines. But like I said, I've never done these. And I know when these claims normally happen, it is to return a balance or portions of the balance or the whole balance back to the person's checking account or to their way of utilizing the card. And like I said, I've never done this. And at the moment, this is identity

theft, because I don't know anything about these claims. And nor am I trying to get a refund or a return or any type of claim for $7599.65. I've never done that. I've never called Bank of America about this either. Now, all of these claims, they all have Bank of America's name attached to them, Claims Resolution, TX2-979-0253, with the P.O. box being in Dallas, Texas. And like I said, I've never done any of this at all.

Nancy

Of course, and I most definitely understand your concern where it's coming from. Because it's no longer in our care or our system, we're not able to actually research anything. And every question has to go through TrakAmerica. We have to go through them. So any questions about any claims or anything has to go through that department. We're not able to go ahead and touch this account or go back and research anything.

Calvin

Um, is there a way that I can possibly speak with the manager who had who originally helped me with this account today or no?

Nancy

We would not—we can only refer you back to TrakAmerica. It's no longer in our care. It has to go through that—through them. That is a legal vendor attached to this account. We cannot provide any other information on this account.

Calvin

You said legal vendor attached to your account. Uh, do you mind elaborating on that?

Nancy

This card has already been transferred over to TrakAmerica.

Calvin

Okay, okay. And uh with...

Nancy

We no longer can touch this account.

Calvin

Okay, does that also mean that the account has been securitized and sold to them or securitized and transferred to them?

Nancy

It is all we have is that the, this card is now to TrakAmerica, any claims or anything you have to go through them. And I can provide you with the direct numbers you need.

Calvin

What's their phone number?

Nancy

Okay, that's 1-888 -920-0620.

Calvin

Okay and even though all of these notices say that they come from Bank of America and with the claim number here I would still have to go through Trakamerica because they have your name.

Nancy

Thats correct, because the only notifications that we're getting is validations of the account and that's



EXHIBIT

B·

2

where the letters come from. But all information has to go through TrakAmerica.

Calvin

Ok, so that was my concern, because like I said, the claim notices, they all have Bank of America's name on here. I don't see anything about a third party agency, TrakAmerica or anybody like that looking at them now. So that that is why I'm calling. But I appreciate you for telling me that.

Nancy

You're Welcome

Calvin

All right, Thank you.

Nancy

Have a good day.



EXHIBIT

B.

3



**IDFPR**
Illinois Department of
Financial and Professional Regulation
Division of Financial Institutions

EXHIBIT

C

www.idfpr.illinois.gov

| JB PRITZKER | MARIO TRETO, JR. | FRANCISCO MENCHACA |
|---|---|---|
| Governor | Secretary | Director |

Calvin Carter
5006 South Blackstone Avenue
Chicago, IL 60615-3032
Cc17201@gmail.com

RE:     Data Search NY Inc dba TrakAmerica
         Complaint # 2025-04388

Dear Mr. Carter:

The Department of Financial and Professional Regulation ("Department"), Consumer Credit Section has reviewed your complaint regarding the above referenced licensee.

The Department has reviewed the information you provided and the information provided by Data Search. Enclosed, please find Data Search response to your complaint. Although we understand this situation may be upsetting for you, based upon our investigation, the Department has decided not to take any further action at this time. Therefore, we cannot provide any further assistance on this matter.

As we previously noted, the Department is not your attorney in this matter and does not have the power to adjudicate complaints. You may wish to consult with an attorney. If you believe Data Search's practices were deceptive or unfair, you may also wish to file a complaint with the Consumer Fraud Bureau of the Illinois Attorney General's Office.

http://www.illinoisattorneygeneral.gov/consumers/filecomplaint.html

Please accept our appreciation for bringing this matter to our attention. Should you have any questions please feel free to contact me in writing at fpr.consumercredit@illinois.gov or Department of Financial and Professional Regulation, Consumer Credit Section, 555 W Monroe St. Suite 500 Chicago, IL 60661.

Sincerely,

Javier Alday

Division of Financial Institutions
Enclosure(s): Licensee Response

EXHIBIT

C

**From:** Gregory Harmer
**To:** Alday, Javier
**Subject:** [External] Carter, Calvin | IL DPR | C1016226 | Case: 2025-04388
**Date:** Friday, May 2, 2025 11:18:59 AM

On April 23, 2025, Data Search NY Inc., which conducts business as TRAKAmerica (the "Company") was made aware of a complaint that Calvin Carter (the "Consumer") raised with the Illinois Department of Professional Regulation ("DPR") relating to the alleged activities of the Company.

The Company is engaged in the business of the management of loan portfolios for, among others, Bank of America (the "Client). The Company does not send correspondence to consumers directly, does not place outbound telephone calls to consumers and has not received any telephone calls from the Consumer. The Company has received at least four letters from the Consumer as well as four separate complaints through the Consumer Financial Protection Bureau ("CFPB"). As of today, the Company has responded to all CFPB complaints. The Company has had no direct contact with the Consumer.

The Client placed the Consumer's account with the Company on November 7, 2022 and the Company forwarded the account to Blitt and Gaines (the "Law Firm") on March 6, 2023.

On March 10, 2023, the Law Firm mailed its initial letter to the Consumer regarding the account (at the address provided in the Consumer's complaint); the Law Firm did not receive a response to its letter and, on May 1,2023, filed a lawsuit (the "Lawsuit") against the Consumer to recover the unpaid balance of the account. The Consumer was served with a copy of the lawsuit on March 5, 2024.

The Consumer has asserted fraud on four separate occasions. The Law Firm escalated the first fraud claim to the Client on June 6, 2023, in response to the Consumer's May 25, 2023 letter to the Law Firm. The Law Firm received a second letter received on May 17, 2024, which the Law Firm also escalated to the Client on May 20, 2024. The Client investigated the Consumer's allegations of fraud two additional times - on October 24, 2024 and December 20, 2024. Each fraud investigation resulted in a denial and the Client mailed supporting information to the Consumer at the address provided in the complaints. Due to the Client's denials, the fraud allegations had no impact on the account balance. At no time was the Company "in control" of the Consumer's account, it did not "initiate all fraud claims" and there were no required "balance reversions" as a



**EXHIBIT**

_C_

result of the fraud claims.

It appears that the Consumer is under the impression that upon charge-off of the account the Consumer no longer had an obligation to satisfy the account balance and that the fraud claims, initiated by the Consumer, revived the balance. This understanding is inaccurate. It is the Company's opinion that there was no process failure associated with the handling of the Consumer's account. The Consumer's account charged off and the Client retained the Law Firm to recover the deficiency balance. The Consumer initiated fraud claims which the Law Firm escalated to the Client and the claims were determined to be without merit.

The Consumer is currently in active litigation in the Circuit Court of Cook County, Illinois in which the Consumer has asserted similar claims against the Client and the Law Firm (although not against the Company). We understand that the Cook County Circuit Court will consider (and hopefully resolve) the Consumer's allegations at hearings scheduled for April 29 and May 5, 2025. The Company believes that since the Consumer's complaint to DPR is duplicative to those raised in connection with the Lawsuit, the resolution of those allegations should be resolved in that forum. The Consumer may contact the Law Firm on 844-762-8146 with any additional questions.

Given the Company's lack of direct contact with the Consumer and to prevent duplicative efforts, we believe that the documentation provided by the Law Firm in response to this complaint will satisfy the DPR's inquiry. Please contact me with any questions.

Gregory Harmer
General Counsel
347-350-4972

This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility

of the recipient to ensure that it is virus free and no responsibility is accepted by TRAKAmerica, its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format.



4

**my**Equifax™

CALVIN CARTER

| Home | **Your Equifax credit report** | As of **October 22, 2025** |

**YOUR CREDIT**

**Credit Report** ⌃

**Credit Report date**

Equifax - April 12, 2025

You still have **4 of 6 free Equifax credit reports** available before **January 12, 2026.**

Get my free credit report

Summary

Credit Accounts ⌃

**Revolving Accounts**

Mortgage Accounts

Installment Accounts

Open Lines

Consumer Statement

Personal Information

Inquiries

Public Records

Collections

Your Rights

**YOUR IDENTITY**

Freeze

Fraud & Active Duty Alerts

Dispute Center

Products for You

**EXHIBIT**

D

‹ Back

# Bank of America
Report Date: Apr 12, 2025

## CLOSED
### ACCOUNT STATUS

Closed accounts stay on your credit report for up to 10 years since the date of last activity. Negative information such as late payments or collections, generally stay on your Equifax credit report for up to 7 years from the date of first delinquency.

| Details | Payments | **24 Month History** |

**24 MONTH HISTORY**

The table below shows up to 24 months of historical data. If the table is blank, this data was not provided to Equifax.

| Date | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 03/25 | $7,599 | - | - | 02/12/2022 | $7,599 | $7,599 | $6,900 | 167,067,065,002 |
| 02/25 | $7,599 | - | - | 02/12/2022 | $7,599 | $7,599 | $6,900 | 167,067,065,002 |
| 01/25 | $7,599 | - | - | 02/12/2022 | $7,599 | $7,599 | $6,900 | 167,067,065,002 |
| 12/24 | $7,599 | - | - | 02/12/2022 | $7,599 | $7,599 | $6,900 | 167,067,065,002 |
| 11/24 | - | - | - | 02/12/2022 | - | $7,599 | $6,900 | 022 |
| 10/24 | $7,599 | - | - | 02/12/2022 | $7,599 | $7,599 | $6,900 | 167,067,065,002 |
| 09/24 | $7,599 | - | - | 02/12/2022 | $7,599 | $7,599 | $6,900 | 067,065,002 |
| 08/24 | $7,599 | - | - | 02/12/2022 | $7,599 | $7,599 | $6,900 | 067,065,002 |
| 07/24 | $7,599 | - | - | 02/12/2022 | $7,599 | $7,599 | $6,900 | 067,065,002 |

| Date | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 06/24 | $7,599 | - | - | 02/12/2022 | $7,599 | $7,599 | $6,900 | 067,065,002 |
| 05/24 | $7,599 | - | - | 02/12/2022 | $7,599 | $7,599 | $6,900 | 067,065,002 |
| 04/24 | $7,599 | - | - | 02/12/2022 | $7,599 | $7,599 | $6,900 | 067,065,002 |

< | **1** 2 | > 

**EXHIBIT**

D
_____

**Narrative code description:**

167 — Consumer Disputes After Resolution

065 — Account Closed By Credit Grantor

022 — Consumer Disputes-Reinvestigation In Process

067 — Charged Off Account

002 — Credit Card

Priv

**EFX** Copyright 2025 Equifax Inc. All rights reserved. Equifax and the Equifax marks used herein are trademarks of Equifax Inc. Other product and company names mentioned herein are the property of their respective owners.

*powering the world with knowledge*



Prepared For **CALVIN CARTER**   Date generated: Apr 12, 2025

# Closed accounts

| BANK OF AMERICA | $7,599 |
| --- | --- |
| 34 potentially negative months | Closed |

### Account info

| | | | |
| --- | --- | --- | --- |
| Account name | **BANK OF AMERICA** | Balance | **$7,599** |
| Account number | **XXXX** | Balance updated | **Apr 07, 2025** |
| Original creditor | - | Credit limit | **$6,900** |
| Company sold | - | Monthly payment | - |
| Account type | **Credit card** | Last Payment Date | **Feb 12, 2022** |
| Date opened | **Feb 05, 2016** | Past due amount | **$7,599** |
| Open/closed | **Closed** | Highest balance | **$7,599** |
| Status | **Account charged off. $7,599 written off. $7,599 past due as of Apr 2025.** | Terms | - |
| | | Responsibility | **Individual** |
| | | Your statement | - |
| Status updated | **Nov 2022** | | |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2025 | CO | CO | CO | CO | - | - | - | - | - | - | - | - |
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2022 | ✓ | ✓ | ✓ | ✓ | 30 | 60 | 90 | 120 | 150 | 180 | CO | CO |
| 2021 | - | - | - | - | - | - | - | - | - | - | ✓ | ✓ |

| | | |
| --- | --- | --- |
| ✓ Current / Terms met | CO Charge off | 30 Past due 30 days |
| 60 Past due 60 days | 90 Past due 90 days | 120 Past due 120 days |
| 150 Past due 150 days | 180 Past due 180 days | - Data Unavailable |

### ✉ Contact info

| | |
| --- | --- |
| Address | PO BOX 982238 EL PASO, TX 79998 |
| Phone number | (800) 421-2110 |

### Comments

Account closed at credit grantor's request

FCBA dispute resolved - consumer disagrees



EXHIBIT

E

| | |
|---|---|
| **Personal Credit Report for:**<br>CALVIN CARTER<br><br>**File Number:**<br>342133008<br><br>**Date Created:**<br>04/12/2025 | A quick heads up:<br><br>**Your credit score is not included with your TransUnion credit report.** |

# Your TransUnion Credit Report

**Found something inaccurate on your credit report?**

Visit **transunion.com/dispute** to start a dispute online.

If you are experiencing a financial hardship related to a public health emergency or your personal circumstances, you can add a consumer statement to your credit file to explain your situation by visiting us at **www.transunion.com/credit-help** ☑.

## 🧑 Personal Information

Your SSN has been masked for your protection.

**Credit Report Date**

04/12/2025

**Social Security Number**

XXX-XX-1894

**Date of Birth**

02/08/1989

**Name**

CALVIN CARTER

## Addresses

Current Address

5006 S BLACKSTONE AVE APT 104 CHICAGO, IL 60615-3045

Date Reported

10/31/2014



EXHIBIT

F

| | February 2023 | March 2023 | April 2023 | May 2023 | June 2023 | July 2023 | August 2023 |
|---|---|---|---|---|---|---|---|
| Balance | $7,599 | $7,599 | $7,599 | $7,599 | - - - | - - - | - - - |
| Past Due | $7,599 | $7,599 | $7,599 | $7,599 | - - - | - - - | - - - |
| Scheduled Payment | - - - | - - - | - - - | - - - | - - - | - - - | - - - |
| Remarks | - - - | PRL< | CBG/> | - - - | PRL< | CBG/> | - - - |
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | September 2023 | October 2023 | November 2023 | December 2023 | January 2024 | February 2024 | March 2024 |
|---|---|---|---|---|---|---|---|
| Balance | - - - | - - - | $7,599 | $7,599 | $7,599 | $7,599 | $7,599 |
| Past Due | - - - | - - - | $7,599 | $7,599 | $7,599 | $7,599 | $7,599 |
| Scheduled Payment | - - - | - - - | - - - | - - - | - - - | - - - | - - - |
| Remarks | PRL< | DRC/CBG/> | - - - | PRL< | DRC/CBG/> | - - - | PRL< |
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O |



EXHIBIT

F

| | April 2024 | May 2024 | June 2024 | July 2024 | August 2024 | September 2024 | October 2024 |
|---|---|---|---|---|---|---|---|
| **Balance** | $7,599 | $7,599 | $7,599 | $7,599 | $7,599 | $7,599 | $7,599 |
| **Past Due** | $7,599 | $7,599 | $7,599 | $7,599 | $7,599 | $7,599 | $7,599 |
| **Scheduled Payment** | - - - | - - - | - - - | - - - | - - - | - - - | - - - |
| **Remarks** | DRC/CBG/> | - - - | PRL< | DRC/CBG/> | - - - | PRL< | DRC/CBG/> |
| **Rating** | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | November 2024 | December 2024 | January 2025 | February 2025 | March 2025 | April 2025 |
|---|---|---|---|---|---|---|
| **Balance** | $7,599 | $7,599 | $7,599 | $7,599 | $7,599 | $7,599 |
| **Past Due** | $7,599 | $7,599 | $7,599 | $7,599 | $7,599 | $7,599 |
| **Scheduled Payment** | - - - | - - - | - - - | - - - | - - - | - - - |
| **Remarks** | - - - | PRL< | DRC/CBG/> | - - - | PRL< | DRC/CBG/> |
| **Rating** | C/O | C/O | C/O | C/O | C/O | C/O |

**EXHIBIT**

**F**

Total Months: 8

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CAPITAL ONE 415417980201****

## Account Information

**Address**                                                                P O Box 31293 Salt Lake City, UT 84131

**Phone**                                                                                                      (800) 955-7070

**Date Opened**                                                                                                  09/17/2016

**Responsibility**                                                                                          Individual Account

3

To: Equifax Information Services LLC
P.O. Box 740256
Atlanta, GA 30374

Re: Full File Disclosure Request under 15 U.S.C. § 1681g(a)

Dear Equifax,

I am formally requesting a complete file disclosure pursuant to the Fair Credit Reporting Act (15 U.S.C. § 1681g). This request includes, but is not limited to, internal records, dispute communications, reinvestigation logs, ACDV/e-OSCAR data, and any notes associated with dispute handling on the following tradeline:

- Bank of America Account Ending in 1777
- Reported Balance: $7,599
- Current Status: Charge-Off – Consumer disputes after resolution

This request is specifically tied to Claim ID 230607G1A51F, which was fraudulently created and re-evaluated without my consent. I never initiated this claim. However, BoA (or its third-party vendor, TrakAmerica) issued denial letters dated June 8, 2024 and December 19, 2024, both using that same claim ID. These denials appear to have triggered updated credit reporting under your system, with dispute tags continuing through April 2025.

Please include:

- All internal dispute and reinvestigation records related to this account
- Any ACDV or e-OSCAR responses from Bank of America or TrakAmerica
- All notes referencing Claim ID 230607G1A51F
- All timestamps, status updates, and notations (e.g., "Consumer disputes after resolution")
- The name of the party certifying accuracy of the data during each update

This request is also for my complete consumer file as defined under 15 U.S.C. § 1681g(a), including all tradelines, dispute records, automated verification data, and any internal documentation related to any and all accounts listed on file, not solely the Bank of America tradeline referenced above.

Attached are copies of my government-issued ID, Social Security verification, and a utility bill to verify identity.

Thank you for your cooperation.

Sincerely,
Calvin Carter
5006 S. Blackstone Ave. Apt. 104
DOB: 02/08/1989



**EXHIBIT**

6

To: Experian
P.O. Box 4500
Allen, TX 75013
Re: Full File Disclosure Request under 15 U.S.C. § 1681g(a)

Dear Experian,
I am requesting a full consumer file disclosure for all information your agency maintains about me under the Fair Credit Reporting Act. This includes all internal records, dispute history, ACDV/e-OSCAR data, furnisher communications, and other documentation not visible in the standard credit report.

Specifically, please provide:
- All dispute records related to Bank of America Account Ending in 1777 (reported as charge-off, $7,599 balance)
- Any ACDV/e-OSCAR responses or codes furnished by Bank of America, TrakAmerica, or Blitt & Gaines
- All internal notes, codes, timestamps, or comments used during your review of my dispute(s)
- Any updates tied to Claim ID 230607G1A51F
- Documentation on when and how the account was verified, including the identity of the furnisher

This request follows an identity theft-based dispute I submitted to Experian in December 2024 concerning the accuracy of the balance and activity associated with this tradeline. Although I did not submit a police report at that time, this dispute constituted valid notice under 15 U.S.C. § 1681i(a), which required Experian to conduct a reasonable reinvestigation. No reinvestigation results or verification documentation was provided to me in response. This request seeks all internal records and actions taken as part of that process.

This request is also for my complete consumer file as defined under 15 U.S.C. § 1681g(a), including all tradelines, dispute records, automated verification data, and any internal documentation related to any and all accounts listed on file, not solely the Bank of America tradeline referenced above.
Attached are copies of my driver's license, Social Security number, and a utility bill for identity verification.

Thank you for your assistance.

Sincerely,

Calvin Carter
5006 S. Blackstone Ave. Apt. 104
DOB: 02/08/1989



EXHIBIT

H

To: TransUnion LLC
P.O. Box 2000
Chester, PA 19016

Re: Full File Disclosure Request under 15 U.S.C. § 1681g(a)

Dear TransUnion,

I am requesting a full consumer file disclosure for all data you maintain about me under the Fair Credit Reporting Act (15 U.S.C. § 1681g). This request includes all dispute records, internal reinvestigation history, timestamps, ACDV/e-OSCAR entries, and any information relating to the Bank of America tradeline described below:

- Bank of America Account Ending in 1777
- Reported Balance: $7,599
- Current Status: Charge-Off – DRC: Dispute Resolved – Consumer Disagrees

This account is associated with Claim ID 230607G1A51F, which I never initiated. However, denial letters tied to this claim were issued by BoA (or its vendor, TrakAmerica) on June 8, 2024, and December 19, 2024. These denials appear to have triggered updates to your credit reporting cycle, including recurring "DRC" tags beginning in October 2023 and continuing quarterly through April 2025.

Please provide:
- All dispute logs tied to this account
- Internal notes or history of claim ID 230607G1A51F
- Copies of any furnisher communications or verification entries
- Dates and identifiers for all DRC-labeled dispute outcomes
- The party that certified accuracy of the data at each reporting stage

This request is also for my complete consumer file as defined under 15 U.S.C. § 1681g(a), including all tradelines, dispute records, automated verification data, and any internal documentation related to any and all accounts listed on file, not solely the Bank of America tradeline referenced above.

I've included identity verification documents (government-issued ID, SSN, and proof of address) with this request.
Thank you for your prompt attention.

Sincerely,
Calvin Carter
5006 S. Blackstone Ave. Apt 104
DOB: 02/08/1989



Case: 1:25-cv-13520 Document #: 1 Filed: 11/04/25 Page 31 of 41 PageID #:31

P.O. Box 105069
Atlanta, GA 30348

00001938- DISC
CALVIN CARTER
5006 S BLACKSTONE AVE APT 104
CHICAGO, IL 60615-3045

# EQUIFAX

CREDIT FILE : May 06, 2025

Confirmation # 5110554072

Dear CALVIN CARTER:

We are pleased to let you know that the results of the dispute you recently filed with Equifax are complete. Here are a few things to know about the process:

**Were changes made to my credit report and what actions were taken?**

Please see the following page(s) for more detailed information on your specific results.

If we were able to make changes to your credit report based on the information you provided, we have done so. Otherwise, we contacted the company reporting the information to Equifax for them to investigate your dispute.

In this situation:

- We request that the reporting company verify the accuracy of the information you disputed;

- We provide them with any relevant information and supporting documentation you provided us with the dispute to consider as part of the investigation; and

- We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

If your dispute involves a public record item, Equifax contacts a third party vendor to obtain the most

recent status of the public record.

**How do I know that all of this is happening?**

When the reporting company replies to us, they certify that they have followed Equifax's instructions and the aw; considered all information and documentation provided; and updated your information, as necessary.

**What should I do if I do not agree with the results of the investigation?**

You have a few options:

(End of Report)
000001938-DISC

Page 1 of 82



EXHIBIT 4

5110554072-Y8J-0ec3016b0000019a-05062025

**How should I read my dispute results?**

To better assist you with understanding the results of your dispute, please review the information below:

- If an item states **"Deleted"**, we have removed it from your credit report and taken steps so it does not reappear.
- If an item states **"Verified as Reported"**, the reporting company has certifed it is reporting accurately.
- If an item states **"Updated"**, we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only: **The information you disputed has been updated.**

Updated disputed account information. Additional account information was also updated: **The information you disputed has been updated as well as other information on this item.**

Disputed information accurate. Updated account information unrelated to the dispute: **The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.**

Consumer's dispute not specific. Consumer Information verified. Account information updated: **Information on your report has been updated.**



| The Results Of Our Reinvestigation |
|---|

| **Credit Account Information** (For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by credit grantors) | | |
|---|---|---|
| **Account History Status Code Descriptions** | 1 : 30-59 Days Past Due<br>2 : 60-89 Days Past Due<br>3 : 90-119 Days Past Due<br>4 : 120-149 Days Past Due | 5 : 150-179 Days Past Due<br>6 : 180 or More Days Past Due<br>G : Collection Account<br>H : Foreclosure | J : Voluntary Surrender<br>K : Repossession<br>L : Charge Off |

**>>> We have researched the credit account. Account # - *1777 The results are:** WE VERIFIED THAT THIS ITEM BELONGS TO YOU. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION *HISTORICAL ACCOUNT INFORMATION. If you have additional questions about this item please contact: **Bank of America, PO Box 982238, El Paso, TX 79998-2238 Phone: (800) 421-2110**

**Bank of America**    PO Box 982238 El Paso TX 799982238 : 8004212110

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *1777 | 02/05/2016 | $7,599 | $6,900 | | Monthly | 40 | Closed | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/06/2025 | $7,599 | $7,599 | 02/12/2022 | | | 05/07/2022 | | | $7,599 | | | | 06/07/2022 |

| Status | Type of Account | Type of Loan | Whose Account | Portfolio Indicator | Portfolio Status |
|---|---|---|---|---|---|
| Charge Off | Revolving | Credit Card | Individual Account | | |

ADDITIONAL INFORMATION:
*Consumer Disputes After Resolution*


EXHIBIT E

(End of Report)
000001938-DISC

5110554072-Y8J-0ec3016b0000019a-05062025

Prepared For

**Personal & Confidential**

Date Generated   May 6, 2025

Report Number   3681-2527-64

## About Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

## Here are your results

### BANK OF AMERICA

Account • 440066XXXXXXXXXX

Information on this item has been updated. Please review your report for the details.

You can contact BANK OF AMERICA at PO BOX 982238, EL PASO , TX 79998 or (800) 421-2110


Updated

 **After your dispute**

 **Account Info**

| Account Name | BANK OF AMERICA | Balance | $7,599 |
|---|---|---|---|
| Account Number | 440066XXXXXXXXXX | Balance Updated | 05/05/2025 |
| Account Type | Credit card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Date Opened | 02/05/2016 | Original Balance | $6,900 |
| Status | Account charged off. $7,599 written off. $7,599 past due as of May 2025. | Highest Balance | $7,599 |
| | | Terms | - |
| Status Updated | 11/2022 | On Record Until | Jan 2029 |


EXHIBIT

K

## $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | CO | – | – | – | – | – | – | – |
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2022 | ✓ | ✓ | ✓ | ✓ | 30 | 60 | 90 | 120 | 150 | 180 | CO | CO |
| 2021 | – | – | – | – | – | – | – | – | – | – | ✓ | ✓ |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | 150 | Past due 150 days |
| 180 | Past due 180 days | CO | Charge off |

**Payment history guide**

Charge Off as of May 2025 to Nov 2022

180 days past due as of Oct 2022

150 days past due as of Sep 2022

120 days past due as of Aug 2022

90 days past due as of Jul 2022

60 days past due as of Jun 2022

30 days past due as of May 2022

This account is scheduled to continue on record until Jan 2029.

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Mar 2025 | $7,599 | $0 | $0 on 2/12/2022 |
| Feb 2025 | $7,599 | $0 | $0 on 2/12/2022 |
| Jan 2025 | $7,599 | $0 | $0 on 2/12/2022 |
| Dec 2024 | $7,599 | $0 | $0 on 2/12/2022 |
| Nov 2024 | $7,599 | $0 | $0 on 2/12/2022 |
| Oct 2024 | $7,599 | $0 | $0 on 2/12/2022 |
| Sep 2024 | $7,599 | $0 | $0 on 2/12/2022 |



EXHIBIT

K.

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Aug 2024 | $7,599 | $0 | $0 on 2/12/2022 |
| Jul 2024 | $7,599 | $0 | $0 on 2/12/2022 |
| Jun 2024 | $7,599 | $0 | $0 on 2/12/2022 |
| May 2024 | $7,599 | $0 | $0 on 2/12/2022 |
| Apr 2024 | $7,599 | $0 | $0 on 2/12/2022 |
| Mar 2024 | $7,599 | $0 | $0 on 2/12/2022 |
| Feb 2024 | $7,599 | $0 | $0 on 2/12/2022 |
| Jan 2024 | $7,599 | $0 | $0 on 2/12/2022 |
| Dec 2023 | $7,599 | $0 | $0 on 2/12/2022 |
| Nov 2023 | $7,599 | $0 | $0 on 2/12/2022 |

## Additional info

Between Nov 2023 and Mar 2025, your credit limit/high balance was $6,900

 ## Contact Info

**Address**        PO BOX 982238,
                   EL PASO TX 79998

 ## Comment

**Current:**

**FCBA dispute resolved - consumer disagrees.**

**Account closed at credit grantor's request.**

**Previous:**

**FCBA dispute resolved - consumer disagrees.**

Oct 2024 to Mar 2025

 ## Reinvestigation Info

**This item was updated from our processing of your dispute in May 2025.**



EXHIBIT

K

3

 **Before your dispute**

## Account Info

| | | | |
|---|---|---|---|
| Account Name | BANK OF AMERICA | Balance | $7,599 |
| Account Number | 440066XXXXXXXXXX | Balance Updated | 04/07/2025 |
| Account Type | Credit card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Date Opened | 02/05/2016 | Original Balance | $6,900 |
| Status | Account charged off. $7,599 written off. $7,599 past due as of Apr 2025. | Highest Balance | $7,599 |
| | | Terms | - |
| | | On Record Until | Jan 2029 |
| Status Updated | 11/2022 | | |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | — | — | — | — | — | — | — | — |
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2022 | ✓ | ✓ | ✓ | ✓ | 30 | 60 | 90 | 120 | 150 | 180 | CO | CO |
| 2021 | — | — | — | — | — | — | — | — | — | — | ✓ | ✓ |

| | | | | |
|---|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | 150 | Past due 150 days |
| 180 | Past due 180 days | CO | Charge off |

**Payment history guide**

Charge Off as of Apr 2025 to Nov 2022

180 days past due as of Oct 2022

150 days past due as of Sep 2022

120 days past due as of Aug 2022

90 days past due as of Jul 2022

60 days past due as of Jun 2022

30 days past due as of May 2022

This account is scheduled to continue on record until Jan 2029.



EXHIBIT

K

4

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Mar 2025 | $7,599 | $0 | $0 on 2/12/2022 |
| Feb 2025 | $7,599 | $0 | $0 on 2/12/2022 |
| Jan 2025 | $7,599 | $0 | $0 on 2/12/2022 |
| Dec 2024 | $7,599 | $0 | $0 on 2/12/2022 |
| Nov 2024 | $7,599 | $0 | $0 on 2/12/2022 |
| Oct 2024 | $7,599 | $0 | $0 on 2/12/2022 |
| Sep 2024 | $7,599 | $0 | $0 on 2/12/2022 |
| Aug 2024 | $7,599 | $0 | $0 on 2/12/2022 |
| Jul 2024 | $7,599 | $0 | $0 on 2/12/2022 |
| Jun 2024 | $7,599 | $0 | $0 on 2/12/2022 |
| May 2024 | $7,599 | $0 | $0 on 2/12/2022 |
| Apr 2024 | $7,599 | $0 | $0 on 2/12/2022 |
| Mar 2024 | $7,599 | $0 | $0 on 2/12/2022 |
| Feb 2024 | $7,599 | $0 | $0 on 2/12/2022 |
| Jan 2024 | $7,599 | $0 | $0 on 2/12/2022 |
| Dec 2023 | $7,599 | $0 | $0 on 2/12/2022 |
| Nov 2023 | $7,599 | $0 | $0 on 2/12/2022 |

**Additional info**

Between Nov 2023 and Mar 2025, your credit limit/high balance was $6,900

 **Contact Info**

Address

PO BOX 982238,
EL PASO TX 79998

 **Comment**

Current:

5



EXHIBIT

K

FCBA dispute resolved - consumer disagrees.

Account closed at credit grantor's request.

**Previous:**

Account closed at credit grantor's request.

Nov 2023 to Mar 2025

FCBA dispute resolved - consumer disagrees.

Oct 2024 to Mar 2025

 **Reinvestigation Info**

This item remained unchanged from our processing of your dispute in Dec 2024.



**EXHIBIT**

K

**If the reinvestigation does not resolve your dispute, you have the right to add a statement of up to 100 words to your file disputing the accuracy or completeness of the information.**

→ If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you.

→ You have a right to contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

→ You have a right to provide us additional information or documents about your dispute. Experian's online Dispute Center lets you easily add any pertinent documentation to a dispute. You can add documentation online when logged in on your computer or via a mobile device. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas, 75013.

→ You have a right to file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. You may submit a complaint to the Consumer Financial Protection Bureau at www.consumerfinance.gov/complaint or by mail at Consumer Financial Protection Bureau, PO Box 4503, Iowa City, IA 52244.

**If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement,** you have a right to request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for

6

*** 342133008-047 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

04/25/2025



Information for Good.

PLQYGM00100260-I002393-235071129

CALVIN CARTER
5006 S BLACKSTONE AVE APT 104
CHICAGO, IL 60615-3045



EXHIBIT

1

Dear CALVIN CARTER,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete. After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed either does not appear on your credit file or already shows the requested status; OR
3. Determined that the data furnisher had previously verified the reported information. If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4. Asked the data furnisher reporting the information you disputed to do all of the following:
   - Review relevant information we sent them, including any provided documents
   - Investigate your dispute and verify whether the information they report is accurate
   - Provide us a response to your dispute and update any other information
   - Update their records and systems, if necessary;

Should you wish to receive the above description of the procedures we used to investigate your dispute in a separate communication for your records, please contact TransUnion.

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully. To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

---

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results.**

\

File Number: 342133008
Date Issued: 04/25/2025

# Your Investigation Results

> **INVESTIGATION RESULTS - VERIFIED AS ACCURATE AND UPDATED:** The disputed item(s) was verified as accurate; however, other information has also changed.

**BANK OF AMERICA** #440066540334**** ( 100 N TRYON STREET, NC1-0007-19-26, CHARLOTTE, NC 28255, (800) 421-2110 )

We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE;** however, we updated: **Historical Trended Data**. Here is how this account appears on your credit report following our investigation.

| | | | |
|---|---|---|---|
| **Date Opened:** 02/05/2016 | **Balance:** $7,599 | **Pay Status:** >Charged Off< |
| **Responsibility:** Individual Account | **Date Updated:** 04/09/2025 | **Terms:** Paid Monthly |
| **Account Type:** Revolving Account | **Last Payment Made:** 02/12/2022 | **Date Closed:** 06/07/2022 |
| **Loan Type:** CREDIT CARD | **High Balance:** $7,599 | >Maximum Delinquency of 120 days in |
| | **Original Charge-off:** $7,599 | 08/2022 for $1,075 and in |
| | **Credit Limit:** $6,900 | 10/2022 for $1,582< |
| | **Past Due:** >$7,599< | |

Remarks: DISP INVG COMP-CONSUM DISAGRS; CLOSED BY CREDIT GRANTOR; >UNPAID BALANCE CHARGED OFF<
Estimated month and year that this item will be removed: 04/2029

| | 03/2025 | 02/2025 | 01/2025 | 12/2024 | 11/2024 | 10/2024 | 09/2024 | 08/2024 | 07/2024 | 06/2024 | 05/2024 | 04/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 03/2024 | 02/2024 | 01/2024 | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | 120 | 120 | 120 | 90 | 60 | 30 | OK |

| | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |



**EXHIBIT**

L





**BANK OF AMERICA**

Claims Resolution, TX2-979-02-53
PO Box 660747
Dallas TX 75266-0747

<span style="color:red">Update On Your Claim</span>

LY 0813     629 041         18723 #@01 AB 0.641
CALVIN CARTER
5006 S BLACKSTONE AVE APT 104
CHICAGO IL 60615-3045

**Account ending in** 1777
**Date** August 11, 2025
**Claim number:** 230607G1A51F
**Amount:** $7,599.65



EXHIBIT

M

## Calvin, we're unable to approve your recent claim.

As you requested, we completed a re-evaluation of your claim. Our research included the information you provided with your claim, your account history, the monthly account statements we sent you and if available, information from the merchant, such as a signed receipt or contract. We made this decision because:

We confirmed statements were mailed to the address you provided for this claim and payments have been made on the account.

Also, we've contacted these credit reporting agencies to add a comment to your credit report stating you disagree with our decision on your fraud claim. Please keep in mind it may take up to 60 days for the comment to appear on your credit file.

- TransUnion - transunion.com, 800.888.4213, PO Box 1000, Chester, PA 19016
- Experian - experian.com, 888.397.3742, PO Box 2002, Allen, TX 75013-0036
- Equifax - equifax.com, 888.685.1111, PO Box 740241, Atlanta, GA 30374-0241
- Innovis - innovis.com, 800.540.2505, PO Box 1640, Pittsburgh, PA 15230-1640

## For updates on your claim

If you'd like copies of the documents we used to make this decision, please call us at 1.800.472.7970, Monday - Friday 8:00 a.m to 5:00 p.m. eastern. Please have your claim number when you call.

## Thank you for your patience during our review.



For Internal
Use Only

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC.

NOTDEPCLM 1007