EXHIBIT A

FILED
5/1/2023 12:00 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
Courtroom, 1101

FILED DATE: 5/1/2023 12:00 AM 20231109810

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS** 22507685

| | |
|---|---|
| Bank of America, N.A.<br>Plaintiff, | No. 20231109810 |
| vs. | Return Date: Location: Court Room 1101 |
| CALVIN CARTER<br>Defendant(s). | Total Amount Claimed: $7,599.65<br>plus court costs |

System Generated Hearing Date: 4/4/2024 9:00 AM

COMPLAINT

Judge: Allegretti, John Michael

NOW COMES the Plaintiff, by and through its attorneys, Blitt and Gaines, P.C., and complaining of the Defendant, states as follows:

1. This is an action for damages that are within the jurisdictional limits of the Court, exclusive of costs.

2. Venue for this action is proper in this Court because the Defendant is a resident of this county.

3. Plaintiff is a national banking association organized and existing under the laws of the United States of America and having its principal place of business in Charlotte, North Carolina.

4. Plaintiff is a wholly-owned subsidiary of Bank of America Corporation and the successor-in-interest to FIA Card Services, N.A. ("FIA"), formerly known as MBNA America Bank, N.A. FIA was merged into and under the charter and title of Plaintiff effective October 1, 2014.

5. Defendant is an adult individual residing in this county.

6. Defendant applied for and received a credit account, which is owned and administrated by Plaintiff (the "Account"). Defendant used or authorized the use of the Account for the acquisition of goods, services, balance transfers or cash advances.

7. Defendant breached the Agreement by failing to make periodic payments as required thereby and the Account was subsequently charged-off. The entire balance on the Account is owed to Plaintiff and is presently due and payable in full.

FILED DATE: 5/1/2023 12:00 AM 20231109810

8. The current Account balance is $7,599.65, which includes any applicable payments and credits. The Account is not accruing post charge-off interest.

9. In accordance with federal regulations, monthly periodic statements for the Account have been provided to the Defendant. Attached hereto and incorporated herein is a copy of the affidavit and last periodic statement provided to Defendant prior to charge-off. Based on Plaintiff's records, there are no unresolved billing disputes related to the Account.

10. This suit has been filed within the relevant statute of limitations.

WHEREFORE, Plaintiff, Bank of America, N.A. prays that judgment be entered against Defendant for $7,599.65 plus costs.

/s/ Karen Kopf ARDC# 6294990

Attorney for Plaintiff

Blitt and Gaines, P.C.
Attorney for Plaintiff
775 Corporate Woods Parkway
Vernon Hills, IL 60061
(800) 998-4592 TTY: 711
pleadings2@blittandgaines.com
23015012
32887

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

20231109810

BANK OF AMERICA, N.A.
Plaintiff

v.

**CALVIN CARTER**
Defendant

**CREDIT CARD OR DEBT BUYER COLLECTION ACTION AFFIDAVIT**
**(SUPREME COURT RULE 280.2)**

INSTRUCTIONS: Provide the following information. Supreme Court Rule 280.1 provides the definitions of the terms in this Affidavit.

Comes now affiant, and states:

I am a designated full-time employee of Bank of America, N.A. (Plaintiff)

I am of adult age and am fully authorized by Plaintiff to make the following representations. I am familiar with the record keeping practices of Plaintiff. The following representations are true according to documents kept in the normal course of Plaintiff's business and/or my personal knowledge:

1. IDENTIFICATION ABOUT THE CONSUMER DEBT OR ACCOUNT

Complete the tables.

a. As of charge-off date:

| Full name of the creditor | Full name of the defendant as it appears on the account | Last four digits of the account number | Date the account was opened or the debt originated | Nature of the debt, (credit card debt, payday loan, retail installment loan, etc.) |
|---|---|---|---|---|
| Bank of America, N.A. | **CALVIN CARTER** | **XXXXXXXXXXXX1777** | **02/05/2016** | Credit Card Debt or other unsecured loan |

b. The most recent activity on the account prior to or after charge-off, includes:

| Amount of Charge-off Balance | Charge-off Date | Date of Last Payment(s)* | Total Amount of Last Payment(s) | Total Amount of Credits and/or Payments Since Charge-off Date** |
|---|---|---|---|---|
| **$7599.65** | **10/31/2022** | **02/12/2022** | **$2.00** | **$ 0.00** |

*Last payment on the account, pre- or post-charge-off.
**Credits or payments made within 30 days of the signing of this affidavit may not be reflected.

c. For a revolving credit account, Plaintiff further certifies that it has in its possession and can produce on request the most recent monthly statement recording a purchase, transaction, last payment, or balance transfer.

2. PROOF OF OWNERSHIP OR RIGHT TO SUE FOR DEBT BUYERS

Complete the table and list the prior owners or creditors since the charge-off date. Start with the first assignment through the current creditor or owner of the consumer debt. List in chronological order, beginning with the first assignment:

| From (Name) | To (Name) | Date of Assignment |
|---|---|---|
| | | |
| | | |
| | | |

☒ Does not apply – Plaintiff is the charge-off creditor.

ID: 715702126700

FILED DATE: 5/1/2023 12:00 AM 20231109810

3. ADDITIONAL ACCOUNT INFORMATION AFTER CHARGE-OFF
Plaintiff is seeking additional amounts after the charge-off date:

☒ No*

☐ Yes

- ☐ Total amount of interest accrued: $__________;
- ☐ Total amount of non-interest charges or fee accrued $__________;
- ☐ Plaintiff is seeking attorney's fees in the amount of $__________.
- ☐ Returned payment(s) in the amount of $__________.

**Balance due and owing as of date of affidavit: $ 7599.65.**
*Costs prayed for in the Complaint will not be reflected.

Affiants may certify their statements pursuant to section 1-109 of the Code of Civil Procedure or have their signature notarized in the manner required by law.

Under penalties as provided by law under section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that [s]he verily believes the same to be true.

| Brianna C. Vascos | Brianna C. Vascos (signature) | MAR 2 1 2023 |
|---|---|---|
| Name of Affiant | Signature of Affiant | Date |

FILED DATE: 5/1/2023 12:00 AM 20231109810

# SEPARATOR PAGE

FILED DATE: 5/1/2023 12:00 AM 20231109810

BANK OF AMERICA

P.O. BOX 15284
WILMINGTON, DE 19850

**Customer Service Information:**
www.bankofamerica.com
1.800.421.2110
**Mail billing inquiries to:**
Bank of America
P.O. Box 672050
Dallas TX 75267-2050
**Mail payment to:**
Bank of America
P.O. Box 851001
Dallas TX 75285-1001

CALVIN CARTER
5006 S BLACKSTONE AVE APT 104
CHICAGO IL 60615-3045

**Visa Signature®**
Account# [redacted] **1777**
September 8 - October 7, 2022

## Account Summary

| | |
|---|---|
| Previous Balance | $7,451.32 |
| Payments and Other Credits | $0.00 |
| Purchases and Adjustments | $0.00 |
| **Fees Charged** | **$0.00** |
| **Interest Charged** | **$148.33** |
| New Balance Total | $7,599.65 |
| Total Credit Line | $6,900.00 |
| Total Credit Available | $0.00 |
| Cash Credit Line | $1,700.00 |
| Portion of Credit Available for Cash | $0.00 |
| Statement Closing Date | 10/07/2022 |
| Days in Billing Cycle | 30 |

## Payment Information

| | |
|---|---|
| New Balance Total | $7,599.65 |
| Current Payment Due | $222.00 |
| Past Due Amount | $1,582.00 |
| Total Minimum Payment Due | $1,804.00 |
| Payment Due Date | 11/04/2022 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to **$39.00** and your APRs may be increased up to the Penalty APR of **29.99%.**
**Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the Total Minimum Payment | 21 years | $18,386.00 |

**If you would like information about credit counseling services, call 866.300.5238.**

07 [redacted]

BANK OF AMERICA
P.O. BOX 851001
DALLAS TX 75285-1001

Account Number: [redacted] **1777**

| | |
|---|---|
| New Balance Total | $7,599.65 |
| Total Minimum Payment Due | $1,804.00 |
| Payment Due Date | 11/04/2022 |

Enter payment amount $ .

CALVIN CARTER
5006 S BLACKSTONE AVE APT 104
CHICAGO IL 60615-3045

*For change of address/phone number, see reverse side.*
*Make your payment online at www.bankofamerica.com or*
**Mail this coupon along with your check payable to: Bank of America**

[redacted]

FILED DATE: 5/1/2023 12:00 AM 20231109810

# IMPORTANT INFORMATION ABOUT THIS ACCOUNT

**PAYING INTEREST** - We will not charge interest on Purchases on the next statement if you pay the New Balance Total in full by the Payment Due Date, and you had paid in full by the previous Payment Due Date. We will begin charging interest on Balance Transfers and Cash Advances on the transaction date.

**TOTAL INTEREST CHARGE COMPUTATION** - Interest Charges accrue and are compounded on a daily basis. To determine the Interest Charges, we multiply each Balance Subject to Interest Rate by its applicable Daily Periodic Rate and that result is multiplied by the number of days in the billing cycle. To determine the total Interest Charge for the billing cycle, we add the Periodic Rate Interest Charges together. A Daily Periodic Rate is calculated by dividing an Annual Percentage Rate by 365.

**HOW WE ALLOCATE YOUR PAYMENTS** - Payments are allocated to posted balances. If your account has balances with different APRs, we will allocate the amount of your payment equal to the Total Minimum Payment Due to the lowest APR balances first (including transactions made after this statement). Payment amounts in excess of your Total Minimum Payment Due will be applied to balances with higher APRs before balances with lower APRs.

**IMPORTANT INFORMATION ABOUT PAYMENTS BY PHONE** - When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. To cancel, call us before the scheduled payment date. Same-day payments cannot be edited or canceled.

**YOUR CREDIT LINES** - The Total Credit Line is the amount of credit available for the account; however, only a portion of that is available for Bank Cash Advances. The Cash Credit Line is that amount you have available for Bank Cash Advances. Generally, Bank Cash Advances consist of ATM Cash Advances, Over the Counter (OTC) Cash Advances, Same-Day Online Cash Advances, Overdraft Protection Cash Advances, Cash Equivalents, and applicable transaction fees.

**MISCELLANEOUS** - Promotional Rate End Date: This date is based on a future statement closing date. If you change your payment due date, this date could change. The New Balance Total which appears on this statement is not a payoff amount and may be subject to additional interest charges when you pay in full after your statement closing date. Please contact the customer service number located on the front of this statement for a pay-off amount. Virtual cards are the digital form of your eligible physical credit cards stored within a digital wallet.

© 2022 Bank of America Corporation

**CALCULATION OF BALANCES SUBJECT TO INTEREST RATE**

Average Daily Balance Method (including new Purchases): We calculate separate Balances Subject to an Interest Rate for Purchases and for each Introductory or Promotional Offer balance consisting of Purchases. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we: (1) take the beginning balance; (2) add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance; (3) add new Purchases, new Account Fees, and new Transaction Fees; and (4) subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

Average Balance Method (including new Balance Transfers and new Cash Advances): We calculate separate Balances Subject to an Interest Rate for Balance Transfers, Cash Advances, and for each Introductory or Promotional Offer balance consisting of Balance Transfers or Cash Advances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle balance" - a Pre-Cycle balance is a Balance Transfer or a Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we: (1) take the beginning balance; (2) add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance; (3) add new Balance Transfers, new Cash Advances and Transaction Fees; and (4) subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle balance: (1) we take the beginning balance attributable solely to Pre-Cycle balance (which will be zero on the transaction date of the first Pre-Cycle balance); (2) add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance; (3) and add only the applicable Pre-Cycle balances and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

For the complete terms and conditions of your account, consult your Credit Card Agreement. This account is issued and administered by Bank of America. Bank of America is a registered trademark of Bank of America Corporation.

**PAYMENTS** - We credit mailed payments as of the date received, if the payment is: (1) received by 5 p.m. local time at the address shown on the remittance portion of your monthly statement; (2) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order; and (3) sent in the return envelope with only the remittance portion of your statement accompanying it. Payments received by mail after 5 p.m. local time at the remittance address on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. Payments made online or by phone will be credited as of the date of receipt if made by 5 p.m. Central. Credit for any other payments may be delayed up to five days. Cash payments made with our tellers will only be accepted with a valid identification (ID).

No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop payment, your letter must reach us at least three business days before the automatic payment is scheduled to occur.

**Change of Address/Phone number: Online at www.bankofamerica.com**

**Please do not add any written communication in this space.**

FILED DATE: 5/1/2023 12:00 AM 20231109810

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Interest Charged** | | | | |
| 10/07 | 10/07 | INTEREST CHARGED ON PURCHASES | | | 148.33 | |
| 10/07 | 10/07 | INTEREST CHARGED ON BALANCE TRANSFERS | | | 0.00 | |
| 10/07 | 10/07 | INTEREST CHARGED ON DIR DEP&CHK CASHADV | | | 0.00 | |
| 10/07 | 10/07 | INTEREST CHARGED ON BANK CASH ADVANCES | | | 0.00 | |
| | | **TOTAL INTEREST CHARGED FOR THIS PERIOD** | | | | **$148.33** |

| 2022 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2022 | $312.00 |
| Total interest charged in 2022 | $1,264.83 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| **Purchases** | 23.99%V | | | | $ 7,522.78 | $ 148.33 |
| **Balance Transfers** | 23.99%V | | | | $ 0.00 | $ 0.00 |
| **Direct Deposit and Check Cash Advances** | 26.99%V | | | | $ 0.00 | $ 0.00 |
| **Bank Cash Advances** | 27.99%V | | | | $ 0.00 | $ 0.00 |

APR Type Definitions Daily Interest Rate Type: V= Variable Rate (rate may vary)

## Important Messages

You're a valued customer and we want you to know that we haven't received your current payment due. Please send your payment due today. If you've already mailed it, thank you.

Your statement balance exceeds the Total Credit Line. To ensure uninterrupted use of your account, please make a payment to bring your balance under the Total Credit Line. There is no fee for being over your Total Credit Line.

When this statement was created, the account's Credit Line was in a restricted status and not available for use.

You can request a copy of this statement in either Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

FILED DATE: 5/1/2023 12:00 AM 20231109810

## Your Reward Summary

| | |
|---|---|
| .00 | **BASE EARNED THIS MONTH** |
| .00 | **TOTAL AVAILABLE** |

**Make the most of your rewards program today!**

¿Estados de cuenta en español?
¡Podemos hacerlos para usted!

Llame al **800.688.6086** o visite
su centro financiero más cercano.

Se aplican exclusiones. No se encuentra disponible para cuentas comerciales, Merrill, Private Bank y Pequeñas Empresas.

Statements in Spanish?
We can do that for you!

Call **800.432.1000**, or visit
your nearest financial center.

Exclusions apply. Not available for Commercial, Merrill, Private Bank and Small Business accounts.

SSM-06-22-0476.B | 4804877

FILED DATE: 5/1/2023 12:00 AM 20231109810

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

CASE NUMBER 22507685

| | | |
|---|---|---|
| Bank of America, N.A.<br>Plaintiff,<br>-VS-<br>Calvin Carter<br>Defendant(s). | 20231109810 | FILED<br>5/1/2023 12:00 AM<br>IRIS Y. MARTINEZ<br>CIRCUIT CLERK<br>COOK COUNTY, IL<br>Courtroom, 1101 |

**AFFIDAVIT AS TO MILITARY SERVICE**

The undersigned attorney certifies:

With respect to defendant Calvin Carter, 5006 S Blackstone Ave Apt 104 Chicago IL 60615-3045

☐ The Defendant is a Servicemember in Military Service as those terms are defined in the Servicemembers Civil Relief Act, 50 U.S.C. § 3931.

☒ The Defendant is not a Servicemember in Military Service as those terms are defined in the Servicemembers Civil Relief Act, 50 U.S.C. § 3931

☐ I am unable to determine whether the Defendant is a Servicemember in the Military Service of the United States of America as those terms are defined in the Servicemembers Civil Relief Act, 50 U.S.C. § 3931

This affidavit is based on these facts: The Department of Defense Web page https://scra.dmdc.osd.mil/scra/#/home (See Attached)

/s/ Karen Kopf ARDC# 6294990 4/26/2023

Date

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the above signed certified that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief as to such matters the above signed certified as aforesaid that he verily believes the same to be true.

Blitt and Gaines, P.C.
Attorney for Plaintiff
775 Corporate Woods Parkway
Vernon Hills, IL 60061
(800) 998-4592 TTY: 711 P
(847) 499-7599 F
pleadings2@blittandgaines.com
23015012

Department of Defense Manpower Data Center

Results as of : Apr-26-2023 05:26:17 AM

SCRA 5.16

FILED DATE: 5/1/2023 12:00 AM 20231109810

# Status Report
# Pursuant to Servicemembers Civil Relief Act

Last Name: CARTER
First Name: CALVIN
Middle Name:
Status As Of: Apr-26-2023
Certificate ID: S10G0MNP8B6SSQ5

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Michael V. Sorrento

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955

File #: 23015012_Cook

FILED DATE: 5/1/2023 12:00 AM 20231109810

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

File #: 23015012_Cook