EXHIBIT B

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.
Forms are free at ilcourts.info/forms.

| STATE OF ILLINOIS, CIRCUIT COURT Cook COUNTY | IDENTITY THEFT AFFIDAVIT *(Credit Card or Debt Buyer Collection Action)* | FILED OCT 08 2024 CLERK OF THE CIRCUIT COURT |
|---|---|---|

**Instructions ▾**

Directly above, enter the name of the county where the case was filed.

Enter the name of the person who started the lawsuit as Plaintiff.

Bank of America
**Plaintiff** *(First, middle, last name)*

Enter the name of the person being sued as Defendant.

v.

Enter the Case Number given by the Circuit Clerk.

Calvin Carter
**Defendant** *(First, middle, last name)*

2023-1109-810
**Case Number**

Complete this form and file it with the Circuit Clerk.

1. I am the defendant in this lawsuit.
2. This lawsuit is about a debt that I did not create. Someone stole my identity and used my identity to create the debt.
3. I have completed an Illinois Attorney General Identity Theft Affidavit. I am mailing the Illinois Attorney General Identity Theft Affidavit, along with all required documentation, to the plaintiff.

You must also complete the Illinois Attorney General Identity Theft Affidavit and send it to the other party.

You can find it here: illinoisattorneygeneral.gov/Page-Attachments/ID_Theft_Affidavit_Instructions_and_Form.pdf

Do **not** file it with the Circuit Clerk.

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**I certify that everything above is true and correct. I understand that making a false statement On this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.**

If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name.

Enter your complete address, telephone number, and email address if you have one.

/s/ Calvin Carter
*Your Signature*

5006 S. Blackstone Ave. Apt. 104
*Street Address*

Calvin Carter
*Print Your Name*

Chicago, IL, 60615
*City, State, ZIP*

*Email Address*

312-342-1329
*Telephone*

*Firm Name (if any)*

*Attorney # (if any)*

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

Enter the Case Number given by the Circuit Clerk: 2023-1109-810

# PROOF OF DELIVERY

In 1a, enter the name, mailing address, and email address of the party you are sending the document to. If they have a lawyer, you must enter the lawyer's information.

1. I am sending the Identity Theft Affidavit

a. To:

Name: Blitt and Gaines P.C
(First / Middle / Last)

Address: 775 Corporate Woods Pkwy Vernon Hills, IL, 60061
(Street, Apt # / City / State / ZIP)

Email ______

In 1b, check the box to show how you are sending the document.

**CAUTION:** If you and the person you are sending the document to have an email address, you must use one of the first two options. Otherwise, you may use one of the other options.

b. By:

- ☐ An approved electronic filing service provider (EFSP)
- ☐ Email *(not through an EFSP)*

*Only use one of the methods below if you do not have an email address, or the person you are sending the document to does not have an email address.*

- ☐ Personal hand delivery to:
  - ☐ The party
  - ☐ The party's family member who is 13 or older, at the party's residence
  - ☐ The party's lawyer
  - ☐ The party's lawyer's office
- ☑ Mail or third-party carrier

In c, fill in the date and time that you sent the document.

c. On: Oct 23-24 (Date) at: 6 (Time) ☐ a.m. ☑ p.m.

In 2, if you sent the document to more than 1 party or lawyer, fill in a, b, and c. Otherwise leave 2 blank.

2. I am sending the Identity Theft Affidavit

a. To:

Name: Bank of America Claims Resolution TX2-979-02-50
(First / Middle / Last)

Address: P.O. Box 660836 Dallas, TX, 75266-0836
(Street, Apt # / City / State / ZIP)

Email ______

b. By:

- ☐ An approved electronic filing service provider (EFSP)
- ☐ Email *(not through an EFSP)*

*Only use one of the methods below if you do not have an email address, or the person you are sending the document to does not have an email address.*

- ☐ Personal hand delivery to:
  - ☐ The party
  - ☐ The party's family member who is 13 or older, at the party's residence
  - ☐ The party's lawyer
  - ☐ The party's lawyer's office
- ☑ Mail or third-party carrier

c. On: Oct 23-24 (Date) at: 6 (Time) ☐ a.m. ☑ p.m.

Enter the Case Number given by the Circuit Clerk: 20 23 - L 09 - 310

In 3. if you sent the document to more than 2 parties or lawyers, fill in a, b, and c. Otherwise leave 3 blank.

3. I am sending the Identity Theft Affidavit

a. To:

Name: ______ First ______ Middle ______ Last

Address: ______ Street, Apt # ______ City ______ State ______ ZIP

Email address: ______

b. By:

☐ An approved electronic filing service provider (EFSP)

☐ Email *(not through an EFSP)*

*Only use one of the methods below if you do not have an email address, or the person you are sending the document to does not have an email address.*

☐ Personal hand delivery to:

☐ The party

☐ The party's family member who is 13 or older, at the party's residence

☐ The party's lawyer

☐ The party's lawyer's office

☐ Mail or third-party carrier

If you sent your document to more than 3 parties or lawyers, check the box and insert the *Additional Proof of Delivery* form after this page.

c. On: ______ Date at: ______ Time ☐ a.m. ☐ p.m.

☐ I have attached an *Additional Proof of Delivery* form.

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**I certify that everything in the Proof of Service is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.**

After you finish this form, sign and print your name.

If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name.

/s/ Calvin Carter
*Your Signature*

5006 S. Blackstone Ave. Apt. 104
*Street Address*

Calvin Carter
*Print Your Name*

Chicago, IL 60615
*City, State, ZIP*

312-342-1529
*Telephone*

______
*Email Address*

______
*Firm Name (if any)*

______
*Attorney # (if any)*

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

Rule 280.5. **Identity Theft Relating to Credit Card or Debt Buyer Collection Actions.**

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT<br>Cook COUNTY | IDENTITY THEFT AFFIDAVIT<br>*(Credit Card or Debt Buyer Collection Action)* | FILED<br>OCT 21 2024<br>IRIS Y. MARTINEZ<br>CLERK OF THE CIRCUIT COURT<br>OF COOK COUNTY, IL |
|---|---|---|

| Instructions ▼ | | |
|---|---|---|
| Directly above, enter the name of the county where the case was filed | | |
| Enter the name of the person who started the lawsuit as Plaintiff | Bank of America<br>Plaintiff *(First middle last name)* | |
| Enter the name of the person being sued as Defendant | v<br>Calvin Carter<br>Defendant *(First middle last name)* | |
| Enter the Case Number given by the Circuit Clerk | | 2023-1104-810<br>Case Number |

*Complete this form and file it with the Circuit Clerk.*

1. I am the defendant in this lawsuit

2. This lawsuit is about a debt that I did not create Someone stole my identity and used my identity to create the debt

*You must also complete the Illinois Attorney General Identity Theft Affidavit and send it to the other party. You can find it here www.ag.state.il.us/publications/pdf/victim.pdf. Do not file it with the Circuit Clerk.*

3. I have completed an Illinois Attorney General Identity Theft Affidavit I am mailing the Illinois Attorney General Identity Theft Affidavit along with all required documentation to the plaintiff

*Sign and print your name in front of an official Illinois notary public.*

*Enter your complete address and telephone number.*

[signature]
*Your Signature*

Calvin Carter
*Print Your Name*

5006 S. Blackstone Ave. Apt. 109
*Street Address*

Chicago, IL 60615
*City State ZIP*

312-342-1329
*Telephone*

*DO NOT complete this section. The notary will complete it.*

**Notary Public**

State of Illinois

County of Cook

Signed and sworn to before me on 10/21/2024 *Date* by Calvin Carter *Name*

DOMINIQUE E DAUPHIN
Official Seal
Notary Public - State of Illinois
My Commission Expires Jul 18, 2026

[signature]
*Signature of Notary*

*Seal*

Enter the Case Number given by the Circuit Clerk 2023-1109-810

## PROOF OF DELIVERY

In **1a**, enter the name, mailing address, and email address of the party or lawyer to whom you sent the document

In **1b**, check the box to show how you sent the document, and fill in any other information required on the blank lines

**CAUTION:** If the other party does not have a lawyer, you may send the document by email only if the other party has listed their email address on a court document

1. I sent this document

a. To

Name: Blitt and Gaines P.C.
*First / Middle / Last*

Address: 775 Corporate Woods Pkwy Vernon Hills, IL, 60061
*Street, Apt # / City / State / ZIP*

Email address ____________

b. By

☐ Personal hand delivery

☑ Regular, First-Class Mail, put into the U.S. Mail with postage paid at

____________
*Address of Post Office or Mailbox*

☐ Third-party commercial carrier, with delivery paid for at

211 S Clark St Chicago IL, 60604
*Name (for example, FedEx or UPS) and office address*

☐ The court's electronic filing manager (EFM) or an approved electronic filing service provider (EFSP)

☐ Email *(not through an EFM or EFSP)*

☐ Mail from a prison or jail at

____________
*Name of prison or jail*

In **c**, fill in the date and time that you sent the document

c. On Oct 21-24
*Date*

At 6 *Time* ☐ a.m. ☑ p.m.

In **2**, if you sent the document to more than 1 party or lawyer, fill in **a**, **b**, and **c**. Otherwise, leave **2** blank.

2. I sent this document

a. To

Name: Bank of America Claims Resolution TX2-979-02-50
*First / Middle / Last*

Address: P.O. Box 660836 Dallas, TX, 75266-0836
*Street, Apt # / City / State / ZIP*

Email address ____________

b. By

☐ Personal hand delivery

☑ Regular, First-Class Mail, put into the U.S. Mail with postage paid at

____________
*Address of Post Office or Mailbox*

☐ Third-party commercial carrier, with delivery paid for at

____________
*Name (for example, FedEx or UPS) and office address*

☐ The court's electronic filing manager (EFM) or an approved electronic filing service provider (EFSP)

☐ Email *(not through an EFM or EFSP)*

☐ Mail from a prison or jail at

____________
*Name of prison or jail*

Enter the Case Number given by the Circuit Clerk 2023-410?-810

c On Oct 21 -23
Date

At 6 ☐ a m ☑ p m
Time

In 3, if you sent the document to more than 2 parties or lawyers, fill in a, b, and c. Otherwise leave 3 blank.

3 I sent this document

a To
Name ______
First Middle Last

Address ______
Street, Apt # City State ZIP

Email address ______

b By ☐ Personal hand delivery
☐ Regular, First-Class Mail, put into the U.S. Mail with postage paid at
______
Address of Post Office or Mailbox
☐ Third-party commercial carrier, with delivery paid for at
______
Name (for example, FedEx or UPS) and office address
☐ The court's electronic filing manager (EFM) or an approved electronic filing service provider (EFSP)
☐ Email (not through an EFM or EFSP)
☐ Mail from a prison or jail at
______
Name of prison or jail

If you sent your document to more than 3 parties or lawyers, check the box and insert the *Additional Proof of Delivery* form after this page.

c On ______
Date

At ______ ☐ a m ☐ p m
Time

☐ I have attached an *Additional Proof of Delivery* form

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**I certify that everything in the Proof of Service is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.**

After you finish this form, sign and print your name.

If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name.

/s/ Calvin Carter
Your Signature

5006 S. Blackstone Ave. Apt. 104
Street Address

Calvin Carter
Print Your Name

Chicago, IL, 60615
City, State, ZIP

312-342-3389
Telephone

Name Calvin Carter Phone number 312-342-1329 Page 1

# ID Theft Affidavit

## Victim Information

(1) My full legal name is Calvin (First) ______ (Middle) Carter (Last) ______ (Jr., Sr., III)

(2) (If different from above) When the events described in this affidavit took place, I was known as

______ (First) ______ (Middle) ______ (Last) ______ (Jr., Sr., III)

(3) My date of birth is [redacted]

(4) My Social Security number is ______

(5) My driver's license or identification card state and number are ______

(6) My current address is 5006 S. Blackstone Ave. Apt. 104

City Chicago State IL Zip Code 60615

(7) I have lived at this address since 10/14 (month/year)

(8) (If different from above) When the events described in this affidavit took place, my address was

______

City ______ State ______ Zip Code ______

(9) I lived at the address in Item 8 from ______ (month/year) until ______ (month/year)

(10) My daytime telephone number is (312) 342-1329

My evening telephone number is (312) 342-1329

Name Calvin Carter Phone number 312-342-1329 

## How the Fraud Occurred

**Check all that apply for items 11 - 17:**

(11) ☑ I did not authorize anyone to use my name or personal information to seek the money, credit, loans, goods or services described in this report.

(12) ☑ I did not receive any benefit, money, goods or services as a result of the events described in this report.

(13) ☑ My identification documents (for example, credit cards, birth certificate, driver's license, Social Security card, etc.) were ☑ stolen ☐ lost on or about 28 / 9 / 2023.
(day/month/year)

(14) ☑ To the best of my knowledge and belief, the following person(s) used my information (for example, my name, address, date of birth, existing account numbers, Social Security number, mother's maiden name, etc.) or identification documents to get money, credit, loans, goods or services without my knowledge or authorization:

Barbara Nilsen
Name (if known)

775 Corporate Woods PKwy
Address (if known)

847-403-4900
Phone number(s) (if known)

Additional information (if known)

Karen Filipelic
Name (if known)

775 Corporate Woods Pkwy
Address (if known)

847-403-4900
Phone number(s) (if known)

Additional information (if known)

(15) ☑ I do NOT know who used my information or identification documents to get money, credit, loans, goods or services without my knowledge or authorization.

(16) ☐ Additional comments: (For example, description of the fraud, which documents or information were used or how the identity thief gained access to your information.)

During the placement of the Bank of America account, ending in 1771, to Blitt and Gaines P.C. My non public information was used on Sept-28-23 to get a refund/dispute falsely to add the amount of the alleged debt back to the associated checking account. In March-24 there was a false credit dispute added that I did not do. Since then nothing has been done to rectify this situation

(Attach additional pages as necessary.)

Name Calvin Carter Phone number 312-342-1323 

## Victim's Law Enforcement Actions

(17) (check one) I ☑ am ☐ am not willing to assist in the prosecution of the person(s) who committed this fraud.

(18) (check one) I ☑ am ☐ am not authorizing the release of this information to law enforcement for the purpose of assisting them in the investigation and prosecution of the person(s) who committed this fraud.

(19) (check all that apply) I ☑ have ☐ have not reported the events described in this affidavit to the police or other law enforcement agency. The police ☑ did ☐ did not write a report. In the event you have contacted the police or other law enforcement agency, please complete the following:

Chicago Police Department
**(Agency #1)**

(Officer/Agency personnel taking report)

(Date of report)

JH303150
(Report number, if any)

(Phone number)

(Email address, if any)

**(Agency #2)**

(Officer/Agency personnel taking report)

(Date of report)

(Report number, if any)

(Phone number)

(Email address, if any)

## Documentation Checklist

Please indicate the supporting documentation you are able to provide to the companies you plan to notify. Attach copies (NOT originals) to the affidavit before sending it to the companies.

(20) ☐ A copy of a valid government-issued photo identification card (for example, your driver's license, state-issued ID card or your passport). If you are under 16 and don't have a photo ID, you may submit a copy of your birth certificate or a copy of your official school records showing your enrollment and place of residence.

(21) ☐ Proof of residency during the time the disputed bill occurred, the loan was made or the other event took place (for example, a rental/lease agreement in your name, a copy of a utility bill or a copy of an insurance bill).

Name Calvin Carter Phone number 312-342-1329 

(22) ☑ A copy of the report you filed with the police or sheriff's department. If you are unable to obtain a report or report number from the police, please indicate that in Item 19. Some companies only need the report number, not a copy of the report. You may want to check with each company.

## Signature

I certify that, to the best of my knowledge and belief, all the information on and attached to this affidavit is true, correct, and complete and made in good faith. I also understand that this affidavit or the information it contains may be made available to federal, state, and/or local law enforcement agencies for such action within their jurisdiction as they deem appropriate. I understand that knowingly making any false or fraudulent statement or representation to the government may constitute a violation of 18 U.S.C. § 1001 or other federal, state, or local criminal statutes, and may result in imposition of a fine or imprisonment or both.

Calvin Carter (signature) | 10-21-24
(Signature) | (Date signed)

DOMINIQUE E DAUPHIN
Official Seal
Notary Public - State of Illinois
My Commission Expires Jul 18, 2026

Dominique E Dauphin (signature)
(Notary)

[Check with each company. Creditors sometimes require notarization. If they do not, please have one witness (non-relative) sign below that you completed and signed this affidavit.]

**Witness:**

(signature) | Paz Chavez
(Signature) | (Printed name)

10/21/2024 | (773) 777 8884
(Date) | (Telephone number)

Name Calvin Carter Phone number 312-342-1329 

# Fraudulent Account Statement

**Completing this Statement**

- Make as many copies of this page as you need. **Complete a separate page for each company you're notifying and only send it to that company.** Include a copy of your signed affidavit.
- List only the account(s) you're disputing with the company receiving this form. **See the example below.**
- If a collection agency sent you a statement, letter or notice about the fraudulent account, attach a copy of that document (**NOT** the original).

**I declare (check all that apply):**

☐ As a result of the event(s) described in the ID Theft Affidavit, the following account(s) was/were opened at your company in my name without my knowledge, permission or authorization using my personal information or identifying documents:

| Creditor name/address (The company that opened the account or provided goods or services) | Account number | Type of unauthorized credit/goods/services provided by creditor (if known) | Date issued or opened (if known) | Amount/value provided (The amount charged or the cost of the goods/services) |
|---|---|---|---|---|
| Example<br>Example National Bank<br>22 Main Street<br>Chicago, IL 60601 | 01234567-89 | auto loan | 01/05/20012 | $25,500.00 |
| | | | | |
| | | | | |

☐ During the time of the accounts described above, I had the following account open with your company:

Billing name ______________________

Billing address ______________________

Account number ______________________

# VICTIM INFORMATION NOTICE/ CHICAGO POLICE DEPARTMENT

*THIS IS NOT AN OFFICIAL POLICE REPORT - IT IS FOR INFORMATION PURPOSES ONLY.* R.D. No. JH303150

INCIDENT Deceptive Practice Attempt Financial IUCR CODE 1156 DATE/TIME OF OCCURRENCE 28 Sep 23

NAME OF VICTIM/COMPLAINANT Calvin Carter BEAT/UNIT OF ASSIGN. 202 BEAT OF OCCUR. 222

CASE NAME - PEOPLE OF THE STATE OF ILLINOIS/CITY OF CHICAGO vs. ______

If an arrest has taken place, the following is your court information: Date: ______ Time: ______ Court Branch: ______ Court Loc.: ______

If you need more help call the Cook County State's Attorney's Office Victim Witness Assistance Unit at (773) 674 - 7200.

Your case will be on file with the Chicago Police Department under the above listed R.D. Number. Refer to this number whenever you are communicating with the Chicago Police Department concerning this incident. Your case will be assigned for follow-up investigation based upon specific facts obtained during the initial investigation. The presence of these facts can predict whether a comprehensive follow-up investigation would likely result in the arrest and prosecution of the suspect(s) or the recovery of property. Your case will be reviewed and retained to determine if criminals active in the area can be identified. *A detective will not routinely contact you unless additional information is required or your further assistance is needed.*

## TO REPORT ADDITIONAL INFORMATION

If you have knowledge of specific facts which might assist in the investigation of your case, please contact the unit marked below:

| | PROPERTY CRIMES | VIOLENT CRIMES | SPECIAL VICTIMS |
|---|---|---|---|
| AREA 1 | ☐ (312) 747-8384 | ☐ (312) 747-8380 | ☐ (312) 747-8385 |
| AREA 2 | ☐ (312) 747-8273 | ☐ (312) 747-8271 | ☐ (312) 747-8276 |
| AREA 3 | ☐ (312) 744-8263 | ☐ (312) 744-8261 | ☐ (312) 744-8266 |
| AREA 4 | ☐ (312) 746-8253 | ☐ (312) 746-8251 | ☐ (312) 746-8255 |
| AREA 5 | ☐ (312) 746-7394 | ☐ (312) 746-6554 | ☐ (312) 746-6554 |

☐ BOMB UNIT (312) 746-7622

☐ ARSON SECTION (312) 746-7618

☐ FINANCIAL CRIMES UNIT (312) 746-9661

## MISSING PERSONS

☐ If the missing person is under 18 years of age, contact the National Center of Missing and Exploited Children 1-800-THE-LOST, www.missingkids.com, National Runaway Safeline: 1-800-RUN-AWAY, www.1800runaway.org.

☐ If the missing person is over 18 years of age, contact the Illinois State Police Clearinghouse for Missing Persons : 1-800-U-HELP-ME, www.isp.illinois.gov/UnsolvedCrime/MissingPersonsAll.

☐ When persons reported missing are located or have returned contact: (312) 745 - 5019 or (312) 745 -5020.

## COPY OF THE REPORT

The above listed R.D. Number may suffice for insurance purposes. However, there may be instances when a copy of the case report is desired. A copy of the case report which verifies that an incident of injury, loss or damage has been reported to the Chicago Police Department may be obtained. To obtain a copy of the report, you can send a check or money order payable to the *"DEPARTMENT OF REVENUE-CITY OF CHICAGO"* in the amount of $.50 and a self-addressed stamped return envelope to: Chicago Police Department, Records Division, Customer Service Section, 1st floor, 3510 South Michigan Avenue, Chicago, Illinois 60653. Include the following information with your request: 1) Victim's name and address (or person reporting crime), 2) Type of Incident, 3) Address of occurrence, and 4) R. D. Number. You can also visit in person or call (312) 745-5130 between 8:00 a.m. - 3:00 p.m., Monday - Friday (excluding public holidays).

## GET INVOLVED - COMMUNITY POLICING

The police alone cannot solve the problems of crime in our City. It takes an active and informed community working with the police and other City agencies to really make a difference. Join your neighbors and your neighborhood police officers as we work together to improve the quality of life and reduce crime in our City. To find out which beat you live on or how to become involved, call **311** or visit online at: http://www.home.chicagopolice.org

Beat No. ______ Next Beat Community Meeting (date/time) ______

at (location) ______

To report a crime in progress or other emergency that requires immediate police response, call 911.
To report non-emergency situations, call the Police Department at 311 within City limits, or if outside the City limits call (312) 746-6000.
**To compliment an officer send an email to ComplimentCPD@chicagopolice.org.**

## TELECOMMUNICATIONS DEVICE FOR THE DEAF/TELETYPE (TDD/TTY)

To report a police emergency, hearing-impaired persons should dial 9-1-1. For non-emerge situations, hearing-impaired persons may communicate with the Chicago Police Department 24 hc a day by calling 3-1-1.

## OBTAINING A WARRANT OR SUMMONS FOR CRIMINAL CHARGES

If an arrest is made, you will be informed of the date, time, and location of the court proceeding which your appearance will be required. When you report a crime and an arrest is not made, may go in person to the appropriate court listed below to request that criminal proceedings initiated by way of a warrant or summons. Bring this Victim Information Notice and any other relev information, such as the offender's name, physical description, and home address to the warr officer assigned to the court between 8:30 am and 11:30 am Monday through Friday (excluding co holidays). The warrant officer will then assist you in the process of obtaining the warrant summons.*

| Police District of Occurrence | Court Branch for Warrant or Summons | |
|---|---|---|
| ☐ 14,16,17, 25 | Branch 23 | 5555 W. Grand Ave. |
| ☐ 18, 19, 20, 24 | Branch 29 | 5555 W. Grand Ave. |
| ☐ 2, 3, 4, 5, 6, 7, 8, 9, 22 | Branch 35 | 727 E. 111th St. |
| ☐ 1,10,11,12,15 | Branch 43 | 3150 W. Flournoy St. |

*For incidents relating to domestic violence, a warrant/summons will only be issued from the Domestic Violence Court located at 555 West Harrison Street, on the first floor.

## AUTOMATED VICTIM NOTIFICATION (AVN)

**The County of Cook has a toll free, multilingual, 24-hour Automated Victim Notification Syst To obtain information about a defendant's court date or custody inside of Cook County Jail call 1-877-846-3445. *Do not depend only on the AVN for your safety. If you feel that you ma be in danger, take precautions as if the defendant has already been released.***

## ILLINOIS CRIME VICTIMS NOTIFICATION

Innocent victims of violent crime may be eligible to receive benefits from the Illinois Crime Victims Compensation program for such costs as medical, funeral, loss of support, and wage loss. *NO RECOVERY IS PROVIDED FOR PROPERTY LOSS OR DAMAGE, NOR FOR PAIN OR SUFFERING.* To apply or to determine whether one qualifies, the victim, or if deceased, a relative dependent, must contact the Illinois Attorney General's Office. Further information and claim form can be obtained from the Crime Victims Compensation Program, Office of the Attorney General of Illinois, 100 West Randolph Street, 13th Floor, Chicago, Illinois 60601, or by calling 1-800-228-336 TTY: 1-877-398-1130 or email at crimevictimservices@atg.state.il.us.

## RECOVERY OF PROPERTY - STOLEN VEHICLE RECOVERED

The Chicago Police Department must be notified *IMMEDIATELY*, via the "911" emergency numb when property reported lost or stolen is recovered.

## CREDIT CARDS - CHECKS, LOST OR STOLEN

Immediately notify the concerned credit card issuer or bank by telephone to reduce the possibility being liable for the unauthorized use of your lost or stolen credit card or check. It is suggested t you also inform the credit card issuer or bank in writing as a follow-up measure to ensure proj notification.



**IMPORTANT: RETAIN THIS NOTICE FOR YOUR PERSONAL RECORDS**

Calvin Carter
5006 S. Blackstone Ave. Apt. 104
Chicago, IL, 60615

Blitt and Gaines P.C.
775 Corporate Woods Parkway
Vernon Hills, IL, 60061

Bank of America
Claims Resolution
TX2-979-02-50
P.O. Box 660836
Dallas, TX 75266-0836

10/21/24

To whom it may concern,

Firstly, the alleged debt still had not been verified in accordance to USC 1692 G(b) from the notice sent to me dated September 6th, 2024 despite multiple inquiries in regards to this. The following is what I have been asking for in pursuit to verification:

- The FULL account number used by that creditor.
- A copy of the original contract between myself and the original creditor.
- The original application for this account with my wet ink signature.
- Validation of the debt with wet ink signature.
- A copy of the agreement authorizing your company to collect on their behalf of the original creditor.
- Provide verification, documentation, and/or a copy of a written agreement that created my requirement to pay Blitt and Gaines instead of the original creditor.
- FULL detailed accounting history on the account via Moneynet Daily 120 Log, and the calculations on how they reached the amount owed.
- Provide your license to collect in my state and your registered agent name and address.
- Please show proof that the Statute of Limitations has not expired in my state for this account.
- The actual Proof of Purchase, Proof of Service, or Bill of Sale from the Original creditor that has the complete account number, with complete conspicuous information.
- The chain of custody of this said debt.
- The full proof of contract with privacy notice
- A document that granted you access to any private information I have with my wet ink signature.
- A form 89SA that is signed by myself with wet ink signature.

Secondly, there still has not been a sworn affidavit or declaration received in regards to this account from the response sent to your office dated May 31st, 2024 that was delivered June 4th, 2024 via USPS – Tracking: 9510-8119-1128-4152-5853-23. This has been well beyond 30 days I have even received this from your company or Bank of America via USPS Tracking– 9505-5119-1128-4152-5853-44. Neither your company, Blitt and Gaines, nor Bank of America has provided any resolution, nor sworn affidavit or declaration in regards to this Identity Theft issue. Instead there has been shirking on both behalf of

Bank of America, and Blitt and Gaines, alongside Bank of America still stating that I created disputes on this account when, under your servicing and placement, there has been no record of me calling, or using an electronic device to do this as stated by different representatives of Bank of America.

Lastly, I am including an Identity Theft Affidavit to your company in regards to this issue and in compliance with Illinois Rule 280.5. Bank of America will receive this same notice, alongside the Identity Theft affidavit as well as they are listed on this response.

I affirm that the information provided in this response is true and accurate to the best of my knowledge. I understand that any false statements may subject me to penalties of perjury under the law.

Signature: Calis Carte

Date: 10-21-24

Notary signature: Dominique E Dauphin

DOMINIQUE E DAUPHIN
Official Seal
Notary Public - State of Illinois
My Commission Expires Jul 18, 2026