**EXHIBIT D**

# ANSWER OR RESPONSE

IN THE STATE OF ILLINOIS, CIRCUIT COURT

FILED
DEC 23 2024
MARIYANA T. SPYROPOULOS
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

**COUNTY:** Cook
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Bank of America/Blitt and Gaines P.C
*Who started the case.* *First, Middle, and Last Name, or Business Name*

2023-1109-810
**Case Number**

**DEFENDANTS/RESPONDENTS:** Calvin Carter
*Who the case was filed against.*
*First, Middle, and Last Name, or Business Name*

## 1. NAME & INFORMATION

A. My name is: Calvin (*First*) ____ (*Middle*) Carter (*Last Name*)

B. I am the:

☐ Plaintiff/Petitioner ☑ Defendant/Respondent

## 2. COMPLAINT OR PETITION TITLE

The title of the Complaint or Petition I am responding to is: Motion to Strike/Dismiss Rule 280.5

## 3. ANSWER OR RESPONSE TO COMPLAINT OR PETITION

*Use this section to respond to each statement in the Complaint or Petition. You may respond that you:*

- *"Admit" which means you agree that all of the statements in the paragraph are true; or*
- *"Deny" which means you disagree with any of the statements in the paragraph; or*
- *"Do Not Know" which means you do not have enough information to truthfully admit or deny the statements.*

*Do not explain why you admit, deny, or do not know. You will explain your reasons later in the case.*

☐ A. The Complaint or Petition I am responding to has labeled (numbered or lettered) paragraphs.
*Enter the number and letter of each paragraph and subparagraph in the Complaint or Petition.*

| Paragraph Number | Subparagraph Letter (if any) | | | |
|---|---|---|---|---|
| ____ | See Attachment | ☐ Admit | ☐ Deny | ☐ Do Not Know |
| ____ | ____ | ☐ Admit | ☐ Deny | ☐ Do Not Know |
| ____ | ____ | ☐ Admit | ☐ Deny | ☐ Do Not Know |
| ____ | ____ | ☐ Admit | ☐ Deny | ☐ Do Not Know |
| ____ | ____ | ☐ Admit | ☐ Deny | ☐ Do Not Know |

Case Number: 2023-1169-810

## SIGN

Under Illinois Supreme Court Rule 137, your signature means that you:
1) read the document, 2) believe it is true and correct, and 3) are not filing it to cause delay or for another bad reason

If the Complaint/Petition is verified by oath or I answered "Do Not Know" to paragraphs in Section 3 above, then I certify that everything in this document is true and correct, and understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109

**If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name.**

Your Signature /s/ Calvin Carter    Print Your Name Calvin Carter

Your Address 5006 S. Blackstone Ave Apt. 104 Chicago, IL, 60615
Street, Apt. # City State Zip Code

Your Phone Number 312-342-1329    Attorney Number *(if any)* ____

Your Email ____
**List an email account that you check every day** and that you do not share with anyone else. If you do not check your email every day, you may miss important information, court dates, or documents from other parties.

## 2. PROOF OF DELIVERY

*Fill out the information below to show how you are sending this document to the other people in the case. If a person in the case has a lawyer,* ***you must send this document to the lawyer.***

**A.** I am sending this *Proof of Delivery* and the following court documents:
Answer/Reply to Motion to Strike Rule 280.5 with Counter Affidavit
*Name of Documents*

**To:**
Name: Blitt and Gaines P.C.
*First Middle Last Name*

Address: 775 Corporate Woods Parkway Vernon Hills, IL, 60061
*Street, Apt. # City State Zip Code*

Email Address: ____

**By:** ☐ Electronically to the email address in **A:**
☐ By email *(not through an EFSP).*
☐ Using an approved electronic filing service provider (EFSP).
☐ I or the person I am sending the document to do not have an email address. I am sending them by:
☑ Mail or third-party carrier to the address in **A**, with postage or delivery charge prepaid.
Location of mailbox or third-party carrier: Chicago    IL
*City State*
☐ Personal hand delivery at this address:
*NOTE: You can only deliver to the party, party's family member over 13 at party's residence, party's lawyer, or party's lawyer's office*
Address ____
*Street, Apt. #, City, State, and Zip Code*
☐ Mail to the address in **A,** from a prison or jail: ____
*Name of Prison or Jail*

**This document will be sent on:** Date: ____ Time: ____
*Month, Day, Year include AM or PM*

Case Number: 2023-1109-810

# WHAT'S NEXT

## NEXT STEP FOR PERSON FILLING OUT THIS FORM:

After you fill out your forms, file them with the Circuit Clerk's office in the county where your case is taking place. Then, send your forms to the other people in the case. Find your Circuit Clerk: ilcourts.info/CircuitClerks.

Learn more about each step in the process and how to file in our Instructions: ilcourts.info/answer-instructions.

## NEXT STEP FOR PERSON RECEIVING THIS DOCUMENT:

For more information about going to court including how to fill out and file forms, call or text **Illinois Court Help** at 833-411-1121 or go to ilcourthelp.gov.

If there are any words or terms that you do not understand, please **visit Illinois Legal Aid Online** at illinoislegalaid.org/lexicon/glossary. You may also find more information, resources, and the location of your local legal self-help center at: ilao.info/lshc-directory.

8. I sent the verification request on Oct, 27, 2023 via USPS – 9410–8036-9930-0163-9217-87. The date Blitt and Gaines P.C wrote is wrong.

9. The Plaintiff sent over 300 pages of statements on five occasions each stamped via Pitney Bowes on January 23, 2024, February 6th, 2024, March 14th, 2024, March 19th, 2024, and March 20th, 2024 but statements alone do not meet the legal standard for verification under **15 U.S.C. § 1692g(b)**. Additionally, the Plaintiff's use of the terms "validation" (under § 1692g(a)) and "verification" (under § 1692g(b)) interchangeably caused confusion for me, constituting deceptive practices under **15 U.S.C. § 1692e**. Furthermore, the affidavit of Rachel Auerbach is inaccurate, as it inconsistently states that nine responses were made while alleging eleven in the procedural disposition alongside 300+ pages of statements sent out five times, along with all the responses not being listed in her affidavit.

| Carter Validation Demands | BANA/Blitt Responses |
|---|---|
| 12/19/2023 | 12/21/2023 |
| 1/12/2024 | 1/16/2024 300+ pages, see attached |
| 1/31/2024 | 2/5/2024 (Resent 300+Verification) |
| 2/27/2024 | 2/28/2024 |
| 3/19/2024 | 3/19/2024 |
| 3/25/2024 | 3/25/2024 |
| 4/3/2024 | 4/9/2024 |
| 5/3/2024 | 5/8/2024 |

| Carter Validation Demands | BANA/Blitt Responses |
|---|---|
| 12/22/2023 | 12/26/2023 |
| 1/12/2024 | 1/16/2024 |
| 1/17/2024 | 1/22/2024 (Sent 300 + pages & verification) |
| 1/31/2024 | 2/5/24 (Resent 300 + pages & verification) |
| 2/27/2024 | 2/28/2024 |
| 3/19/2024 | 3/19/2024 |
| 3/25/2024 | 3/25/2024 |
| 4/3/2024 | 4/9/2024 |
| 5/3/2024 | 5/8/2024 |

10. I assert that the verification provided by the Plaintiff remains insufficient, as statements alone are inadequate to meet the burden of proof under **15 U.S.C. § 1692g(b)**. I also have no record of receiving proper service of the complaint. Notably, the Blitt and Gaines P.C. alleged that legal proceedings were placed on hold, yet, service occurred during their, "hold," further compounding procedural violations. Were there really an attempt to serve at these dates below? If so, wheres the proof in writing?

**Activity Date:** 03/25/2023 **Event Desc:** Summons Returned - N S Reason: Other Reason **Comments:** Sheriff ID 50283140 Sheriff Filename 20231109810502831 40.pdf

**Activity Date:** 01.12.2024 **Event Desc:** Alias Summons Issued&Returnable-ERP Eviction&Consumer Dept **Comments:** alias

11. I filed an appearance on March 5, 2024, prior to receiving service. The answer to the complaint was filed on March 18, 2024, and it addressed the insufficiency of the Blitt and Gaines P.C. verification and the lack of proper documentation to substantiate the alleged debt.

12. I filed a complaint with the Attorney General that was delivered October 11, 2024, alleging collusive fraud, misrepresentation of the alleged debt, and deceptive practices in violation of the Fair Debt Collection Practices Act (FDCPA) and Fair Credit Reporting Act (FCRA). This complaint, sent via USPS (tracking number: 9410-8036-9930-0168-1463-07), detailed

evidence to verify the alleged debt.

18. The last two individuals I addressed in writing about the collusive fraud and fraudulent activities regarding the account were attorneys Barbara Nilsen and Karen Fillippello. After notifying Blitt and Gaines in writing (USPS 9410-8036-9930-0166-6920-04), Karen responded on May 3rd with a generic validation of the account. Two days later, I received a response from Barbara stating:

"Your application fraud has been noted to the account. Bank of America will investigate your fraud claim, and you will receive a response once the review is completed."

This statement falsely assumed I initiated the fraud claim. Despite this, no proper investigation was conducted. Representatives at Bank of America indicated that Blitt and Gaines hold full rights and responsibility for the account, underscoring the evident collusive fraud. Both Blitt and Gaines and Bank of America failed to respond to requests for a Sworn Affidavit or Declaration, which led to the attorneys being listed on the Identity Theft Affidavit.

On June 8, 2023, Bank of America responded regarding the same fraudulent claim related to Visa card 1777, stating they could not approve "your recent claim" (referenced as 230607G1A51F).

19. I maintain my stance that identity theft on the account occurred, as evidenced by two separate phone calls with Bank of America representatives on **April 29, 2024**, and **June 7, 2024**. During these calls, it was confirmed that fraudulent activity took place involving returns of the alleged funds into the associated checking account. It remains unclear how long the account takeover was occurring. Although it's verified by Bank of America via the Card Services team, and on June 7th, 2024 per my phone call with Shakara via the Fraud Team, Blitt and Gaines P.C., and Bank of America still has failed to address this issue adequately leaving one to allege collusive fraud.

20. I do assert that identity theft still applies to this account, as the misuse of the my personal information to process fraudulent returns and disputes occurred while the account was managed under Blitt and Gaines P.C.'s servicing. This activity, confirmed by Bank of America, constitutes identity theft under Rule 280.5. I further emphasizes that the Plaintiff, nor Blitt and Gaines P.C. has not provided an affidavit explicitly explaining why an investigation should not be conducted or why they are seeking to dismiss Rule 280.5, leaving these claims unsubstantiated.

21. Exhibit J does not outline allegation 21. Its the notice I sent to Blitt and Gaines P.C. about the collusive fraud, and requesting a Sworn Affidavit or Declaration in regards to the account. I never requested a dispute to Bank of America during the month of September 2023. Once again, this was confirmed by phone on April 29th, 2024, and June 7, 2024. On June 7th, I was also given a claim number (813-231) to give to the authorities or court. Blitt and Gaines P.C., literally in plain English, sent the same information twice their Exhibit C and the notice dated September 30th, 2023, in this Request to strike/dismiss with one being blacked out and the other one not blacked out and openly tried to say that I did it which is fraud on the court. This is also violations of 15 USC 1692e 15 USC 1681i, and before the court.

demanded is what the creditor claims is owed," this does not absolve debt collectors from addressing specific disputes raised by consumers. Here, my allegations of fraud and inaccuracies require a level of detail beyond the generic information provided, such as a breakdown of principal, interest, and accounting level documentation, etc., to reasonably confirm the alleged debt's legitimacy.

26) Blitt and Gaines P.C. argument that the list of 15 requirements for verification exceeds what is mandated under federal regulations and case law misrepresents the scope of the Plaintiff's dispute and the applicable legal obligations. While 12 C.F.R. § 1006.34 outlines baseline requirements, such as identifying the creditor, account details, and the current alleged debt amount, these minimum standards do not absolve a debt collector from providing a more comprehensive response when specific concerns, such as allegations of fraud, are raised. The Plaintiffs's assertion that additional documentation, such as signed affidavits or original contracts, is unnecessary disregards the heightened level of verification required to address disputes involving fraud and inaccuracies.

Although the Blitt and Gaines P.C claims that providing over 50, "documents," that are ONLY statements, demonstrates compliance, the relevance and adequacy of these documents remain questionable. Case law, including *Clark v. Capital Credit & Collection Services, Inc.*, establishes that verification must directly address the consumer's dispute. Simply overwhelming me, the Defendant, with a volume of statements, and boilerplate responses without, substantively addressing the allegations does not satisfy the FDCPA's requirement for meaningful verification. By failing to clarify the verification of the alleged debt or resolve my reasonable doubts, Blitt and Gaines P.C. verification efforts, as they stated, undermine the FDCPA's purpose of ensuring transparency and consumer protection. Their arguments fail to sufficiently answer my claims of fraud and inaccuracies. Also, the request for the wet-ink signature was a reasonable and proactive step to ensure that no further forgery, fraud or manipulation took place in regards to my written signature this account is mentioned.

27)I deny Blitt and Gaines P.C. characterization of the June 6, 2024, response and rejects the claim that Bank of America sufficiently addressed fraud allegations. I did not state that failure to verify the alleged debt constitutes "collusive fraud," as alleged in the Plaintiff's motion. This misstatement is reflected in **Exhibit J**, not **Exhibit I** as listed.
Moreover, Blitt and Gaines P.C. did not address the fraudulent activity properly, but instead assumed that I initiated disputes on the account. By phone, Bank of America openly confirmed fraudulent activity on the account in reference to the quote in this allegation, "Bank of America responded directly to the fraud claims indicating all the statements were sent to his mailing address and payments were received from 2016 through February, 2022." This of which was never investigated, but ignored. Instead, my credit credit report reflected notations such as "Consumer disputes after resolution," on Equifax and "FCBA dispute resolved – consumer disagrees," on Experian in **October 2024**. I assert that these notations were false, arising from identity theft, and that Bank of America's failure to address this constitutes willful noncompliance and negligence under **15 U.S.C. § 1681n**.

To both Blitt and Gaines P.C., and Bank of America:

one on March 25 2024 just recently. And I've never did any of these two activities here, and if you like to, I could go more in detail.

Hilary 00:23
Perfect. I'm just pulling the details on your account. What can I do to help?

Hilary 00:52
So activities, do you mean like, like purchases, or is this like activity you're seeing on your credit report? Where? What are these activities from?

Calvin 01:00
So yeah. So the one on September 30 states that I tried to do a claim for 7599.65 and that which I never called, I never put in a request for a claim. I never did anything like that on that date. The other one for March 25 2024 I got a notice stating that we reviewed records and confirmed the account information we reported to the consumer reporting agencies is correct, and then it lists the four consumer reporting agencies of TransUnion, Experian, Equifax and in Enovis and I have never also, and I never also did this as well, and basically, to further go more in detail, says here, well, "here's what we can tell you, based on our review, all the account details we report are accurate. This means we won't be adjusting our reporting like you requested, and consider your dispute resolved." Never tried to put in a claim of anything to try to adjust the reporting at all, if possible. I would like to know if I could possibly have, like the, basically, the data points within the account, if possible, since I had the account, because these two notices here, they're very suspicious and I don't know anything about them.

Hilary 02:28
Okay, so that information, let me see if I can find the letter itself, the info is for the credit card. So, 1777, so starting off, first things first. Do you remember this account?

Calvin 02:38
I do remember this. Yeah, I do remember the account. Okay, got it.

Hilary 02:46
So based on the information that I'm seeing on the letter, and then the information I can see in the notes, this one looks like it might have even been reported through, like, the consumer credit reporting agencies, directly. Like, do you happen to remember maybe, like, disputing something on your credit report, like directly through the credit reporting agency?

Calvin 03:04
Nope, I don't remember disputing anything on March 25 2024 I don't remember putting any claim on september 30, 2023 I have never done that. I've never called or I've never even placed a request through the Bank of America app, nor through the website.

Hilary 03:24
Okay, let me check the question. Let me see if I can't get more info that way.

Calvin 03:27
Thank you. Appreciate you.

Hilary 04:48

Hilary 16:12
Okay, great. So I was reaching out to see the more information that we have about this. It looks like so maybe you yourself did not call in or go on to do this. This looks like it was something that was set up through, like a legality Do you have any sort of like identity theft issues?

Calvin 16:29
At the moment, I have placed an identity theft on my credit report about two weeks ago, but at this time, not at this time, but on September 30. I did not place anything on there. And like I said, I don't even remember this, even taking place. Never called on September 28 or around September 28 never done anything around September 28 2023. Same with March 25 2024.

Hilary 17:03
Okay, so some more information about this. I definitely want to connect you with our fraud team, because it's basically what this boils back down to, was our fraud team went ahead and had notations on the account. Now, because I'm not part of the fraud team, the information they share with us is pretty limited,.

Hilary 17:17
Sure

Hilary 17:17
So I want to make sure that you get the information that you need. So I can definitely connect you over before I do that, though, I know you said you wanted the card number, I do have access to see that.

Calvin 17:25
Yeah. Is it possible that I can have that in the email so I could print out and give to the police?

Hilary 17:32
so we don't have any email I'd be able to print out for that one. But what I could do is I could go ahead and send you a copy of like the statement through regular Postal Service that'll have the full card number on the bill.

Calvin 17:42
I'll take it. How long should that be?

Hilary 17:45
Alright could you help me verify the mailing? I want to make sure we have that right.

Calvin 17:49
Okay, yeah, it's 5006 South Blackstone Avenue, apartment 104, Chicago, Illinois, 60615.

Hilary 17:59
Got it. Do you just want the most recent cycle that has the card number on it, or do you want a specific range of cycles?

Calvin 18:04
No, I actually, I will take that most recent one.

Yeah, still doing the same thing.

Calvin 00:46
What about right now? hello, hello?

Shakara 00:51
Yes, can you hear?

Calvin 00:53
Yeah, I can hear you. Can you hear me?

Shakara 00:59
Yes, I can hear you now.

Calvin 01:01
Okay, yeah, the account number Is 4400,

Calvin 01:10
665-403-341777

Shakara 01:39
Um, we might've missed a number somewhere uh 4400, 5654 03 *inaudible* I know what I missed.

Shakara 01:49
Uh no 03, 30, cmon, hold on

Shakara 01:58
seven, no one of these numbers is too much. 4 1777?

Calvin 02:05
No, so, so, like I tell you again,

Calvin 02:09
It's 4400665403,

Shakara 02:19
Sorry, you went out for a second. 4400,

Calvin 02:23
Yeah. 6654,

Shakara 02:27
Oh, your background is so hard

Calvin 02:32
0334,

Shakara 02:36

Shakara 05:19
*inaudible* here all these questions are *inaudible*, Is this a bad account?

Shakara 05:26
Like did you make this account? Create this account?

Calvin 05:29
Yeah, I did have the account ending in 1777,

Shakara 05:36
You said you did?

Calvin 05:38
Yeah, the account is still under my name, but it's under a

Shakara 05:42
*Inaudible*

Calvin 05:44
I'm sorry.

Shakara 05:46
I'm sorry could you repeat that one more time?

Calvin 05:48
It's it's under, it's charged off, it's charged off.

Shakara 05:58
Okay can I send you a digital ID to the number ending in 1329?

Calvin 06:04
yes.

Calvin 06:46
Okay, I did it.

Shakara 06:51
Yes, you did. Thank you for that. And you said this is a charged off account?

Calvin 06:58
Yeah, there's been fraudulent activity that has happened on a charged off account, beginning on September 28 of last year, in which someone placed a claim on the account for 7599.65 and then also there is other fraudulent activity that is also dated May 25 in which someone placed a credit dispute on their uh the said account. And I don't know anything about this, and I already have a police report regarding this as well.

Calvin 07:38
I also have an update on that same claim that is on dated September 30. It is dated June 8, and which they completed a reevaluation of the claim that I don't even remember requesting it all. And then it's

Shakara 11:53
somebody did the claim for you?

Calvin 11:56
No, like, I've, I've never did this claim at all. I don't know anything about it.

Shakara 12:02
So they're like its you? Thats what I'm saying. You're saying somebody pretended to be you, and did the claim.

Calvin 12:08
That's what it looks like. Yeah. Like this is clearly fraud. And like I said, I already have a police report regarding this.

Shakara 12:19
Okay, just a second.

Calvin 12:28
And the same thing also applies for the credit dispute. If you see that on there too, I've never done it.

Shakara 13:12
Thank you. Okay, so I'm gonna have to start with just, I'm gonna create a fraud case for you for this. I do apologize spelling your first name I have C, A, L, V, I, N?

Calvin 13:27
Yes, it is C, A L V I N. Last name is C, A R, T, E, R,

Shakara 13:32
Yes, thank you. And your date of birth?

Calvin 13:42
0208, 1989,

Shakara 13:50
Thank you.

Calvin 13:51
You welcome.

Shakara 13:58
And the address you would like it to go to?

Calvin 14:02
5006 South Blackstone Avenue, apartment 104,

Shakara 14:12
You know what? I just thought about it is all the information that's on your account still good?

Alright, I will go quiet for a little bit. I just gotta finish this application.

Calvin 17:08
Okay.

Shakara 17:12
And do you happen to have that claim number when you call the first time did they give you the claim number?

Calvin 17:17
They so they never gave me a claim number for when I very first called about this uh, back in April, when I first called about these items happening, I do see a claim number that is on the uh claim dated September 30, 2023 but once again, this is not mine, but I do see it here.

Shakara 17:40
Okay,

Calvin 17:43
Do you want it?

Shakara 17:47
Yes.

Calvin 17:47
Okay, it is 230607,

Calvin 17:59
G as in George, one,

Calvin 18:06
the A is an apple,

Calvin 18:09
51 f, as in Frank.

Shakara 18:22
Yes, okay, thank you so much for that. Just a second, I'm asking just a few more questions, and um

Shakara 18:35
I'll be right back with you. Sorry.

Calvin 18:36
Okay,

Shakara 18:37
*inaudible*

Shakara 19:35
I'm sorry, I'm still here. I'm still working on your account *inaudible*

Shakara 21:17
May I put you on just a brief hold?

Calvin 21:19
Yes,

Calvin 22:30
Hello, Okay,

Calvin 23:34
Hello,

Shakara 24:00
hey, thank you for Holding I do apologize for that wait, I did go ahead and get this finished up for you. I do show the number. The case ID number is whenever you're ready. It's going to be six digit number

Calvin 24:16
and this is the uh, you said, case ID number.

Shakara 24:23
Yes.

Calvin 24:29
And uh you said that this was a fraud report, right?

Shakara 24:36
Yes,

Calvin 24:37
Okay, I'll take the case ID number when you're ready.

Shakara 24:42
It's gonna to be 813231,

Shakara 24:50
okay, you said a case ID number was 813231,

Shakara 24:58
Yes. Mr. Carter. Okay,

Calvin 25:01
And is there anything else that I should do moving forward from here in regards to this?

Calvin 25:09
Besides give it to the police?

Shakara 25:10

**BLITT AND GAINES, P.C.**
*ATTORNEYS AT LAW*
775 Corporate Woods Parkway
Vernon Hills, IL 60061

Address Correction Requested

also came from identity theft that was in relation to the fraud on September 28, 2023 as the perpetrator was trying to adjust the credit reporting

**May 8, 2024**

9. I notified Blitt and Gaines, P.C. in writing of the fraud on the Visa account and associated checking account.
10. On **May 13, 2024**, I received a boilerplate response from Karen Filippello that ignored my concerns about fraud in regards to the notice sent to them via USPS - 9410-8036-9930-0166-6920-04.

**May 17, 2024**

11. Barbara Nilsen of Blitt and Gaines, P.C. sent a letter claiming, without basis, that I had initiated a fraud claim with Bank of America. This assumption was incorrect and ignored my prior written concerns. This in which it is stated, "Your application fraud has been noted to the account. Bank of America will investigate your fraud claim, and you will receive a response from the bank once the review has been completed. Please contact Bank of America's fraud department at 855-241-2710 with any questions regarding your fraud claim."

**May 31, 2024**

12. I specifically raised concerns about suspecting **collusive fraud** involving Blitt and Gaines, P.C., and Bank of America and requested a Sworn affidavit or Declaration about the account. This of which has yet to be received.

**June 7, 2024**

13. Bank of America's fraud department confirmed that the Visa account and associated checking account activity were fraudulent. Representative Shakara from the Fraud department of Bank of America provided a fraud case number (813-231) to be used with law enforcement.

**September 6, 2024**

14. After I filed a motion for discovery, I received another boilerplate response from Blitt and Gaines, P.C. claiming the alleged debt had been validated. This response did not provide any new evidence or Sworn Affidavit or Declaration. Bank of America, separately, has also yet to send this.

## 3. Evidence of Fraud

### Bank of America Confirmations

15. Bank of America has repeatedly confirmed that:

- The alleged activity was fraudulent.
- I did not authorize or dispute the alleged debt directly with them via phone, application or website.
- Fraudulent transactions were tied to the Visa account and its associated checking account.

20. Blitt and Gaines P.C. response to my verification requests has been visibly untimely and inadequate, undermining their claims of good faith.

## 5. Why Rule 280.5 Applies

21. Rule 280.5 explicitly protects victims of identity theft, and this case demonstrates clear evidence of fraudulent activity:

- Bank of America's confirmation that I did not authorize or initiate this transaction on September 28, 2023.
- As stated on the aforementioned phone call on April 29th, 2023 the transaction was set up through an alleged, "legality."
- The alleged disputes to adjust my credit report were not initiated by me.
- The Plaintiff's failure to investigate, communicate or provide meaningful verification of the alleged debt.

22. Striking Rule 280.5 would deny me critical protections and allow the Blitt and Gaines P.C. to pursue an alleged debt that is demonstrably tied to identity theft.

## 6. Blitt and Gaines Bad Faith Conduct

23. Blitt and Gaines P.C. has shown a pattern of bad faith conduct, including:

- Submitting falsified evidence on their Motion to dismiss or strike Rule 280.5 (Their Exhibit C).
- Ignoring my repeated requests for verification and fraud investigation.
- Failing to engage with Bank of America to resolve the fraud concerns.
- Stating that I wanted to do a Motion of Rule 280.5, because the alleged debt was not verified to, "my standards," when the legitimacy of this alleged debt is in question, and how this was handled as my non public information is exposed.

24. Their motion to strike Rule 280.5 appears to be an attempt to evade accountability and proceed with a claim that lacks merit.

## Conclusion

25. Rule 280.5 must not be stricken, as it is the proper mechanism to address the fraudulent activity and identity theft that underpins this case.

26. Blitt and Gaines P.C. motion to strike Rule 280.5 should be denied, and the matter should proceed under the protections afforded by Rule 280.5.

## Notarization

**Subscribed and sworn before me this** 23 **day of** December 2024.

**Signature:** [signature]

**Notary Signature:** [signature]

OFFICIAL SEAL
ROBERT A. YEE
NOTARY PUBLIC, STATE OF ILLINOIS
Commission No. 471324
My Commission Expires 10/14/2026

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Bank of America, N.A.
Plaintiff,
No. 20231109810
vs.
Calvin Carter
Defendant(s).

**MOTION TO STRIKE OR DISMISS DEFENDANT'S RULE 280.5 FRAUD AFFIDAVI**

NOW COMES the captioned plaintiff by and through their attorneys, Blitt and Gaines, P.C., and in moving to strike or dismiss the Defendant's Rule 280.5 Fraud Affidavit states as follows:

**Procedural Disposition**

1. On March 10, 2023, pursuant to 15 U.S.C. § 1692g(a), Plaintiff sent a mandatory notice to Defendant of his right to request validation of the debt. Under the statute, the Defendant was given until April 24, 2023 to exercise their right. **(Exhibit A)** The letter was directed to the same address at which service was obtained.

2. On May 1, 2023, having received no dispute or validation request. Plaintiff filed suit for Defendant's the allegedly unpaid credit card obligation owed by Defendant.

3.. On May 30, 2023, Defendant specifically directed a letter to Blitt and Gaines partners Jan Gaines and Barbara Nilsen, requesting validation of the debt. **(Exhibit B).** By law, this request was too late.

4. On or about the same time, despite the tardiness of the validation request, the Plaintiff put the matter on legal hold while they investigated the claims in the Defendant's letter.

5. On September 28, 2023, Plaintiff completed its investigation finding his dispute invalid because the statements were mailed to his home address and consistent payments were made. **(Exhibit C)**

6. On August 15, September 26, and September 30, 2023, the Defendant renewed his untimely validation demands. **(See the Auerbach affidavit attached as Exhibit D)**

7. On October 17, 2023, with the client's internal investigation complete, Blitt attorney Karen Filippello sent verification of the debt and sent over 50 pages of documentation. **(Exhibit E)** [1]

---

[1] For size and space considerations, the statements are not attached to this exhibit but can be produced in open court.

8. On October 26, 2023, the Defendant resent the verification request that Blitt had already fulfilled.

9. On or about November 3, 2023, Blitt verified the debt again. In fact, all told, Defendant demanded validation twelve times and Blitt responded with verification a total of eleven times. Indeed, on two occasions, sending Defendant *all* the statements from a zero balance to the current balance:

| Carter Validation Demands | BANA/Blitt Responses |
|---|---|
| 12/19/2023 | 12/21/2023 |
| 1/12/2024 | 1/16/2024 300+ pages, see attached |
| 1/31/2024 | 2/5/2024 (Resent 300 + Verification) |
| 2/27/2024 | 2/28/2024 |
| 3/19/2024 | 3/19/2024 |
| 3/25/2024 | 3/25/2024 |
| 4/3/2024 | 4/9/2024 |
| 5/3/2024 | 5/8/2024 |

**(See the Auerbach Affidavit and Exhibit F)**

10. In that period, on March 5, 2024, Blitt partner Barbara Nilsen responded to a complaint from Defendant claiming the verification was insufficient and that he had not received a copy of the complaint. Ms. Nilsen related that he did not have the complaint because he was not yet served. **(Exhibit G)**

11. On or about March 7, 2024, Defendant filed an appearance and on or about March 21, 2024, he filed an answer **(See the Answer as Exhibit H)**

12. On November 15, 2024, the Defendant filed an Attorney General complaint against Blitt claiming the verification was insufficient.

13. On or about October 13, 2024, the Defendant filed a Rule 280.5 fraud packet that accused Blitt attorneys Barbara Nilsen and Karen Filippello of committing fraud. **(Exhibit I)**

**Standards**

14. Illinois Supreme Court Rule 280.5 requires that a person who is a "victim of identity theft" shall file a Rule 280.5 affidavit and an Attorney General Affidavit. IL. S. Ct. R. 280.5(a)(1) & (2). Thereafter, the plaintiff has 90 days to file a responsive affidavit if the fraud is deemed invalid. *Id.*

## Argument

### I. Defendant Falsely Claims Blitt Attorneys Stole His Identity

15. The Defendant is using both the Rule 280.5 process and the § 1692g(a) & (b) validation and verification in obvious bad faith. The Defendant is fully aware the Barbara Nilsen is a partner at Blitt since he named her as "management" in his initial (and untimely) validation request (See Exhibit B):

To Management Named As: Jan Gaines, and Barbera Nielsen :

16. Ms. Nilsen clearly identified herself as an attorney at law with Blitt in her March 5, 2024 correspondence that explained that our verification corresponded with federal law and that he had not received a copy of the complaint because he had not been served yet. (See Exhibit F):

Sincerely,
Barbara Nilsen
Barbara Nilsen
Attorney at Law
Blitt and Gaines, P.C.

17. Likewise. Ms. Filippello identified herself as the party who reviewed, approved and signed nearly all the verification responses, including both of the verifications with three-hundred pages of documents:

Sincerely,
/s/ Karen Filippello ARDC# 6294990
Karen Filippello
Attorney at Law
Blitt and Gaines, P.C.

18. Notwithstanding that Defendant clearly knew Nilsen was a partner at the firm and knew or should have known that Filippello is an attorney at Blitt, Defendant's affidavit *swears* that "[t]o the best of my knowledge, the following person(s) used by information…or identification documents to get money, credit, loans, goods or services without my knowledge or authorization:

To the best of my knowledge and belief, the following person(s) used my information (for example, my name, address, date of birth, existing account numbers, Social Security number, mother's maiden name, etc.) or identification documents to get money, credit, loans, goods or services without my knowledge or authorization:

| | |
|---|---|
| Barbara Nilsen | Karen Filippello |
| Name (if known) | Name (if known) |
| 775 Corporate Woods Pkwy | 775 Corporate Woods Pkwy |
| Address (if known) | Address (if known) |
| 847-403-4900 | 847-403-4900 |
| Phone number(s) (if known) | Phone number(s) (if known) |

19. According to the complaint affidavit, the last statement attached to the complaint the 300+ packet of documentation, the last statement was issued in October, 2022. Filippello's first correspondence was sent *a year after* the account was charged off **(See Exhibit E)** while Nilsen's letter was sent in March, 2024, *eighteen months* after charge-off and closure of the account. **(See Exhibit G)** Therefore, it is inconceivable that the allegations against Nilsen and Filippello are in good faith or a mistaken understanding of the law or facts. The fraud affidavit also states this his identity was "stolen" on September 28, 2023, but according to the complaint affidavit, the account was opened *seven years prior* on February 5, 2016 and closed in 2022. (See Exhibit I):

(13) ☑ My identification documents (for example, credit cards, birth certificate, driver's license, Social Security card, etc.) were ☑ stolen ☐ lost on or about 28 / 9 / 2023.
(day/month/year)

20. Finally, his fraud "narrative" states nothing about improper use of the credit card by a third party or that a third party opened the card without his permission or knowledge. Instead, he stats that "during the placement [of the account] to Blitt and Gaines my non-public information was used on September 28, 2023 to get a refund/dispute falsely to add the amount of the alleged debt back.....[and] in March -24 there was false credit dispute added that I did not do." See Exhibit I. Clearly, neither of these events occurred when the account was open of active, so it is not identity theft under Rule 280.5

21. Finally, to the extent the Defendant is claiming disputes were appearing on his credit report and then being removed, Defendant demanded validation of the debt in September, 2023. **(Exhibit J)** Under 15 U.S.C. 1692g(b) a request for verification of the debt *is a dispute.* Under the Fair Credit

Reporting Act (15 U.S.C. 1681 et seq) furnishers of credit information, like Bank of America, report disputes to the credit bureaus and are required to investigate disputes under the FDCPA an report back to the consumer the results. The Plaintiff investigated and reported the results. (See Exhibit C) And, as Blitt's chart shows, he disputed the debt twice in March, 2024. In other words, Defendant's conduct is the reason why the Bank reported a dispute – because he disputed the debt.

22. Accordingly, Bank of America should not be required to prepare a responsive affidavit to respond to a fraud claim that does not legitimately allege actual fraudulent usage of Defendant's card or identify prior to October, 2022. Thus, the Rule 280.5 affidavit and Attorney General affidavit should be stricken.

**II. Defendant Pleads Himself Out of a Fraud Claim**

23. The Fraud Packet is also damaging to the Defendant's claims in that while he blames Nilsen and Filippello for using his credit card, the attachments demonstrate that his "fraud" claim is not really a claim of improper usage; he accuses them of "fraud" because they did not validate the debt based upon his standards, not those of federal law.

24. On Page 13 of the Fraud Packet, in a letter dated October 24, 2024, Defendant sets out "what I have been asking for in pursuit to verification:

them still have not been verified.

- The FULL account number used by that creditor.
- A copy of the original contract between myself and the original creditor.
- The original application for this account with my wet ink signature.
- Validation of the debt with wet ink signature.
- A copy of the agreement authorizing your company to collect on their behalf of the original creditor.
- Provide verification, documentation, and/or a copy of a written agreement that created my requirement to pay Blitt and Gaines instead of the original creditor.
- FULL detailed accounting history on the account via Moneynet Daily 120 Log, and the calculations on how they reached the amount owed.
- Provide your license to collect in my state and your registered agent name and address.
- Please show proof that the Statute of Limitations has not expired in my state for this account.
- The actual Proof of Purchase, Proof of Service, or Bill of Sale from the Original creditor that has the complete account number, with complete conspicuous information.
- The chain of custody of this said debt.
- The full proof of contract with privacy notice
- A document that granted you access to any private information I have with my wet ink signature.
- A form 69SA that is signed by myself with wet ink signature.

25. The Seventh Circuit Court of Appeals has held that verification under the FDCPA requires "nothing more than the debt collector confirming in writing that the amount being demanded is what the creditor is claiming is owed." *Walton v. EOS CCA*, 885 F.3d 1024, 1027–28, (7th Cir. 2018) This is confirmed by federal regulations that explain that verification "includes the name of the creditor to whom the debt was owed on the itemization date; the account number, if any, associated with the debt on the itemization date, or a truncated version of that number; the name of the creditor to whom the debt currently is owed; the itemization date; the amount of the debt on the itemization date and the current amount of the debt" 12 C.F.R. 1006.34.

26. A mere glance at the list of 15 requirements shows they are far beyond confirmation of what is in writing. Looking at Exhibit E, Blitt's letter sets out the creditor name – Bank of America , the account number, the amount of the debt as of the current date. There is no requirement for signed affidavit, an accounting via "Moneynet" and since it is acknowledged by Rule 280.2 what credit card matters are unwritten contracts to be sued under an account stated theory (See IL.S.C.R. 280.2), there is no written contract or "wet-ink" signature. Thus, Blitt's sending the verification letter with over 50 documents and then a subsequent validation with *all* the statements for the account, it is clear that the Plaintiff exceeded the federal verification standards.

27. Moreover, Defendant admits her claim of fraud relates to the nature of the verification in a response sent to Blitt on June 6, 2024 **(See Exhibit I)** After complaining that Plaintiff "assumed the debt was verified despite (sic) responses requesting verification prior to this response not being fulfilled" Defendant goes state that the failure to verify under his terms "is an act of collusive fraud." Bank of America responded directly to the fraud claims indicating all the statements were sent to his mailing address and payments were received from 2016 through February, 2022.

WHEREFORE, plaintiff prays that this court make the following order:

a. Strike the Defendant's Rule 280.5 and Illinois Attorney General Affidavit without leave to refile;

b. A finding that Blitt's verification of the debt complied with the FDCPA; and

c. Order the Defendant to cease sending disputes/verification/validation requests to Plaintiff or Plaintiff's Counsel

*or, in the alternative*

a. Strike the Defendant's Rule 280.5 and Illinois Attorney General Affidavit without prejudice;

b. Require the Defendant to clearly state what his fraud claim(s) care and to the extent he is either claiming the credit card was opened without his knowledge or whether he is disputing individual charges and require him to complete the Rule 280.5 affidavit and the Attorney General affidavit consistent with those statements;

c. That Defendant acknowledge receiving the verification packets with the full account statements and ordering him to use that verification packet as the basis for identifying any alleged disputed charges; and

d. Order the Defendant to cease sending disputes/verification/validation requests to Plaintiff or Plaintiff's Counsel

RESPECTFULLY SUBMITTED:

By: Michael L. Starzec - 6230325

Blitt and Gaines, P.C.
775 Corporate Woods Parkway
Vernon Hills, IL 60061
(800) 998-4592 TTY: 711 P
(847) 499-7599 F
pleadings2@blittandgaines.com
32887

23015012

**This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.**

March 10, 2023

EXHIBIT

A

To: CALVIN CARTER
5006 S BLACKSTONE AVE APT 104
CHICAGO IL 60615-3045

Blitt and Gaines, P.C.
775 Corporate Woods Parkway
Vernon Hills, IL 60061
(800) 998-4592 TTY: 711 from
8:00 am - 6:00 pm Monday - Thursday, Central Time
8:00 am - 5:00 pm Friday, Central Time
www.blittandgaines.com

**Reference: 23015012**

**Blitt and Gaines, P.C. is a debt collector.** We are trying to collect a debt that you owe to Bank of America, N.A. We will use any information you give us to help collect the debt.

**Our information shows:**

You had a Bank of America, N.A. account with account number **XXXXXXXXXXXX1777.**

| | | |
|---|---|---|
| As of October 31, 2022, you owed: | | $7,599.65 |
| Between October 31, 2022 and today: | | |
| You were charged this amount in interest: | + | $0.00 |
| You were charged this amount in fees: | + | $0.00 |
| You paid or were credited this amount toward the debt: | - | $0.00 |
| **Total amount of the debt now:** | | $7,599.65 |

**How can you dispute the debt?**

- **Call or write to us by April 24, 2023, to dispute all or part of the debt.** If you do not, we will assume that our information is correct.
- **If you write to us by April 24, 2023,** we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or you may write to us without the form. You may also include supporting documents. We accept disputes electronically at contactus@blittandgaines.com.

**What else can you do?**

- **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by **April 24, 2023,** we must stop collection until we send you that information. You may use the form below or write to us without the form. We accept such requests electronically at contactus@blittandgaines.com.
- **Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law.** For instance, you have the right to stop or limit how we contact you.
- Contact us about your payment options.

✂

**Mail this form to:**
Blitt and Gaines, P.C.
775 Corporate Woods Parkway
Vernon Hills, IL 60061

CALVIN CARTER
5006 S BLACKSTONE AVE APT 104
CHICAGO IL 60615-3045

**How do you want to respond?**

*Check all that apply:*

- ☐ **I want to dispute the debt because I think:**
  - ☐ This is not my debt.
  - ☐ The amount is wrong
  - ☐ Other (Please describe on reverse or attach additional information).
- ☐ **I want you to send me the name and address of the original creditor.**
- ☐ **I enclosed this amount:** $ ______

Make your check payable to *Blitt and Gaines, P.C.* Include the reference number 23015012.

EXHIBIT

B

Calvin Carter
5006 S. Blackstone Ave. Apt. 104
Chicago, IL, 60615

Blitt and Gaines P.C.
775 Corporate Woods Parkway
Vernon Hills, IL, 60061

5/25/23

To Management Named As: Jan Gaines, and Barbera Nielsen :

I am requesting the verification of a negative item notified to me on March 10, 2023, in pursuit to the Fair Debt Collections Practices Act, 15USC 1692 Sec.809 (b). You are required under the above named titled and section, to show your lawful authority to collected on an alleged debt claim; I am requesting the following items:

- The name and address of the original creditor.
- A copy of the original contract between myself and the original creditor.
- The original application for this account with my signature.
- A copy of the agreement authorizing your company to collected on their behalf of the original creditor.
- FULL detailed accounting history on the account and the calculations on how they reached the amount owe.
- Provide verification on any judgments connected to this account.
- Provide your license to collect in my state and your registered agent name with their address.
- Please show proof that the Statue of Limitations has not expired in my state for this account.
- Provide the date of the last payment on this account.

Please provide the answer to this request in writing within 30 days or I will be forced to take legal actions.

Thank you for your cooperation.
Calvin Carter

RECEIVED
5/30/2023 7:30:32 PM

March 10, 2023

To: CALVIN CARTER
5006 S BLACKSTONE AVE APT 104
CHICAGO IL 60615-3045

Blitt and Gaines, P.C.
775 Corporate Woods Parkway
Vernon Hills, IL 60061
(800) 998-4592 TTY: 711 from
8:00 am - 6:00 pm Monday - Thursday, Central Time
8:00 am - 5:00 pm Friday, Central Time
www.blittandgaines.com

**Reference: 23015012**

**Blitt and Gaines, P.C. is a debt collector.** We are trying to collect a debt that you owe to Bank of America, N.A. We will use any information you give us to help collect the debt.

**Our information shows:**

You had a Bank of America, N.A. account with account number **XXXXXXXXXXXX1777.**

As of October 31, 2022, you owed: $7,599.65

| | | |
|---|---|---|
| Between October 31, 2022 and today: | | |
| You were charged this amount in interest: | + | $0.00 |
| You were charged this amount in fees: | + | $0.00 |
| You paid or were credited this amount toward the debt: | - | $0.00 |
| **Total amount of the debt now:** | | **$7,599.65** |

**How can you dispute the debt?**

- **Call or write to us by April 24, 2023, to dispute all or part of the debt.** If you do not, we will assume that our information is correct.
- **If you write to us by April 24, 2023,** we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or you may write to us without the form. You may also include supporting documents. We accept disputes electronically at contactus@blittandgaines.com

**What else can you do?**

- **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by **April 24, 2023,** we must stop collection until we send you that information. You may use the form below or write to us without the form. We accept such requests electronically at contactus@blittandgaines.com.
- **Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law.** For instance, you have the right to stop or limit how we contact you.
- Contact us about your payment options.

---

**Mail this form to:**
Blitt and Gaines, P.C.
775 Corporate Woods Parkway
Vernon Hills, IL 60061

CALVIN CARTER
5006 S BLACKSTONE AVE APT 104
CHICAGO IL 60615-3045

**How do you want to respond?**

*Check all that apply:*

- ☐ **I want to dispute the debt because I think:**
  - ☐ This is not my debt.
  - ☐ The amount is wrong
  - ☐ Other (Please describe on reverse or attach additional information).
- ☐ **I want you to send me the name and address of the original creditor.**
- ☐ **I enclosed this amount:** $ ________

Make your check payable to *Blitt and Gaines, P C.* Include the reference number 23015012.

EXHIBIT
1

20231109...
Judge: Courtroom, 1101

Calvin Carter
5006 S. Blackstone Ave. Apt. 104
Chicago, IL, 60615

Blitt and Gaines P.C.
775 Corporate Woods Pkwy
Vernon Hills, IL, 60061

5/31/24

To Karen Filippello, Barbara Nilsen, or to whom it may concern,

This is a response to the notices dated May 6th that was received on May 15th, May 13th that was received on May 20th, and May 17th, that was received on May 21st.

The response dated May 13th, 2023 from Karen Filippello is stated to validate the assumed debt from the notice dated May 6th, 2023. However, the notice on May 6th stated that the assumed debt is, "verified." Verification and Validation are two different things under the FDCPA. This assumed debt was never verified in accordance to what was requested by me dated 4/22/24. This response was also sent in reply to the identity theft notice that was received by your office; that was marked delivered on May 13th, 2024 with the USPS tracking number: 9410-8036-9930-0166-6920-04. The notice requested of identity theft to give to the local authorities was not given to me, but instead what was given was a notice that the assumed debt was, "validated." This of which plainly ignored the identity theft notice needed for the local authorities, and never states that the assumed debt was verified despite responses requesting verification prior to this response not being fulfilled.

The response dated May 17th, 2023 by Barbara Nilsen still does not provide the notice of identity theft. The letter written to your company, delivered May 13th 2023, stated that, per Bank of America, since the account has been, "placed," with Blitt and Gaines that your company has the rights, and responsibilities of the account, and should be contacted in regards to this issue. This of which is why I wrote the letter, requesting the identity theft notice, to your company. It is stated that your office has notified Bank of America of my, "dissatisfaction," when from the notice given to Blitt and Gaines on May 13th 2023, I already stated that they knew about this matter. From that, once again, I was told to get the information from Blitt and Gaines, this of which was not provided from the notice given to me dated May 13th, 2024 and May 17, 2024.

There are clear violations in regards to 15 USC 1692 E as the notice dated May 6, 2024 stated that the assumed debt was verified yet on the notice dated May 13, 2024 it stated that the assumed debt is validated. As aforementioned, validation and verification are two different terms that do two different things regarding the assumed debt.

There is also circumvention regarding this account between Blitt and Gaines and Bank of America as both companies are appearing to be shirking me. This leads one to suspect that there is an act of collusive fraud as both companies are referring me to each other in regards to this issue yet no response of an identity theft notice, nor a solution was reached. Bank of America stated to me on multiple calls that they do not see any information regarding this account as it is placed with Blitt and Gaines. Antithetically, I am also being told, from the notice dated May 17th, 2024, from your company, that Bank of America is notified, and that I will receive a response from them once they are done reviewing. From this, I am told to call Bank of America with any questions regarding the fraud claim.

RECEIVED
6/6/2024 2:55:16 PM

This event alone leads one to believe that this is also a violation of 15 USC 1692E as the suspected collusive fraud from Bank of America and Blitt and Gaines leads one to believe that there are deceptive practices with this account and the assumed debt.

I am also enclosing documents for your viewing. The documents sent to you will be: the letter in response to my verification request dated May 6th,2023, and the two letters received in regards to the identity theft both dated May 13th, 2024, and May 17th, 2024 alongside the two documents from Bank of America regarding the falsified claim dated September 30th, 2023, and the falsified credit dispute dated March 25th, 2024. The latter and former, once again, happened under Blitt and Gaines servicing of the account that are under your rights and responsibility as stated by Bank of America. Also, I will be sending the latest verification request of the assumed debt dated April 22nd, 2024, and the latest letter to you that was given to you on May 13th, that described the identity theft in detail for your viewing. Lastly, an Affidavit of Facts will be provided and notarized in regards to this issue.

I am requesting a sworn affidavit or declaration in reply to this letter being sent to either Karen Fillippello, Barbara Nilsen, or to whom it may concern.

Calvin Carter

BLITT AND GAINES, P.C.
Attorneys at Law
*775 Corporate Woods Parkway, Vernon Hills, IL 60061 *P:(800) 998-4592 *TTY: 711 *F: (847)-499-7599 *www.blittandgaines.com

May 6, 2024

Calvin Carter
5006 S Blackstone Ave Apt 104
Chicago IL 60615-3045

Creditor to Whom the Debt is Owed: Bank of America, N.A.
Account Number: XXXXXXXXXXXX1777
Our File Number: 23015012

Dear Sir or Madam.

Please be advised that our law firm is in receipt of your request for verification on your Bank of America, N.A. account. Pursuant to your inquiry, here is the information.

- The account opened on February 5, 2016
- The current balance as of May 6, 2024 is $7,599.65.

If you have any questions or would like to further discuss your account please feel free to call our office at (800) 998-4592 for TTY please dial 711.

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

Sincerely,

*/s/ Nathaniel L. Katz ARDC #6329906*

Nate Katz
Attorney at Law
Blitt and Gaines, P.C.

BLITT AND GAINES, P.C.
Attorneys at Law
*775 Corporate Woods Parkway, Vernon Hills, IL 60061 *P:(800) 998-4592 *TTY: 711 *F: (847)-499-7599 *www.blittandgaines.com

May 13, 2024

Calvin Carter
5006 S Blackstone Ave Apt 104
Chicago IL 60615-3045

Account ending in: XXXXXXXXXXXX1777

Creditor to Whom the Debt is Owed: Bank of America, N.A.
File Number: 23015012
Balance: $7,599.65

Dear Sir or Madam,

We are writing in response to your recent correspondence concerning the account referenced above.

We have researched your request and determined a previous request to validate this debt was received and validation was provided. A review of the validation response previously provided by our office demonstrates that it complied with the requirements set forth in the Fair Debt Collection Practices Act and as such no further action is required by our office.

If you have any questions, please contact Blitt and Gaines, P.C. at (800) 998-4592, for TTY please dial 711. We are available to assist you Monday through Thursday 8:00 am - 6:00 pm and on Fridays from 8:00 am - 5:00 pm.

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

Sincerely,
/s/ Karen Filippello ARDC# 6294990
Karen Filippello
Attorney at Law
Blitt and Gaines, P.C.

BLITT AND GAINES, P.C.
Attorneys at Law
*775 Corporate Woods Parkway, Vernon Hills, IL 60061 *P:(800) 998-4592 *TTY: 711 *F: (847)-499-7599 *www.blittandgaines.com

May 17, 2024

Calvin Carter
5006 S Blackstone Ave Apt 104
Chicago IL 60615-3045

Creditor to Whom the Debt is Owed: Bank of America, N.A.
Account Number: XXXXXXXXXXXX1777
File Number: 23015012
Docket Number: 20231109810
Balance: : $7,599.65, which does not include court costs of $458.21 that have yet to be awarded by the court.

Dear Sir or Madam,

Please be advised that our law firm is in receipt of your correspondence requesting a notice of identity theft. Your letter also contained a complaint regarding Bank of America's handling of your account.

Our office has notified Bank of America of your dissatisfaction. Your application fraud has been noted to the account. Bank of America will investigate your fraud claim and you will receive a response from the bank once the review has been completed.
Please contact Bank of America's fraud department at 855/241-2710 with any questions you have regarding your fraud claim.

Do not hesitate to call if you have any questions, for TTY please dial 711.

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

Sincerely,
Barbara Nilsen
Barbara Nilsen
Attorney at Law
Blitt and Gaines, P.C.

Calvin Carter
5006 S. Blackstone Ave. Apt. 104
Chicago, IL, 60615

Blitt and Gaines P.C.
775 Corporate Woods Parkway
Vernon Hills, IL, 60061

4/22/2024
To whom it may concern:
This is a response to the notice of a negative item given to me on 4/15/24, dated 4/4/24, from a validation delivered to you on 5/27/2023, ending in 1777, in pursuit to the Fair Debt Collections Practices Act, 15USC 1692 Sec 809 (b). The following items in regards to the negative item still have not been verified:

- The FULL account number used by that creditor.
- A copy of the original contract between myself and the original creditor.
- The original application for this account with my wet ink signature.
- Validation of the debt with wet ink signature.
- A copy of the agreement authorizing your company to collect on their behalf of the original creditor.
- Provide verification, documentation, and/or a copy of a written agreement that created my requirement to pay Blitt and Gaines instead of the original creditor.
- FULL detailed accounting history on the account via Moneynet Daily 120 Log, and the calculations on how they reached the amount owed.
- Provide your license to collect in my state and your registered agent name and address.
- Please show proof that the Statute of Limitations has not expired in my state for this account.
- The actual Proof of Purchase, Proof of Service, or Bill of Sale from the Original creditor that has the complete account number, with complete conspicuous information.
- The chain of custody of this said debt.
- The full proof of contract with privacy notice
- A document that granted you access to any private information I have with my wet ink signature.
- A form 89SA that is signed by myself with wet ink signature.

Once again, in regards to your notice sent on 1/12/2024, and in response to the negative item given to me on 3/12/24, dated 3/5/24 it is stated that the validation letters sent by your office are in compliance with the FDCPA. They are not in compliance with the FDCPA as the statements sent out do not verify the alleged debt as outlined in 15USC 1692g(a). This section of the FDCPA simply states a requirement of the alleged debt collector to deliver, to the consumer, in the process of validating the debt. No debt has been validated nor verified, and there was never any admission of liability of the alleged debt in the past, nor do I claim liability now. No proof of claim can be validated and verified without the requested information in this letter.
I am also asking to please refrain from contacting me via telephone, email, or any other means of verbal communication except in writing, as I value the accuracy and clarity that it provides.

Thank you for your cooperation.
Calvin Carter

Calvin Carter
5006 S. Blackstone Ave. Apt. 104
Chicago, IL, 60615

Blitt and Gaines P.C.
775 Corporate Woods Pkwy
Vernon Hills, IL, 60061

To whom it may concern,

On April 29th I contacted Bank of America about two random notices received dated September 30th, 2023 and March 25th, 2024 for the account ending in 1777. For the notice dated September, 30th, 2023, it was about a claim that was placed on the account for $7599.65. This of which I have never done. The notice on March 25th, 2024 states that there was an attempt to adjust the consumer reporting from Bank of America. Also, once again, this of which I never done. In regards to both of these notices there was never a call, email, mail, nor in app change from me regarding these issues.

The first person I spoke to on April 29th was Hilary from the Bank of America Card services team. She questioned if I disputed the account with a credit reporting agency during the time of the notice on September 30, 2023. This of which was never done. From here, it was mentioned to me that there was an issue with the said checking account as on September, 28th, 2023 there was consumer fraud on the account in which part of the amount that was seen were direct deposits that remained into the checking account. From there, she stated that this was set up through a legality during the time period of the claim taking place. This of which has not happened through me via call, mail, email, nor in app change. During this process, I was transferred to the Fraud Department. To their knowledge they did not know about this, and they stated that a claim was not found. Lastly, I was then transferred to the Charge off Department/Recovery Services this day to which I spoke with Salah Muhammad. They stated that they could not find any information regarding this issue as this account was placed, "with an agency." He stated that there were calls regarding this matter not by me. I was told that because the account has been placed with, "an agency," that they are servicing the account, and have the rights, alongside responsibility as well. At this moment I was referred to Blitt and Gaines via phone. I, from here, questioned if I should still contact Blitt and Gaines even though the notice of the claim came from Bank of Americas Claims resolution Department. He further confirmed that Blitt and Gaines is the primary contact regarding this issue, alongside the Consumer Reporting notice on March 24, 2024 despite both coming from Bank of America.

I called Bank of America on May 1st, 2024 again to get a notice of Identity Theft regarding these matters to give to the local authorities. After speaking with Dee from Phoenix in the Card Services Department I was then transferred to Travis in the Fraud Department regarding this issue. Prior to transfer they could not issue a statement of Identity Theft in regards to this issue. Hereafter, I was told to contact the Claims department in regards to getting a statement of Identity Theft. On May 2nd, 2024, I called again to Bank of America and spoke with Shawn in Recovery Services. They stated that they could not see anything as the account was placed with Blitt and Gaines. I was then also told that your company assumes all responsibility over this account. From here, before leaving the call, I was told to, "bring these letters to their attention to see how they'll move forward with it."

Since it is stated that Blitt and Gaines assumes responsibility, and rights of the account I am asking for a notice of Identity Theft to give to the local authorities regarding this matter for the account ending in 1777. Also, it is noted that based off the phone calls, and dates of occurrence during servicing these events clearly did happen under Blitt and Gaines. Enclosed with this document to you is also the copies of Notices of Claim and Consumer reporting for your viewing.

Calvin Carter

USPS tracking number: 9410-8036-9930-0166-6920-04

# AFFIDAVIT OF FACTS

Bank of America, N.A.
vs
Calvin Carter

Case number - 2023-1109-810

I, Calvin Carter, hereby swear and affirm that the following statements are true and accurate to the best of my knowledge and belief:

1. I am the owner of the Bank of America account ending in 1777.

2. I received a notice from Bank of America dated September 30th, 2023 regarding a claim for the amount of $7599.65 that was attempted to be placed on my account that was not authorized by me. This was the result of identity theft.

3. On March 25th, 2024, I received a credit dispute notice that I did not initiate, nor authorize. This was also a result of identity theft.

4. I contacted Bank of America regarding these instances of identity theft, and to get a notice to give to the local authorities, and they advised me to speak with Blitt and Gaines P.C. for an Identity Theft Notice to give to the local authorities.

5. Blitt and Gaines P.C. sent me a notice on May 17th, 2023, stating that they notified Bank of America about the issue and that they would respond to me when it was done being reviewed. This is despite Bank of America already knowing about this issue.

6. Both Bank of America and Blitt and Gaines have shirked responsibility for assisting me with this identity theft issue and have referred me to one another with conflicting information and no result.

7. A notice dated May 13th, 2024, in response to my Identity Theft request, stated that the assumed debt was "validated," with no further action needed. This notice did not address the identity theft issue, and did not verify the assumed debt in accordance to what I was requesting in regards to 15 USC 1692G(a).

8. It is evident that there have been deceptive practices and possible collusive fraud in regards to the handling of the identity theft and the assumed debt by both Bank of America and Blitt and Gaines P.C. with both companies shirking responsibility and providing misleading information.

9. I believe that there may be Collusive Fraud at play in this situation.

10. In light of the deceptive practices and lack of cooperation from both Bank of America and Blitt and Gaines P.C., I respectfully request that this case be dismissed with prejudice.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Signed: ____________________

Notary Signature: ____________________

Date: 05-31-2024

State of Illinois - County of Cook
This instrument was acknowledged before me on 05-31-2024 (Date)
By CALVIN CARTER

This is an original document

"OFFICIAL SEAL"
YURIXY ZAMORA
NOTARY PUBLIC, STATE OF ILLINOIS
COMMISSION NO. 985165
MY COMMISSION EXPIRES 1/9/2028

Retail

POSTAGE PAID

$14.00 Origin: 60604
05/31/24
1616230041-11

ITY MAIL®

0 Lb 3.80 Oz
RDC 03

DAY: 06/03/24

C032

WOODS PKWY
L 60061-3112

IRE® TRACKING #

8 4152 5853 23

October 2023
1/2 x 9 1/2

FIRMLY TO SEAL

RITY®
IL

L.*
onal destinations.

I.

the

of coverage.

free Package Pickup,
n the QR code.

S.COM/PICKUP

PAPER
POUCH

how2recycle.info

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

FROM:

Calvin Carter
Chicago, IL, 60615
5006 S. Blackstone Ave. Apt. 104

TO:

Blitt and Gaines P.C.
775 Corporate Woods Parkway
Vernon Hills, IL, 60061

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
Misuses may be a violation of federal law.

Claims Resolution, TX2-979-02-53
PO Box 660747
Dallas TX 75266-0747

**Account ending in** 1777
**Date** September 30, 2023
**Claim number:** 230607G1A51F
**Amount:** $7,599.65

CALVIN CARTER
5006 S BLACKSTONE AVE APT 104
CHICAGO IL 60615-3045

## Calvin, we're unable to approve your recent claim.

Our research included the information you provided with your claim, your account history, the monthly account statements we sent you and if available, information from the merchant, such as a signed receipt or contract. We made this decision because:

We confirmed statements were mailed to the address you provided for this claim and payments have been made on the account.

## For updates on your claim

If you'd like copies of the documents we used to make this decision, please call us at 1.800.472.7970, Monday - Friday 8:00 a.m to 5:00 p.m. eastern. Please have your claim number when you call.

## Thank you for your patience during our review.

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC

PO Box 982238
El Paso, TX 79998-22388

LV 0327 935 900 57024 #@01 AB 0.547
CALVIN CARTER
5006 S BLACKSTONE AVE APT 104
CHICAGO IL 60615-3045

**Date**
March 25, 2024
**Account ending in**
1777
**Case number**
240322CR1048001
bankofamerica.com

## We reviewed our records and confirmed the account information we reported to the consumer reporting agencies is correct.

### Here's what we can tell you based on our review:

All of the account details we reported are accurate.

This means we won't be adjusting our reporting like you requested and consider your dispute resolved.

### What you can do

You can reach out directly to the consumer reporting agencies if you'd like. Here's how to contact them:

**TransUnion:**
Consumer Solutions
PO Box 2000
Chester, PA 19022
800.916.8800
transunion.com

**Experian:**
Dispute Department
PO Box 9701
Allen, TX 75013
888.397.3742
experian.com

**Equifax:**
Equifax Information Services
PO Box 740256
Atlanta, GA 30374
866.349.5191
equifax.com/personal

**Innovis:**
Innovis Customer Assistance
PO Box 530088
Atlanta, GA 30353
800.540.2505
innovis.com

We hope you find this information helpful.

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC.

Calvin Carter
5006 S. Blackstone Ave. Apt. 104
Chicago, IL, 60615

Blitt and Gaines P.C.
775 Corporate Woods Parkway
Vernon Hills, IL, 60061

Bank of America
Claims Resolution
TX2-979-02-50
P.O. Box 660836
Dallas, TX 75266-0836

10/21/24

To whom it may concern,

Firstly, the alleged debt still had not been verified in accordance to USC 1692 G(b) from the notice sent to me dated September 6th, 2024 despite multiple inquiries in regards to this. The following is what I have been asking for in pursuit to verification:

- The FULL account number used by that creditor.
- A copy of the original contract between myself and the original creditor.
- The original application for this account with my wet ink signature.
- Validation of the debt with wet ink signature.
- A copy of the agreement authorizing your company to collect on their behalf of the original creditor.
- Provide verification, documentation, and/or a copy of a written agreement that created my requirement to pay Blitt and Gaines instead of the original creditor.
- FULL detailed accounting history on the account via Moneynet Daily 120 Log, and the calculations on how they reached the amount owed.
- Provide your license to collect in my state and your registered agent name and address.
- Please show proof that the Statute of Limitations has not expired in my state for this account.
- The actual Proof of Purchase, Proof of Service, or Bill of Sale from the Original creditor that has the complete account number, with complete conspicuous information.
- The chain of custody of this said debt.
- The full proof of contract with privacy notice
- A document that granted you access to any private information I have with my wet ink signature.
- A form 89SA that is signed by myself with wet ink signature.

Secondly, there still has not been a sworn affidavit or declaration received in regards to this account from the response sent to your office dated May 31st, 2024 that was delivered June 4th, 2024 via USPS – Tracking: 9510-8119-1128-4152-5853-23. This has been well beyond 30 days I have even received this from your company or Bank of America via USPS Tracking– 9505-5119-1128-4152-5853-44. Neither your company, Blitt and Gaines, nor Bank of America has provided any resolution, nor sworn affidavit or declaration in regards to this Identity Theft issue. Instead there has been shirking on both behalf of

Bank of America, and Blitt and Gaines, alongside Bank of America still stating that I created disputes on this account when, under your servicing and placement, there has been no record of me calling, or using an electronic device to do this as stated by different representatives of Bank of America.

Lastly, I am including an Identity Theft Affidavit to your company in regards to this issue and in compliance with Illinois Rule 280.5. Bank of America will receive this same notice, alongside the Identity Theft affidavit as well as they are listed on this response.

I affirm that the information provided in this response is true and accurate to the best of my knowledge. I understand that any false statements may subject me to penalties of perjury under the law.

Signature: [signature]

Date: 10-21-24

Notary signature: [signature]

DOMINIQUE E DAUPHIN
Official Seal
Notary Public - State of Illinois
My Commission Expires Jul 18, 2026

M. 18 2024

COURT IL

FILED
5/1/2023 12:00 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
Courtroom, 1101

FILED DATE: 5/1/2023 12:00 AM 20231109810

22507685

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Bank of America, N.A.
Plaintiff,

vs.

CALVIN CARTER
Defendant(s).

No. 20231109810

Return Date: Location: Court Room 1101

Total Amount Claimed: $7,599.65
plus court costs

System Generated Hearing Date: 4/4/2024 9:00 AM

Judge: Allegretti, John Michael

## COMPLAINT

NOW COMES the Plaintiff, by and through its attorneys, Blitt and Gaines, P.C., and complaining of the Defendant, states as follows:

1. This is an action for damages that are within the jurisdictional limits of the Court, exclusive of costs.

2. Venue for this action is proper in this Court because the Defendant is a resident of this county.

3. Plaintiff is a national banking association organized and existing under the laws of the United States of America and having its principal place of business in Charlotte, North Carolina.

4. Plaintiff is a wholly-owned subsidiary of Bank of America Corporation and the successor-in-interest to FIA Card Services, N.A. ("FIA"), formerly known as MBNA America Bank, N.A. FIA was merged into and under the charter and title of Plaintiff effective October 1, 2014.

5. Defendant is an adult individual residing in this county.

6. Defendant applied for and received a credit account, which is owned and administrated by Plaintiff (the "Account"). Defendant used or authorized the use of the Account for the acquisition of goods, services, balance transfers or cash advances.

7. Defendant breached the Agreement by failing to make periodic payments as required thereby and the Account was subsequently charged-off. The entire balance on the Account is owed to Plaintiff and is presently due and payable in full.

FILED DATE: 5/1/2023 12:00 AM 2023110981O

8. The current Account balance is $7,599.65, which includes any applicable payments and credits. The Account is not accruing post charge-off interest.

9. In accordance with federal regulations, monthly periodic statements for the Account have been provided to the Defendant. Attached hereto and incorporated herein is a copy of the affidavit and last periodic statement provided to Defendant prior to charge-off. Based on Plaintiff's records, there are no unresolved billing disputes related to the Account.

10. This suit has been filed within the relevant statute of limitations.

WHEREFORE, Plaintiff, Bank of America, N.A. prays that judgment be entered against Defendant for $7,599.65 plus costs.

/s/ Karen Kopf ARDC# 6294990

Attorney for Plaintiff

Blitt and Gaines, P.C.
Attorney for Plaintiff
775 Corporate Woods Parkway
Vernon Hills, IL 60061
(800) 998-4592 TTY: 711
pleadings2@blittandgaines.com
23015012
32887

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

Bank of America, N.A.
v
Calvin Carter

Case Number: 2023-1109-810

Response to Summons delivered on 3/12/24

1) I, the defendant, have insufficient knowledge.

2) I, the defendant, have insufficient knowledge.

3) I, the defendant, have insufficient knowledge.

4) I, the defendant, have insufficient knowledge.

5) I, the defendant, do not dispute that I am an adult individual residing in this county.

6) I, the defendant, have insufficient knowledge as I was a victim of identity theft and the debt has not been validated, and statements alone are not a complete validation of debt.

7) I, the defendant, have insufficient knowledge.

8) I, the defendant, have insufficient knowledge.

9) I, the defendant, has insufficient knowledge, as the debt is still not validated as statements are not a complete validation of the assumed debt in accordance to FDCPA 15USC 1692g(a) as the following has not been validated:

- The FULL account number used by that creditor.
- A copy of the original contract between myself and the original creditor.
- The original application for this account with my wet ink signature.
- Validation of the debt with wet ink signature.
- A copy of the agreement authorizing your company to collect on their behalf of the original creditor.
- Provide verification, documentation, and/or a copy of a written agreement that created my requirement to pay Blitt and Gaines instead of the original creditor.
- FULL detailed accounting history on the account, and the calculations on how they reached the amount owed.
- Provide your license to collect in my state and your registered agent name and address.
- Please show proof that the Statute of Limitations has not expired in my state for this account.
- The actual Proof of Purchase or Service from the Original creditor that has the complete account number, with complete conspicuous information.
- The chain of custody of this said debt.
- The full proof of contract with privacy notice
- A document that granted you access to any private information I have with my wet ink signature.

The affidavit is not a complete validation as it is not the actual contract of assignment, proof of Purchase, or proof or service with the complete account number and complete information. I, also, have insufficient knowledge if there are no unresolved billing disputes related to the account.

10) I, the defendant, have insufficient knowledge.

Calvin Carter
5006 S. Blackstone Ave. Apt. 104
Chicago, IL, 60615

Blitt and Gaines P.C.
775 Corporate Woods Parkway
Vernon Hills, IL, 60061

3/18/2024

To whom it may concern:

This is a response to the notice of a negative item given to me on 3/12/24, dated 3/5/24, from a validation delivered to you on 5/27/2023, ending in 1777, in pursuit to the Fair Debt Collections Practices Act, 15USC 1692 Sec 809 (b). The following items in regards to the negative item still have not been validated:

- The FULL account number used by that creditor.
- A copy of the original contract between myself and the original creditor.
- The original application for this account with my wet ink signature.
- Validation of the debt with wet ink signature.
- A copy of the agreement authorizing your company to collect on their behalf of the original creditor.
- Provide verification, documentation, and/or a copy of a written agreement that created my requirement to pay Blitt and Gaines instead of the original creditor.
- FULL detailed accounting history on the account, and the calculations on how they reached the amount owed.
- Provide your license to collect in my state and your registered agent name and address.
- Please show proof that the Statute of Limitations has not expired in my state for this account.
- The actual Proof of Purchase or Service from the Original creditor that has the complete account number, with complete conspicuous information.
- The chain of custody of this said debt.
- The full proof of contract with privacy notice
- A document that granted you access to any private information I have with my wet ink signature.

Once again, in regards to your notice sent on 1/12/2024, and in response to the negative item given to me on 3/12/24, dated 3/5/24 it is stated that the validation letters sent by your office are in compliance with the FDCPA. They are not in compliance with the FDCPA as the statements sent out do not validate the alleged debt as outlined in 15USC 1692g(a). This section of the FDCPA simply states a requirement of the alleged debt collector to deliver, to the consumer, in the process of validating the debt. No debt has been validated, and there was never any admission of liability of the alleged debt in the past, nor do I claim liability now. No proof of claim can be validated without the requested information in this letter.

Also, as stated before, I never sent a notice titled Insufficient Response to your company. I replied to the validation letters with the above aforementioned as the information has not been validated hitherto. Within this the notice also goes against FDCPA USC 1692E(10) as there was never a Notice of Insufficient Response sent out. The FULL information of what I am asking for still has not been validated.

Moreover, upon looking on the Cook County Clerks website there hasn't been any service sent out. On 5/25/23 the event description of the case states that it is, "Summons Returned – N.S. Reason: Other Reason." This indicates that I was not served. The second event after 5/25/23 is on 1/12/24. This event states clearly, "Alias Summons Issued&Returnable ERP Eviction and Consumer Debt." Furthermore, this still has to be further elaborated through an affidavit of who was doing the service of the summons, how, when, and where the service took place in its validity.

The document sent on 1/24/24, dated 1/12/24 is still a violation of 15 U.S. Code 1692e(13) as this document, nor the aforementioned quote is not a notification of a lawsuit, nor notification of a set lawsuit at that time. I never, "complained," in regards to this document, but rather stated how it is a direct violation of 15 U.S. Code 1692e(13). This in which you are responding to on 3/5/24 with the summons, in mail, from which your statement of your company being unsuccessful in serving has not been validated as stated previously within this response.

I am also asking to please refrain from contacting me via telephone, email, or any other means of verbal communication except in writing, as I value the accuracy and clarity that it provides.

Thank you for your cooperation.
Calvin Carter

BLITT AND GAINES, P.C.
Attorneys at Law
•775 Corporate Woods Parkway, Vernon Hills, IL 60061 •P:(800) 998-4592 •TTY: 711 •F: (847)-499-7599 •www.blittandgaines.com

March 5, 2024

Calvin Carter
5006 S Blackstone Ave Apt 104
Chicago IL 60615-3045

Creditor to Whom the Debt is Owed: Bank of America, N.A.
Account Number: XXXXXXXXXXXX1777
File Number: 23015012
Docket Number: 20231109810
Balance: : $7,599.65, which does not include court costs of $458.21 that have yet to be awarded by the court.

Dear Sir or Madam,

Please be advised our law firm is in receipt of your correspondence titled notice of insufficient response in which you acknowledge receipt of our validation letter. You also complained our response letter dated 1/12/24 is misleading as it references a legal process and you have not received notice.

I have reviewed the validation letters sent by my office in response to your requests and they comply with the requirements as set forth by the Fair Debt Collection Practices Act.
Enclosed is a copy of the lawsuit that was filed in the above case. Our office has been unsuccessful in our attempts to serve you as of today's date. Our office will provide the required notice to you prior to moving forward with the lawsuit.

Do not hesitate to call if you have any questions, for TTY please dial 711.

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

Sincerely,
Barbara Nilsen
Barbara Nilsen
Attorney at Law
Blitt and Gaines, P.C.

BLITT AND GAINES, P.C.
Attorneys at Law
•775 Corporate Woods Parkway, Vernon Hills, IL 60061 •P:(800) 998-4592 •TTY: 711 •F: (847)-499-7599 •www.blittandgaines.com

January 12, 2024

Calvin Carter
5006 S Blackstone Ave Apt 104
Chicago IL 60615-3045

Creditor to Whom the Debt is Owed: Bank of America, N.A.
Account Number: XXXXXXXXXXXX1777
File Number: 23015012
Docket Number: 20231109810
Balance: : $7,599.65, which does not include court costs of $451.21 that have yet to be awarded by the court

Dear Sir or Madam,

Please be advised our law firm is in receipt of your correspondence titled notice of insufficient response in which you acknowledge receipt of our validation letter. I have reviewed the validation letters sent by my office in response to your requests and they comply with the requirements as set forth by the Fair Debt Collection Practices Act.

Do not hesitate to call if you have any questions, for TTY please dial 711.

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

Sincerely,
Barbara Nilsen
Barbara Nilsen
Attorney at Law
Blitt and Gaines, P.C.

Hours of Operation (Central Time):

EXHIBIT
1

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois courts.
Forms are free at ilcourts.info/forms.

STATE OF ILLINOIS,
CIRCUIT COURT
Cook COUNTY

# IDENTITY THEFT AFFIDAVIT
## *(Credit Card or Debt Buyer Collection Action)*

F
OCT 30 2024

**Instructions ▾**

Directly above, enter the name of the county where the case was filed.

Enter the name of the person who started the lawsuit as Plaintiff.

Enter the name of the person being sued as Defendant

Enter the Case Number given by the Circuit Clerk

Bank of America
Plaintiff *(First, middle, last name)*

v

Calvin Carter
Defendant *(First, middle, last name)*

2023-1109-310
Case Number

Complete this form and file it with the Circuit Clerk

You must also complete the Illinois Attorney General Identity Theft Affidavit and send it to the other party

You can find it here illinoisattorneygeneral.gov/Page-Attachments/ID_Theft_Affidavit_Instructions_and_Form.pdf

Do **not** file it with the Circuit Clerk

1. I am the defendant in this lawsuit.
2. This lawsuit is about a debt that I did not create. Someone stole my identity and used my identity to create the debt.
3. I have completed an Illinois Attorney General Identity Theft Affidavit. I am mailing the Illinois Attorney General Identity Theft Affidavit, along with all required documentation, to the plaintiff

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony

If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name

Enter your complete address, telephone number, and email address if you have one

**I certify that everything above is true and correct. I understand that making a false statement On this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.**

/s/ Calvin Carter
*Your Signature*

5006 S. Blackstone Ave, Apt.104
*Street Address*

Calvin Carter
*Print Your Name*

Chicago, IL, 60615
*City, State, ZIP*

*Email Address*

312-342-1329
*Telephone*

*Firm Name (if any)*

*Attorney # (if any)*

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

Enter the Case Number given by the Circuit Clerk: 2023-1109-810

## PROOF OF DELIVERY

In 1a, enter the name, mailing address, and email address of the party you are sending the document to. If they have a lawyer, you must enter the lawyer's information.

In 1b, check the box to show how you are sending the document. **CAUTION:** If you and the person you are sending the document to have an email address, you must use one of the first two options. Otherwise, you may use one of the other options.

In c, fill in the date and time that you sent the document.

In 2, if you sent the document to more than 1 party or lawyer, fill in a, b, and c. Otherwise leave 2 blank.

1. I am sending the Identity Theft Affidavit

   a. To: Name: Blitt and Gaines P.C (First / Middle / Last)
      Address: 775 Corporate Woods Pkwy Vernon Hills, IL, 60061 (Street, Apt # / City / State / ZIP)
      Email __________

   b. By:
      - ☐ An approved electronic filing service provider (EFSP)
      - ☐ Email *(not through an EFSP)*

      *Only use one of the methods below if you do not have an email address, or the person you are sending the document to does not have an email address.*
      - ☐ Personal hand delivery to:
        - ☐ The party
        - ☐ The party's family member who is 13 or older, at the party's residence
        - ☐ The party's lawyer
        - ☐ The party's lawyer's office
      - ☑ Mail or third-party carrier

   c. On: Oct 23-24 (Date) at: 6 (Time) ☐ a.m. ☑ p.m.

2. I am sending the Identity Theft Affidavit

   a. To: Name: Bank of America Claims Resolution TX2-979-02-50 (First / Middle / Last)
      Address: P.O. Box 660836 Dallas, TX, 75266-0836 (Street, Apt # / City / State / ZIP)
      Email __________

   b. By:
      - ☐ An approved electronic filing service provider (EFSP)
      - ☐ Email *(not through an EFSP)*

      *Only use one of the methods below if you do not have an email address, or the person you are sending the document to does not have an email address.*
      - ☐ Personal hand delivery to:
        - ☐ The party
        - ☐ The party's family member who is 13 or older, at the party's residence
        - ☐ The party's lawyer
        - ☐ The party's lawyer's office
      - ☑ Mail or third-party carrier

   c. On: Oct 23-24 (Date) at: 6 (Time) ☐ a.m. ☑ p.m.

Enter the Case Number given by the Circuit Clerk: 20 23 - 11 09 - 110

In 3, if you sent the document to more than 2 parties or lawyers, fill in a, b, and c. Otherwise leave 3 blank.

3. I am sending the Identity Theft Affidavit

a. To:

Name. ______ First ______ Middle ______ Last

Address ______ Street, Apt # ______ City ______ State ______ ZIP

Email address: ______

b. By:

☐ An approved electronic filing service provider (EFSP)

☐ Email *(not through an EFSP)*

*Only use one of the methods below if you do not have an email address, or the person you are sending the document to does not have an email address*

☐ Personal hand delivery to:

☐ The party

☐ The party's family member who is 13 or older, at the party's residence

☐ The party's lawyer

☐ The party's lawyer's office

☐ Mail or third-party carrier

If you sent your document to more than 3 parties or lawyers, check the box and insert the *Additional Proof of Delivery* form after this page

c On ______ Date at: ______ Time ☐ a.m. ☐ p.m.

☐ I have attached an *Additional Proof of Delivery* form.

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**I certify that everything in the Proof of Service is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.**

After you finish this form, sign and print your name

If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name

/s/ [signature] ______ *Your Signature*

5006 S. Blackstone Ave. Apt. 104 ______ *Street Address*

Calvin Carter ______ *Print Your Name*

Chicago, IL 60615 ______ *City, State, ZIP*

312-342-1529 ______ *Telephone*

______ *Email Address*

______ *Firm Name (if any)*

______ *Attorney # (if any)*

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties

Rule 280.5. **Identity Theft Relating to Credit Card or Debt Buyer Collection Actions.**

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT Cook COUNTY | IDENTITY THEFT AFFIDAVIT *(Credit Card or Debt Buyer Collection Action)* | FILED OCT 21 2024 IRIS Y. MARTINEZ CLERK OF THE CIRCUIT COURT OF COOK COUNTY, IL |
|---|---|---|
| **Instructions ▾** Directly above, enter the name of the county where the case was filed. | | |
| Enter the name of the person who started the lawsuit as Plaintiff. | Bank of America<br>Plaintiff *(First, middle, last name)* | |
| Enter the name of the person being sued as Defendant. | v. | |
| Enter the Case Number given by the Circuit Clerk. | Calvin Carter<br>Defendant *(First, middle, last name)* | 2023-1109-816<br>Case Number |

| Instructions | |
|---|---|
| Complete this form and file it with the Circuit Clerk. | 1. I am the defendant in this lawsuit. |
| You must also complete the Illinois Attorney General Identity Theft Affidavit and send it to the other party. You can find it here: www.ag.state.il.us/publications/pdf/victimrsif. Do not file it with the Circuit Clerk. | 2. This lawsuit is about a debt that I did not create. Someone stole my identity and used my identity to create the debt.<br>3. I have completed an Illinois Attorney General Identity Theft Affidavit. I am mailing the Illinois Attorney General Identity Theft Affidavit, along with all required documentation, to the plaintiff. |

Sign and print your name in front of an official Illinois notary public.

Enter your complete address and telephone number.

[signature]
Your Signature

Calvin Carter
Print Your Name

5006 S. Blackstone Ave. Apt. 109
Street Address

Chicago, IL 60615
City, State, ZIP

312-342-1321
Telephone

DO NOT complete this section. The notary will complete it.

**Notary Public**

State of Illinois

County of Cook

Signed and sworn to before me on 10/21/2024 by Calvin Carter
Date Name

[signature]
Signature of Notary

Seal

DOMINIQUE E DAUPHIN
Official Seal
Notary Public - State of Illinois
My Commission Expires Jul 18, 2026

Enter the Case Number given by the Circuit Clerk 2023-L-009-810

## PROOF OF DELIVERY

In 1a, enter the name, mailing address, and email address of the party or lawyer to whom you sent the document.

In 1b, check the box to show how you sent the document, and fill in any other information required on the blank lines.

CAUTION: If the other party does not have a lawyer, you may send the document by email only if the other party has listed their email address on a court document.

1. I sent this document

a. To
Name: Blitt and Gaines P.C.
First / Middle / Last
Address: 775 Corporate Woods Pkwy Vernon Hills, IL, 60061
Street, Apt # / City / State / ZIP
Email address: ____________

b. By
- ☐ Personal hand delivery
- ☑ Regular First-Class Mail put into the U.S. Mail with postage paid at ____________
  *Address of Post Office or Mailbox*
- ☐ Third-party commercial carrier, with delivery paid for at 211 S Clark St Chicago IL 60604
  *Name (for example, FedEx or UPS) and office address*
- ☐ The court's electronic filing manager (EFM) or an approved electronic filing service provider (EFSP)
- ☐ Email *(not through an EFM or EFSP)*
- ☐ Mail from a prison or jail at ____________
  *Name of prison or jail*

In c, fill in the date and time that you sent the document.

c. On Oct 21-24
*Date*
At 6 ☐ a.m. ☑ p.m.
*Time*

In 2, if you sent the document to more than 1 party or lawyer, fill in a, b, and c. Otherwise, leave 2 blank.

2. I sent this document

a. To
Name: Bank of America Claims Resolution TX2-979-02-50
First / Middle / Last
Address: P.O. Box 660836 Dallas, TX, 75266-0836
Street, Apt # / City / State / ZIP
Email address: ____________

b. By
- ☐ Personal hand delivery
- ☑ Regular First-Class Mail put into the U.S. Mail with postage paid at ____________
  *Address of Post Office or Mailbox*
- ☐ Third-party commercial carrier, with delivery paid for at ____________
  *Name (for example, FedEx or UPS) and office address*
- ☐ The court's electronic filing manager (EFM) or an approved electronic filing service provider (EFSP)
- ☐ Email *(not through an EFM or EFSP)*
- ☐ Mail from a prison or jail at ____________
  *Name of prison or jail*

Enter the Case Number given by the Circuit Clerk 2023-4109-810

c On Oct 21 -23
Date

At 6 ☐ a m ☑ p m
Time

In 3 if you sent the document to more than 2 parties or lawyers fill in a b and c Otherwise leave 3 blank

3 I sent this document

a To
Name ______
*First* *Middle* *Last*

Address ______
*Street Apt #* *City* *State* *ZIP*

Email address ______

b By ☐ Personal hand delivery
☐ Regular First-Class Mail put into the U S Mail with postage paid at
______
*Address of Post Office or Mailbox*
☐ Third-party commercial carrier with delivery paid for at
______
*Name (for example FedEx or UPS ) and office address*
☐ The court's electronic filing manager (EFM) or an approved electronic filing service provider (EFSP)
☐ Email *(not through an EFM or EFSP)*
☐ Mail from a prison or jail at
______
*Name of prison or jail*

If you sent your document to more than 3 parties or lawyers, check the box and insert the *Additional Proof of Delivery* form after this page

c On ______
*Date*

At ______ ☐ a m ☐ p m
*Time*

☐ I have attached an *Additional Proof of Delivery* form

Under the Code of Civil Procedure 735 ILCS 5/1-109 making a statement on this form that you know to be false is perjury a Class 3 Felony

**I certify that everything in the Proof of Service is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.**

/s/ Calvin Carter
*Your Signature*

5006 S. Blackstone Ave. Apt 104
*Street Address*

After you finish this form, sign and print your name

Calvin Carter
*Print Your Name*

Chicago, IL, 60615
*City State ZIP*

If you are completing this form on a computer sign your name by typing it If you are completing it by hand, sign and print your name

[illegible]
*Telephone*

Name Calvin Carter Phone number 312-342-1329 

# ID Theft Affidavit

## [illegible]

(1) My full legal name is Calvin _______ Carter _______
(First) (Middle) (Last) (Jr., Sr., III)

(2) (If different from above) When the events described in this affidavit took place, I was known as

_______________________________________________
(First) (Middle) (Last) (Jr., Sr., III)

(3) My date of birth is [redacted]

(4) My Social Security number is _______________

(5) My driver's license or identification card state and number are _______________

(6) My current address is 5006 S. Blackstone Ave. Apt. 104

City Chicago State IL Zip Code 60615

(7) I have lived at this address since 10/14
(month/year)

(8) (If different from above) When the events described in this affidavit took place, my address was

_______________________________________________

City _______________ State _______________ Zip Code _______________

(9) I lived at the address in Item 8 from _______________ until _______________
(month/year) (month/year)

(10) My daytime telephone number is (312) 342-1329

My evening telephone number is (312) 342-1329

Name Calvin Carter Phone number 312-342-1329 

## How the Fraud Occurred

**Check all that apply for items 11 - 17:**

(11) ☑ I did not authorize anyone to use my name or personal information to seek the money, credit, loans, goods or services described in this report.

(12) ☑ I did not receive any benefit, money, goods or services as a result of the events described in this report.

(13) ☑ My identification documents (for example, credit cards, birth certificate, driver's license, Social Security card, etc.) were ☑ stolen ☐ lost on or about 28 / 9 / 2023.
(day/month/year)

(14) ☑ To the best of my knowledge and belief, the following person(s) used my information (for example, my name, address, date of birth, existing account numbers, Social Security number, mother's maiden name, etc.) or identification documents to get money, credit, loans, goods or services without my knowledge or authorization:

Barbara Nilsen
Name (if known)

775 Corporate Woods Pkwy
Address (if known)

847-405-4900
Phone number(s) (if known)

Additional information (if known)

Karen Filipelic
Name (if known)

775 Corporate Woods Pkwy
Address (if known)

847-405-4900
Phone number(s) (if known)

Additional information (if known)

(15) ☑ I do NOT know who used my information or identification documents to get money, credit, loans, goods or services without my knowledge or authorization.

(16) ☐ Additional comments: (For example, description of the fraud, which documents or information were used or how the identity thief gained access to your information.)

During the placement of the Bank of America account, ending in 1777, to Blitt and Gaines P.C., My non public information was used on Sept 28-23 to get a refund/dispute Falsely to add the amount of the alleged debt back to the associated checking account. In March-24 there was a False credit dispute added that I did not do. Since then nothing has been done to rectify this situation

(Attach additional pages as necessary.)

Name Calvin Carter Phone number 312-342-1323 

## Victim's Law Enforcement Actions

(17) (check one) I ☑ am ☐ am not willing to assist in the prosecution of the person(s) who committed this fraud.

(18) (check one) I ☑ am ☐ am not authorizing the release of this information to law enforcement for the purpose of assisting them in the investigation and prosecution of the person(s) who committed this fraud.

(19) (check all that apply) I ☑ have ☐ have not reported the events described in this affidavit to the police or other law enforcement agency. The police ☑ did ☐ did not write a report. In the event you have contacted the police or other law enforcement agency, please complete the following:

| | |
|---|---|
| Chicago Police Department<br>**(Agency #1)** | (Officer/Agency personnel taking report) |
| (Date of report) | JH303150<br>(Report number, if any) |
| (Phone number) | (Email address, if any) |
| **(Agency #2)** | (Officer/Agency personnel taking report) |
| (Date of report) | (Report number, if any) |
| (Phone number) | (Email address, if any) |

## Documentation Checklist

Please indicate the supporting documentation you are able to provide to the companies you plan to notify. Attach copies (NOT originals) to the affidavit before sending it to the companies.

(20) ☐ A copy of a valid government-issued photo identification card (for example, your driver's license, state-issued ID card or your passport). If you are under 16 and don't have a photo ID, you may submit a copy of your birth certificate or a copy of your official school records showing your enrollment and place of residence.

(21) ☐ Proof of residency during the time the disputed bill occurred, the loan was made or the other event took place (for example, a rental/lease agreement in your name, a copy of a utility bill or a copy of an insurance bill).

Name Calvin Carter Phone number 312-342-1329 

(22) ☑ A copy of the report you filed with the police or sheriff's department. If you are unable to obtain a report or report number from the police, please indicate that in Item 19. Some companies only need the report number, not a copy of the report. You may want to check with each company.

## Signature

I certify that, to the best of my knowledge and belief, all the information on and attached to this affidavit is true, correct, and complete and made in good faith. I also understand that this affidavit or the information it contains may be made available to federal, state, and/or local law enforcement agencies for such action within their jurisdiction as they deem appropriate. I understand that knowingly making any false or fraudulent statement or representation to the government may constitute a violation of 18 U.S.C. § 1001 or other federal, state, or local criminal statutes, and may result in imposition of a fine or imprisonment or both.

Calvin Carter 10-21-24

(Signature) (Date signed)

DOMINIQUE E DAUPHIN
Official Seal
Notary Public - State of Illinois
My Commission Expires Jul 18, 2026

Dominique E Dauphin

(Notary)

[Check with each company. Creditors sometimes require notarization. If they do not, please have one witness (non-relative) sign below that you completed and signed this affidavit.]

**Witness:**

(Signature) Paz Chavez (Printed name)

10/21/2024 (773)777 8884

(Date) (Telephone number)

Name Calvin Carter Phone number 312-342-1229 

# Fraudulent Account Statement

**Completing this Statement**

- Make as many copies of this page as you need. **Complete a separate page for each company you're notifying and only send it to that company.** Include a copy of your signed affidavit.
- List only the account(s) you're disputing with the company receiving this form. **See the example below.**
- If a collection agency sent you a statement, letter or notice about the fraudulent account, attach a copy of that document (**NOT** the original).

**I declare (check all that apply):**

☐ As a result of the event(s) described in the ID Theft Affidavit, the following account(s) was/were opened at your company in my name without my knowledge, permission or authorization using my personal information or identifying documents:

| Creditor name/address (The company that opened the account or provided goods or services) | Account number | Type of unauthorized credit/goods/services provided by creditor (if known) | Date issued or opened (if known) | Amount/value provided (The amount charged or the cost of the goods/services) |
|---|---|---|---|---|
| Example<br>Example National Bank<br>22 Main Street<br>Chicago, IL 60601 | 01234567-89 | auto loan | 01/05/20012 | $25,500.00 |
| | | | | |
| | | | | |

☐ During the time of the accounts described above, I had the following account open with your company:

Billing name ______________________

Billing address ______________________

Account number ______________________

# VICTIM INFORMATION NOTICE/ CHICAGO POLICE DEPARTMENT

*THIS IS NOT AN OFFICIAL POLICE REPORT - IT IS FOR INFORMATION PURPOSES ONLY.* R.D. No. JH303150

INCIDENT Deceptive Practice Attempt Financial IUCR CODE 1156 DATE/TIME OF OCCURRENCE 28 Sep 23

NAME OF VICTIM/COMPLAINANT Calvin Carter BEAT/UNIT OF ASSIGN. 202 BEAT OF OCCUR. 222

CASE NAME - PEOPLE OF THE STATE OF ILLINOIS/CITY OF CHICAGO vs. ______

If an arrest has taken place, the following is your court information: Date: ______ Time: ______ Court Branch: ______ Court Loc.: ______

If you need more help call the Cook County State's Attorney's Office Victim Witness Assistance Unit at (773) 674 - 7200.

Your case will be on file with the Chicago Police Department under the above listed R.D. Number. Refer to this number whenever you are communicating with the Chicago Police Department concerning this incident. Your case will be assigned for follow-up investigation based upon specific facts obtained during the initial investigation. The presence of these facts can predict whether a comprehensive follow-up investigation would likely result in the arrest and prosecution of the suspect(s) or the recovery of property. Your case will be reviewed and retained to determine if criminals active in the area can be identified. *A detective will not routinely contact you unless additional information is required or your further assistance is needed.*

## TO REPORT ADDITIONAL INFORMATION

If you have knowledge of specific facts which might assist in the investigation of your case, please contact the unit marked below:

| | PROPERTY CRIMES | VIOLENT CRIMES | SPECIAL VICTIMS |
|---|---|---|---|
| AREA 1 | ☐ (312) 747-8384 | ☐ (312) 747-8380 | ☐ (312) 747-8385 |
| AREA 2 | ☐ (312) 747-8273 | ☐ (312) 747-8271 | ☐ (312) 747-8276 |
| AREA 3 | ☐ (312) 744-8263 | ☐ (312) 744-8261 | ☐ (312) 744-8266 |
| AREA 4 | ☐ (312) 746-8253 | ☐ (312) 746-8251 | ☐ (312) 746-8255 |
| AREA 5 | ☐ (312) 746-7394 | ☐ (312) 746-6554 | ☐ (312) 746-6554 |

☐ BOMB UNIT (312) 746-7622

☐ ARSON SECTION (312) 746-7618

☐ FINANCIAL CRIMES UNIT (312) 746-9661

## MISSING PERSONS

☐ If the missing person is under 18 years of age, contact the National Center of Missing and Exploited Children 1-800-THE-LOST, www.missingkids.com, National Runaway Safeline: 1-800-RUN-AWAY, www.1800runaway.org.

☐ If the missing person is over 18 years of age, contact the Illinois State Police Clearinghouse for Missing Persons : 1-800-U-HELP-ME, www.isp.illinois.gov/UnsolvedCrime/MissingPersonsAll.

☐ When persons reported missing are located or have returned contact: (312) 745 - 5019 or (312) 745 -5020.

## COPY OF THE REPORT

The above listed R.D. Number may suffice for insurance purposes. However, there may be instances when a copy of the case report is desired. A copy of the case report which verifies that an incident of injury, loss or damage has been reported to the Chicago Police Department may be obtained. To obtain a copy of the report, you can send a check or money order payable to the *"DEPARTMENT OF REVENUE-CITY OF CHICAGO"* in the amount of $.50 and a self-addressed stamped return envelope to: Chicago Police Department, Records Division, Customer Service Section, 1st floor, 3510 South Michigan Avenue, Chicago, Illinois 60653. Include the following information with your request: 1) Victim's name and address (or person reporting crime), 2) Type of Incident, 3) Address of occurrence, and 4) R. D. Number. You can also visit in person or call (312) 745-5130 between 8:00 a.m. - 3:00 p.m., Monday - Friday (excluding public holidays).

## GET INVOLVED - COMMUNITY POLICING

The police alone cannot solve the problems of crime in our City. It takes an active and informed community working with the police and other City agencies to really make a difference. Join your neighbors and your neighborhood police officers as we work together to improve the quality of life and reduce crime in our City. To find out which beat you live on or how to become involved, call **311** or visit online at: http://www.home.chicagopolice.org

Beat No. ______ Next Beat Community Meeting (date/time) ______

at (location) ______

To report a crime in progress or other emergency that requires immediate police response, call 911.

To report non-emergency situations, call the Police Department at 311 within City limits, or if outside the City limits call (312) 746-6000.

To compliment an officer send an email to ComplimentCPD@chicagopolice.org.

## TELECOMMUNICATIONS DEVICE FOR THE DEAF/TELETYPE (TDD/TTY)

To report a police emergency, hearing-impaired persons should dial 9-1-1. For non-emerge situations, hearing-impaired persons may communicate with the Chicago Police Department 24 hc a day by calling 3-1-1.

## OBTAINING A WARRANT OR SUMMONS FOR CRIMINAL CHARGES

If an arrest is made, you will be informed of the date, time, and location of the court proceeding which your appearance will be required. When you report a crime and an arrest is not made, may go in person to the appropriate court listed below to request that criminal proceedings initiated by way of a warrant or summons. Bring this Victim Information Notice and any other relev information, such as the offender's name, physical description, and home address to the warr officer assigned to the court between 8:30 am and 11:30 am Monday through Friday (excluding co holidays). The warrant officer will then assist you in the process of obtaining the warrant summons.*

| Police District of Occurrence | Court Branch for Warrant or Summons | |
|---|---|---|
| ☐ 14,16,17, 25 | Branch 23 | 5555 W. Grand Ave. |
| ☐ 15, 19, 20, 24 | Branch 29 | 5555 W. Grand Ave. |
| ☐ 2, 3, 4, 5, 6, 7, 8, 9, 22 | Branch 35 | 727 E. 111th St. |
| ☐ 1,10,11,12,15 | Branch 43 | 3150 W. Flournoy St. |

*For incidents relating to domestic violence, a warrant/summons will only be issued from the Domestic Violence Court located at 555 West Harrison Street, on the first floor.

## AUTOMATED VICTIM NOTIFICATION (AVN)

**The County of Cook has a toll free, multilingual, 24-hour Automated Victim Notification Syst To obtain information about a defendant's court date or custody inside of Cook County Jail call 1-877-846-3445. *Do not depend only on the AVN for your safety. If you feel that you ma be in danger, take precautions as if the defendant has already been released.***

## ILLINOIS CRIME VICTIMS NOTIFICATION

Innocent victims of violent crime may be eligible to receive benefits from the Illinois Crime Victims Compensation program for such costs as medical, funeral, loss of support, and wage loss. *NO RECOVERY IS PROVIDED FOR PROPERTY LOSS OR DAMAGE, NOR FOR PAIN OR SUFFERING.* To apply or to determine whether one qualifies, the victim, or if deceased, a relative dependent, must contact the Illinois Attorney General's Office. Further information and claim form can be obtained from the Crime Victims Compensation Program, Office of the Attorney General of Illinois, 100 West Randolph Street, 13th Floor, Chicago, Illinois 60601, or by calling 1-800-228-336 TTY: 1-877-398-1130 or email at crimevictimservices@atg.state.il.us.

## RECOVERY OF PROPERTY - STOLEN VEHICLE RECOVERED

The Chicago Police Department must be notified *IMMEDIATELY*, via the "911" emergency numb when property reported lost or stolen is recovered.

## CREDIT CARDS - CHECKS, LOST OR STOLEN

Immediately notify the concerned credit card issuer or bank by telephone to reduce the possibility being liable for the unauthorized use of your lost or stolen credit card or check. It is suggested t you also inform the credit card issuer or bank in writing as a follow-up measure to ensure pro notification.

CPD-11.383 (Rev. 5/22) - English

**IMPORTANT: RETAIN THIS NOTICE FOR YOUR PERSONAL RECORDS**

EXHIBIT

C

BANK OF AMERICA
Claims Resolution, TX2-979-02-53
PO Box 660747
Dallas TX 75266-0747

[redacted]

CALVIN CARTER
5006 S BLACKSTONE AVE APT 104
CHICAGO IL 60615

## Calvin, we're unable to approve your recent claim.

Our research included the information you provided with your claim, your account history, the monthly account statements we sent you and if available, information from the merchant, such as a signed receipt or contract. We made this decision because:

We confirmed statements were mailed to the address you provided for this claim and payments have been made on the account.

## For updates on your claim

If you'd like copies of the documents we used to make this decision, please call us at 1.800.472.7970, Monday - Friday 8:00 a.m to 5:00 p.m. eastern. Please have your claim number when you call.

## Thank you for your patience during our review.

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC.

NOTDEPCLM 1007

EXHIBIT

D

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
FIRST MUNICIPAL DISTRICT, CIVIL DIVISION

Bank of America, N.A.

Case No.: 20231109810

Plaintiff,

vs.

Calvin Carter

Defendant(s).

**Affidavit of Rachel Auerbach**

I, Rachel Auerbach, being duly sworn and under oath, swears as follows:

1. That I, currently, and at all relevant times, am a partner, attorney and supervisor at Blitt and Gaines, P.C. ("Blitt")

2. In my position as a supervisor, I have personal knowledge regarding how Blitt provides initial notice to consumers of their rights to dispute, our internal policies and procedures as they relate to verifying debt to consumers after a dispute as well as the legal requirements for verification. I also am aware of Blitt's record keeping practices and document retention policies relating to internal and external records of such communications, how they are made and kept and have knowledge specific to this matter.

3. Blitt's records are maintained in an electronic format. It is Blitt's regular business practice to notate in an electronic format, all documents that are filed, orders that are entered and any communications relating to post-judgment actions. In all instances, communications are drafted and archived contemporaneously with the events described in the notes. Further, Blitt maintains these documents in the regular and ordinary course of its business, to have documentary support for the actions Blitt has taken.

4. I have reviewed the records for Defendant's file and can competently testify thereto.

5. In this matter, all the documents attached to the Motion are documents that were either generated by Blitt and sent to the Defendant or archive communications or pleadings sent or filed by the Defendant and retained by our office as well as a copy of client responses to the Defendant.

6. That over the course of the life of this account, the Defendant has made twelve untimely demands for verification of the debt and Blitt had responded to these demands nine times, despite their tardiness.

Two of the verifications included over 300 pages of documentation, with statements from a zero balance to the balance sought in court today. The below chart records the dates our system records processing both inbound correspondences from the Defendant our or our client's responses:

| Carter Validation Demands | BANA/Blitt Responses |
|---|---|
| 12/22/2023 | 12/26/2023 |
| 1/12/2024 | 1/16/2024 |
| 1/17/2024 | 1/22/2024 (Sent 300 + pages & verification) |
| 1/31/2024 | 2/5/24 (Resent 300 + pages & verification) |
| 2/27/2024 | 2/28/2024 |
| 3/19/2024 | 3/19/2024 |
| 3/25/2024 | 3/25/2024 |
| 4/3/2024 | 4/9/2024 |
| 5/3/2024 | 5/8/2024 |

Dated:__12/5/24___________

By: _/s/ Rachel Auerbach______

Attorney -Blitt and Gaines, P.C.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the above-signed certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true

EXHIBIT
E

BLITT AND GAINES, P.C.
Attorneys at Law

•775 Corporate Woods Parkway, Vernon Hills, IL 60061 •P:(800) 998-4592 •TTY: 711 •F: (847)-499-7599 •www.blittandgaines.com

October 17, 2023

Calvin Carter
5006 S Blackstone Ave Apt 104
Chicago IL 60615-3045

Creditor to Whom the Debt is Owed: Bank of America, N.A.
Account Number: XXXXXXXXXXXX1777
Our File Number: 23015012

Dear Sir or Madam,

Please be advised that our law firm is in receipt of your request for verification on your Bank of America, N.A. account. Pursuant to your inquiry, here is the information.

- The account opened on February 5, 2016
- The current balance as of October 17, 2023 is $7,599.65.

If you have any questions or would like to further discuss your account please feel free to call our office at (800) 998-4592, for TTY please dial 711.

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

Sincerely,

/s/ Karen Filippello ARDC# 6294990

Karen Filippello
Attorney at Law
Blitt and Gaines, P.C.

EXHIBIT

F

tabbies

BLITT AND GAINES, P.C.

Attorneys at Law

*775 Corporate Woods Parkway, Vernon Hills, IL 60061 *P:(800) 998-4592 *TTY: 711 *F: (847)-499-7599 *www.blittandgaines.com

23015012

Calvin Carter
5006 S Blackstone Ave Apt 104
Chicago IL 60615-3045

"This communication is from a debt collector"

FOR MAILING PURPOSES ONLY

CVRD1

Hours of Operation (Central Time):
Monday - Thursday: 8:00 am - 6:00 pm; Friday 8:00 am - 5:00 pm

BLITT AND GAINES, P.C.
Attorneys at Law
*775 Corporate Woods Parkway, Vernon Hills, IL 60061 *P:(800) 998-4592 *TTY: 711 *F: (847)-499-7599 *www.blittandgaines.com

January 16, 2024

Calvin Carter
5006 S Blackstone Ave Apt 104
Chicago IL 60615-3045

Creditor to Whom the Debt is Owed: Bank of America, N.A.
Account Number: XXXXXXXXXXXX1777
Our File Number: 23015012

Dear Sir or Madam,

Please be advised that our law firm is in receipt of your request for verification on your Bank of America, N.A. account. Pursuant to your inquiry, here is the information.

- The account opened on February 5, 2016
- The current balance as of January 16, 2024 is $7,599.65.

If you have any questions or would like to further discuss your account please feel free to call our office at (800) 998-4592, for TTY please dial 711.

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

Sincerely,

/s/ Karen Filippello ARDC# 6294990

Karen Filippello
Attorney at Law
Blitt and Gaines, P.C.

EXHIBIT

G

BLITT AND GAINES, P.C.

Attorneys at Law

*775 Corporate Woods Parkway, Vernon Hills, IL 60061 *P:(800) 998-4592 *TTY: 711 *F: (847)-499-7599 *www.blittandgaines.com

March 5, 2024

Calvin Carter
5006 S Blackstone Ave Apt 104
Chicago IL 60615-3045

Creditor to Whom the Debt is Owed: Bank of America, N.A.
Account Number: XXXXXXXXXXXX1777
File Number: 23015012
Docket Number: 20231109810
Balance: : $7,599.65, which does not include court costs of $458.21 that have yet to be awarded by the court.

Dear Sir or Madam,

Please be advised our law firm is in receipt of your correspondence titled notice of insufficient response in which you acknowledge receipt of our validation letter. You also complained our response letter dated 1/12/24 is misleading as it references a legal process and you have not received notice.

I have reviewed the validation letters sent by my office in response to your requests and they comply with the requirements as set forth by the Fair Debt Collection Practices Act.
Enclosed is a copy of the lawsuit that was filed in the above case. Our office has been unsuccessful in our attempts to serve you as of today's date. Our office will provide the required notice to you prior to moving forward with the lawsuit.

Do not hesitate to call if you have any questions, for TTY please dial 711.

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

Sincerely,
Barbara Nilsen
Barbara Nilsen
Attorney at Law
Blitt and Gaines, P.C.

**Civil Action Cover Sheet** **(02/17/21) CCM 0520 A**

FILED
5/1/2023 12:00 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
Courtroom, 1101
22507685

FILED DATE: 5/1/2023 12:00 AM 20231109810

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**FIRST MUNICIPAL, CIVIL DIVISION**

Bank of America, N.A.
Plaintiff,
vs.
Calvin Carter
Defendant(s).

Case No. 20231109810

System Generated Hearing Date: 4/4/2024 9:00 AM
Location: Court Room 1101
Judge: Allegretti, John Michael

Jury Demand ☐ yes ☒ no

## CIVIL ACTION COVER SHEET

A Civil Action Cover Sheet shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box of the appropriate general category which best characterizes your action.

**Civil Case (A)**
- ☐ 0004 Tort not Personal Injury
- ☐ 1004 Tort not Personal Injury (Jury)
- ☐ 0007 Confession of a Judgment
- ☐ 1007 Confession of a Judgment (Jury)
- ☐ 0008 Replevin
- ☐ 1008 Replevin (Jury)
- ☐ 0017 Detinue
- ☐ 1017 Detinue (Jury Demand)
- ☐ 0031 Foreign Judgment
  Filing Out of State/Out of Country
- ☐ 0054 Registration of Administrative Judgment

- ☐ 0001 Personal Injury
- ☐ 1001 Personal Injury (Jury)
- ☐ 0063 Tort Intentional
- ☐ 1063 Tort Intentional (Jury)
- ☐ 0062 Property Damage
- ☐ 1062 Property Damage (Jury)

**Tort/Personal Injury Case**

Any wrong or damage done to another person such as, physical pain, illness, or impairment of physical condition resulting from the careless or negligent actions of others. The most common cases involve auto accident injuries.

- ☐ 0027 Personal Injury Motor Vehicle
- ☐ 1027 Personal Injury Motor Vehicle (Jury)
- ☐ 0048 Dram Shop
- ☐ 1048 Dram Shop (Jury)
- ☐ 0049 Product Liability
- ☐ 1049 Product Liability (Jury)
- ☐ 0051 Personal Injury Subrogation
- ☐ 1051 Personal Injury Subrogation (Jury)
- ☐ 0057 Personal Injury Motor Vehicle Subrogation
- ☐ 1057 Personal Injury Motor Vehicle Subrogation (Jury)

**Other Litigation Case**

(i.e. credit card agreements, any contract between two or more individuals)

- ☐ 0002 Breach of Contract
- ☐ 1002 Breach of Contract (Jury)
- ☐ 0071 Fraud
- ☐ 1071 Fraud (Jury)
- ☐ 0072 Consumer Fraud
- ☐ 1072 Consumer Fraud (Jury)
- ☐ 0073 Breach of Warranty
- ☐ 1073 Breach of Warranty (Jury)
- ☐ 0074 Statutory Action Complaint
- ☐ 1074 Statutory Action Complaint (Jury)
- ☒ 0068 Consumer Debt Complaint
- ☐ 1068 Consumer Debt Complaint (Jury)

**Civil Case (B)**
- ☐ Filing an Illinois Court Judgment
- ☐ 0100 Petition for Discovery
  A Petition to take depositions or subpoena records before a case is filed)
- ☐ 0009 Name Change (Suburban Districts only)

**IRIS Y. MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**



23015012

FILED DATE: 5/1/2023 12:00 AM 20231109810



**Civil Housing Case**

(i.e. condominium conversion, conservation, demolition/objection to fast track, exterior walls/facades, fire protection, heat call (including Unincorporated Cook County), lead paint new developments, public nuisance, public places of amusement, strategic task force inspections)

□ 0038 Housing
□ 0086 Objection to Fast Track
□ 0044 Criminal Ordinance Violation
□ 0037 Heat Case
□ 0034 Vacant Building

**Pro Se Case Type (First Municipal Civil Division only)**

The Pro Se Court section of the Civil Division resolves disputes between parties where the amount at issue does not exceed $5,000. The party may act as their own attorney. Forms can be completed at the Pro Se desk in Room 602.

□ 0050 Pro Se ($5,000 or less)

**Eviction Case/Civil Forcible/CHA Forcible**

A summary proceeding in which the landlord seeks to restore possession of the premises or payment of rent when the tenant has wrongfully withheld rent or possession of the premises.

□ 0005 Eviction (possession only)
□ 1005 Eviction (possession only) (Jury)
□ 0006 Joint Action (possession and rent)
□ 1006 Joint Action (possession and rent) (Jury)
□ 0018 Distress for Rent
□ 1018 Distress for Rent (Jury)
□ 0023 Mortgage Foreclosure Eviction
□ 1023 Mortgage Foreclosure Eviction (Jury)
□ 0024 Mortgage Foreclosure Eviction - Joint Action
□ 1024 Mortgage Foreclosure Eviction - Joint Action (Jury)
□ 0021 CHA Eviction
□ 1021 CHA Eviction (Jury)
□ 0022 CHA Joint Action
□ 1022 CHA Joint Action (Jury)

Atty No. 32887
Att Name: Blitt and Gaines, P.C.
Address: 775 Corporate Woods Parkway
City/State/Zip: Vernon Hills, IL 60061
Telephone: (800) 998-4592 TTY: 711
Primary Email: pleadings2@blittandgaines.com

By: /s/ Karen Kopf ARDC# 6294990
Attorney



23015012

FILED DATE: 5/1/2023 12:00 AM 20231109810

FILED
5/1/2023 12:00 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
Courtroom, 1101

22507685

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**FIRST MUNICIPAL DISTRICT**

Bank of America, N.A.
Plaintiff(s),
v.
Calvin Carter
Defendant(s),

Case No. 20231109810
Amount Claimed: $7,599.65 plus costs
ERP Case Management Date: ______________
Time: ___________ Room:
**PLEASE SEE ATTACHED FOR ADDITIONAL ZOOM INSTRUCTIONS**

Calvin Carter
5006 S Blackstone Ave Apt 104, Chicago IL 60615-3045
Address of Defendant(s).

System Generated Hearing Date: 4/4/2024 9:00 AM

Please serve as follows: ☐ Certified Mail ☒ Sheriff Service ☐ Alias (Plaintiff Check one)

Location: Court Room 1101
Judge: Allegretti, John Michael

**SUMMONS**

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint. All hearings are held virtually.

Your case may be subject to the Cook County Early Resolution Program. Please see attachments for more information.

**IMPORTANT INFORMATION:**

There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.

Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org.

GETTING COURT DOCUMENTS BY EMAIL: You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

**Important information for the person getting this form**
You have been sued. Read all of the documents attached to this Summons.
To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. Appearance and Answer/Response forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/.

IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
cookcountyclerkofcourt.org

FILED DATE: 5/1/2023 12:00 AM 20231109810

To the Officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than (30) days after its date.

THERE WILL BE A FEE TO FILE YOUR APPEARANCE

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

Atty. No.: 32887
Blitt and Gaines, P.C.
Attorney for: Plaintiff
775 Corporate Woods Parkway
Vernon Hills, IL 60061
(800) 998-4592 TTY: 711
Fax: (847) 499-7599
pleadings2@blittandgaines.com

WITNESS 5/1/2023 12:00 AM IRIS Y. MARTINEZ

IRIS Y. MARTINEZ, Circuit Court Clerk

Date of Service: ____________________
(To be inserted by Officer on copy left with Defendant or other person)

23015012

FILED DATE: 5/1/2023 12:00 AM 20231109810

Any person wishing to sue or defend a case as an indigent must petition the court to have the fees, costs, and charges associated with the proceedings waived.

Customers may visit www.cookcountyclerkofcourt.org to access the Clerk's filing fees or telephone the Civil Division at (312) 603-5116 with additional questions.

FILED DATE: 5/1/2023 12:00 AM 20231109810

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

- Richard J Daley Center
  50 W Washington
  Chicago, IL 60602
- District 2 - Skokie
  5600 Old Orchard Rd
  Skokie, IL 60077
- District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008
- District 4 - Maywood
  1500 Maybrook Ave
  Maywood, IL 60153
- District 5 - Bridgeview
  10220 S 76th Ave
  Bridgeview, IL 60455
- District 6 - Markham
  16501 S Kedzie Pkwy
  Markham, IL 60428
- Domestic Violence Court
  555 W Harrison
  Chicago, IL 60607
- Juvenile Center Building
  2245 W Ogden Ave Rm 13
  Chicago, IL 60602
- Criminal Court Building
  2650 S California Ave. Rm 526
  Chicago, IL 60608

**Daley Center Division/Departments**

- Civil Division
  Richard J Daley Center
  50 W Washington, Rm 601
  Chicago, IL 60602
  Hours: 8:30 an - 4:30 pm
- Chancery Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 an - 4:30 pm
- Domestic Relations Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 an - 4:30 pm
- Civil Appeals
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 an - 4:30 pm
- Criminal Department
  Richard J Daley Center
  50 W Washington, Rm 1006
  Chicago, IL 60602
  Hours: 8:30 an - 4:30 pm
- County Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 an - 4:30 pm
- Probate Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 an - 4:30 pm
- Law Division
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 an - 4:30 pm
- Traffic Division
  Richard J Daley Center
  50 W Washington, Lower Level
  Chicago, IL 60602
  Hours: 8:30 an - 4:30 pm

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

TYPE: Court NTC

FILED DATE: 5/1/2023 12:00 AM 20231109810

# Cook County LEGAL AID for Housing and Debt

*Helping you resolve eviction, foreclosure, debt, and tax deed issues.*

## FREE LEGAL HELP FOR RESIDENTS OF COOK COUNTY

**Are you dealing with an eviction or unresolved debt issue?**

**Do you live in Cook County?**

**You are not in this alone. You may be eligible for FREE legal help.**

Learn more by calling 855-956-5763 or visiting www.cookcountylegalaid.org

Evictions and unresolved debt issues can have a long-lasting, negative impact on your future. Call the **Early Resolution Program** (ERP) to speak with a lawyer and get connected to other resources. This program is available to all residents of Cook County free of charge. You do not need to have a case in court to get help.

### You can use the program if:

**You are a renter and your landlord is trying to evict you;**

**You are a landlord who is not represented by a lawyer;**

**You were sued by someone who wants to collect an unpaid debt (for example a credit card company trying to collect unpaid charges); OR**

**You need to sue someone who owes you money and do not have a lawyer.**

The Early Resolution Program (ERP) includes free legal aid, mediation services, and connections to other resources including rental assistance. Mediation is a chance for a landlord and tenant, or debtor and creditor, to resolve issues with the help of a knowledgeable and neutral person.

**The Early Resolution Program is being provided through Cook County Legal Aid for Housing and Debt (CCLAHD), a county-wide initiative to help resolve eviction, foreclosure, debt, and tax deed issues.** Visit www.cookcountylegalaid.org for information about other programs and services.

CARPLS Legal Aid
Center for Conflict Resolution
Center for Disability & Elder Law
Chicago Volunteer Legal Services

Greater Chicago Legal Clinic
Lawyers' Committee for Better Housing
Legal Aid Chicago
Legal Aid Society

FILED DATE: 5/1/2023 12:00 AM 20231109810

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

TYPE: Court NTC

# AYUDA LEGAL

## para viviendas y deudas del Condado de Cook

*Ayuda para resolver problemas de desalojo, ejecución de hipotecas, deudas y escrituras de impuesto.*

## AYUDA LEGAL GRATUITA PARA RESIDENTES DE CONDADO DE COOK

¿Está enfrentando un problema de desalojo o deuda no resuelta?

¿Vive en el condado de Cook?

No esta solo en esto. Puede ser elegible para recibir ayuda legal GRATIS.

Para obtener mas informacion, llame al 855-956-5763 o visite www.cookcountylegalaid.org

Los problemas de desalojo y deudas no resueltas pueden tener un impacto negativo y duradero en su futuro. Llame al **Programa de Resolución Temprana** (ERP, Early Resolution Program) para hablar con un abogado y conectarse con otros recursos. Este programa esta disponible para todos los residentes de condado de Cook sin costo. No es necesario que tenga un caso en tribunales para obtener ayuda

## Puede usar el programa si:

- **es inquilino y el dueño intenta desalojarlo;**
- **es dueño y no tiene un abogado representante;**
- **recibió una demanda de alguien que desea cobrar una deuda no pagada (por ejemplo, una empresa de tarjetas de crédito intenta cobrar cargos no pagados); O BIEN**
- **necesita demandar a alguien que le debe dinero y no tiene un abogado.**

El Programa de Resolución Temprana (ERP) incluye ayuda legal gratuita, servicios de mediación y conexiones con otros recursos, como ayuda de arrendamiento. La mediación es una oportunidad para que un dueño y un inquilino, o un deudor y un acreedor, resuelvan los problemas con la ayuda de una persona neutral y con conocimientos.

**El Programa de Resolución Temprana se proporciona a través de Ayuda Legal para Vivienda y Deudas del Condado de Cook (CCLAHD, Cook County Legal Aid for Housing and Debt), una iniciativa en todo el condado para ayudar a resolver problemas de desalojo, ejecución de hipotecas, deudas y certificados de dominio de venta fiscal. Visite www.cookcountylegalaid.org para obtener información acerca de otros programas y servicios.**

CARPLS Legal Aid
Center for Conflict Resolution
Center for Disability & Elder Law
Chicago Volunteer Legal Services

Greater Chicago Legal Clinic
Lawyers' Committee for Better Housing
Legal Aid Chicago
Legal Aid Society

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

TYPE: Court NTC

FILED DATE: 5/1/2023 12:00 AM 20231109810

# Hrabstwo Cook
# POMOC PRAWNA
## na mieszkania i długi

*Pomoc na rzecz rozwiązywania problemów związanych z eksmisją, zajmowaniem obciążonej hipoteki, długami oraz sprawami podatkowymi.*

## BEZPŁATNA POMOC PRAWNA DLA MIESZKAŃCÓW HRABSTWA COOK

**Czy borykasz się z widmem eksmisji lub nierozwiązaną kwestią zadłużenia?**
**Czy mieszkasz w hrabstwie Cook?**
**Nie jesteś w tym sam(a). Może Ci przysługiwać BEZPŁATNA pomoc prawna.**

**Uzyskaj więcej informacji, dzwoniąc pod numer 855-956-5763 lub odwiedzając stronę internetową www.cookcountylegalaid.org**

Sprawy takie jak eksmisja czy nierozwiązane kwestie zadłużenia mogą mieć długotrwały i negatywny wpływ na Twoją przyszłość. Skontaktuj się z personelem Early Resolution Program (ERP), aby porozmawiać z prawnikiem lub uzyskać dostęp do innych zasobów. Program ten jest nieodpłatnie dostępny dla wszystkich mieszkańców hrabstwa Cook. Nie musisz mieć sprawy w sądzie, aby uzyskać pomoc.

### Możesz skorzystać z programu, jeśli:

- **Wynajmujesz mieszkanie lub dom, a jego właściciel zamierza Cię eksmitować;**
- **Wynajmujesz komuś mieszkanie lub dom, a nie masz prawnika;**
- **Zostałeś/-aś pozwany/-a do sądu przez kogoś, kto chce od Ciebie ściągnąć niezapłacony dług (na przykład firma obsługująca karty kredytowe, której zalegasz z tytułu nieuiszczonych opłat); LUB**
- **Zamierzasz pozwać kogoś, kto jest Ci dłużny pieniądze, a nie masz prawnika.**

W ramach Early Resolution Program (ERP) możesz uzyskać dostęp do bezpłatnej pomocy prawnej, usług mediatora, a także innych form wsparcia, takich jak pomoc z czynszem. Mediacje to dla właściciela i najemcy bądź dłużnika i wierzyciela szansa na rozwiązanie problemów dzięki pomocy kompetentnego i bezstronnego specjalisty.

**Projekt Early Resolution Program jest prowadzony w ramach Cook County Legal Aid for Housing and Debt (CCLAHD) — inicjatywy wdrożonej na terenie całego hrabstwa na rzecz rozwiązywania problemów związanych z eksmisją, zajmowaniem obciążonej hipoteki, długami oraz sprawami podatkowymi. Odwiedź stronę www.cookcountylegalaid.org, aby uzyskać informacje o innych programach i usługach.**

CARPLS Legal Aid
Center for Conflict Resolution
Center for Disability & Elder Law
Chicago Volunteer Legal Services

Greater Chicago Legal Clinic
Lawyers' Committee for Better Housing
Legal Aid Chicago
Legal Aid Society

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

TYPE: Court NTC

FILED DATE: 5/1/2023 12:00 AM 20231109810

**CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**FIRST MUNICIPAL DISTRICT CIVIL DIVISION**
**GENERAL ORDER 2020-12**

# AMENDED

**SUBJECT: Procedures for Civil Division Matters Effective July 6, 2020**

**WHEREAS:** Under Illinois Supreme Court Rule 45 "[t]he court may . . . on its own order, allow a case participant to participate . . . remotely, including by telephone or video conference. Likewise, under Illinois Supreme Court Rule 241 "[t]he court may, ... on its own order, for good cause shown and upon appropriate safeguards, allow a case participant to testify or otherwise participate in a civil trial or evidentiary hearing by video conferencing from a remote location."

**WHEREAS:** In light of the COVIC-19 pandemic, and in order to protect the health and safety of the general public, Cook County Circuit Court Judges and court personnel, and after consultation with the 1st Municipal Advisory Committee; it is hereby ordered:

**REMOTE COURT HEARINGS GENERALLY.** Beginning July 6, 2020 all First Municipal District Civil Cases will be heard via Zoom conference on the date and time the matter has been set by order of the Court. All parties shall be notified of the date and time by the clerk. Remote participation in court proceedings by video conference requires an internet connection. Parties may enter www.zoom.us in their browser and select "Join a Meeting" on the home page where they will be e prompted to enter the "Meeting ID" and "Password." To access the video conference, parties must enter the Meeting ID Password that corresponds to the courtroom where their case is pending listed in the following "Schedule of First Municipal Courtroom, Zoom Meeting IDs and Passwords" (hereinafter the "Schedule").

**ZOOM MEETING IDS AND PASSWORDS**

| COURTROOM | ZOOM MEETING ID | ZOOM SESSION PASSWORD |
|---|---|---|
| 409 | 924 2449 2824 | 346609 |

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

TYPE: Court NTC

FILED DATE: 5/1/2023 12:00 AM 20231109810

| | | |
|---|---|---|
| 1101 | 952 3043 8872 | 317905 |
| 1102 | 941 3131 4606 | 361176 |
| 1104 | 980 6912 3450 | 195933 |
| 1106 | 912 0010 9326 | 455806 |
| 1108 | 964 2925 3412 | 241565 |
| 1110 | 937 6444 5664 | 172880 |
| 1112 | 939 2925 9564 | 821022 |
| 1302 | 922 8830 9469 | 480525 |
| 1304 | 968 5798 1338 | 593485 |
| 1306 | 920 4115 9796 | 715348 |
| 1307 | 947 9378 9734 | 712192 |
| 1308 | 922 9098 9545 | 499080 |
| 1310 | 954 2504 0966 | 029524 |
| 1401 | 930 9949 4868 | 544388 |
| 1402 | 914 3045 9929 | 898778 |
| 1403 | 944 1848 7325 | 087880 |
| 1404 | 938 9278 5386 | 132873 |
| 1406 | 914 5130 7835 | 826324 |
| 1408 | 953 1943 0522 | 159886 |
| 1409 | 973 7875 2758 | 026297 |
| 1410 | 987 2834 2570 | 467433 |
| 1501 | 970 2938 9818 | 380923 |
| 1503 | 939 9214 4482 | 773102 |
| 1505 | 986 6707 2390 | 532802 |
| 1510 | 919 3031 9452 | 814638 |

Parties will be admitted to a "waiting room" and the court will "admit" them to the "meeting" when the call begins or when their case is called. Absent an internet connection, remote participation in court proceedings is possible by telephone by dialing (312) 626-6799 and, when prompted, entering the same Meeting ID and Password contained in the Schedule. Those who lack access to a computer or smart phone may appear in person on the date and time as notified by the clerk.

FILED
5/1/2023 12:00 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
Courtroom, 1101

FILED DATE: 5/1/2023 12:00 AM 20231109810

22507685

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Bank of America, N.A.
Plaintiff,
vs.

CALVIN CARTER
Defendant(s).

No. 20231109810

Return Date: Location: Court Room 1101

Total Amount Claimed: $7,599.65
plus court costs

System Generated Hearing Date: 4/4/2024 9:00 AM

Judge: Allegretti, John Michael

## COMPLAINT

NOW COMES the Plaintiff, by and through its attorneys, Blitt and Gaines, P.C., and complaining of the Defendant, states as follows:

1. This is an action for damages that are within the jurisdictional limits of the Court, exclusive of costs.

2. Venue for this action is proper in this Court because the Defendant is a resident of this county.

3. Plaintiff is a national banking association organized and existing under the laws of the United States of America and having its principal place of business in Charlotte, North Carolina.

4. Plaintiff is a wholly-owned subsidiary of Bank of America Corporation and the successor-in-interest to FIA Card Services, N.A. ("FIA"), formerly known as MBNA America Bank, N.A. FIA was merged into and under the charter and title of Plaintiff effective October 1, 2014.

5. Defendant is an adult individual residing in this county.

6. Defendant applied for and received a credit account, which is owned and administrated by Plaintiff (the "Account"). Defendant used or authorized the use of the Account for the acquisition of goods, services, balance transfers or cash advances.

7. Defendant breached the Agreement by failing to make periodic payments as required thereby and the Account was subsequently charged-off. The entire balance on the Account is owed to Plaintiff and is presently due and payable in full.

FILED DATE: 5/1/2023 12:00 AM 20231109810

8. The current Account balance is $7,599.65, which includes any applicable payments and credits. The Account is not accruing post charge-off interest.

9. In accordance with federal regulations, monthly periodic statements for the Account have been provided to the Defendant. Attached hereto and incorporated herein is a copy of the affidavit and last periodic statement provided to Defendant prior to charge-off. Based on Plaintiff's records, there are no unresolved billing disputes related to the Account.

10. This suit has been filed within the relevant statute of limitations.

WHEREFORE, Plaintiff, Bank of America, N.A. prays that judgment be entered against Defendant for $7,599.65 plus costs.

Blitt and Gaines, P.C.
Attorney for Plaintiff
775 Corporate Woods Parkway
Vernon Hills, IL 60061
(800) 998-4592 TTY: 711
pleadings2@blittandgaines.com
23015012
32887

/s/ Karen Kopf ARDC# 6294990

Attorney for Plaintiff

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

BANK OF AMERICA, N.A.
Plaintiff

20231109810

v.

CALVIN CARTER
Defendant

**CREDIT CARD OR DEBT BUYER COLLECTION ACTION AFFIDAVIT**
**(SUPREME COURT RULE 280.2)**

INSTRUCTIONS: Provide the following information. Supreme Court Rule 280.1 provides the definitions of the terms in this Affidavit.

Comes now affiant, and states:

I am a designated full-time employee of Bank of America, N.A. (Plaintiff)

I am of adult age and am fully authorized by Plaintiff to make the following representations. I am familiar with the record keeping practices of Plaintiff. The following representations are true according to documents kept in the normal course of Plaintiff's business and/or my personal knowledge:

1. IDENTIFICATION ABOUT THE CONSUMER DEBT OR ACCOUNT

Complete the tables.

a. As of charge-off date:

| Full name of the creditor | Full name of the defendant as it appears on the account | Last four digits of the account number | Date the account was opened or the debt originated | Nature of the debt, (credit card debt, payday loan, retail installment loan, etc.) |
|---|---|---|---|---|
| Bank of America, N.A. | CALVIN CARTER | XXXXXXXXXXXX1777 | 02/05/2016 | Credit Card Debt or other unsecured loan |

b. The most recent activity on the account prior to or after charge-off, includes:

| Amount of Charge-off Balance | Charge-off Date | Date of Last Payment(s)* | Total Amount of Last Payment(s) | Total Amount of Credits and/or Payments Since Charge-off Date** |
|---|---|---|---|---|
| $7599.65 | 10/31/2022 | 02/12/2022 | $2.00 | $ 0.00 |

*Last payment on the account, pre- or post-charge-off.
**Credits or payments made within 30 days of the signing of this affidavit may not be reflected.

c. For a revolving credit account, Plaintiff further certifies that it has in its possession and can produce on request the most recent monthly statement recording a purchase, transaction, last payment, or balance transfer.

2. PROOF OF OWNERSHIP OR RIGHT TO SUE FOR DEBT BUYERS
Complete the table and list the prior owners or creditors since the charge-off date. Start with the first assignment through the current creditor or owner of the consumer debt. List in chronological order, beginning with the first assignment:

| From (Name) | To (Name) | Date of Assignment |
|---|---|---|
| | | |
| | | |
| | | |

☒ Does not apply – Plaintiff is the charge-off creditor.

ID: 715702126700

FILED DATE: 5/1/2023 12:00 AM 20231109810

3. ADDITIONAL ACCOUNT INFORMATION AFTER CHARGE-OFF

Plaintiff is seeking additional amounts after the charge-off date:

☒ No*

☐ Yes

- ☐ Total amount of interest accrued: $__________;
- ☐ Total amount of non-interest charges or fee accrued $__________;
- ☐ Plaintiff is seeking attorney's fees in the amount of $__________.
- ☐ Returned payment(s) in the amount of $__________.

**Balance due and owing as of date of affidavit: $ 7599.65.**

*Costs prayed for in the Complaint will not be reflected.

Affiants may certify their statements pursuant to section 1-109 of the Code of Civil Procedure or have their signature notarized in the manner required by law.

Under penalties as provided by law under section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that [s]he verily believes the same to be true.

| Brianna C. Vascos | [signature] | MAR 2 1 2023 |
|---|---|---|
| Name of Affiant | Signature of Affiant | Date |

FILED DATE: 5/1/2023 12:00 AM 20231109810

# SEPARATOR PAGE

FILED DATE: 5/1/2023 12:00 AM 20231109810

BANK OF AMERICA

P O BOX 15284
WILMINGTON, DE 19850

**Customer Service Information:**
www.bankofamerica.com
1.800.421.2110
**Mail billing inquiries to:**
Bank of America
P.O. Box 672050
Dallas TX 75267-2050
**Mail payment to:**
Bank of America
P.O. Box 851001
Dallas TX 75285-1001

CALVIN CARTER
5006 S BLACKSTONE AVE APT 104
CHICAGO IL 60615-3045

**Visa Signature®**
Account# [redacted] 1777
September 8 - October 7, 2022

## Account Summary

| | |
|---|---|
| Previous Balance | $7,451.32 |
| Payments and Other Credits | $0.00 |
| Purchases and Adjustments | $0.00 |
| **Fees Charged** | **$0.00** |
| **Interest Charged** | **$148.33** |
| New Balance Total | $7,599.65 |
| Total Credit Line | $6,900.00 |
| Total Credit Available | $0.00 |
| Cash Credit Line | $1,700.00 |
| Portion of Credit Available for Cash | $0.00 |
| Statement Closing Date | 10/07/2022 |
| Days in Billing Cycle | 30 |

## Payment Information

| | |
|---|---|
| New Balance Total | $7,599.65 |
| Current Payment Due | $222.00 |
| Past Due Amount | $1,582.00 |
| Total Minimum Payment Due | $1,804.00 |
| Payment Due Date | 11/04/2022 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to **$39.00** and your APRs may be increased up to the Penalty APR of **29.99%.**
**Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the Total Minimum Payment | 21 years | $18,386.00 |

**If you would like information about credit counseling services, call 866.300.5238.**

07 [redacted]

BANK OF AMERICA
P.O. BOX 851001
DALLAS TX 75285-1001

Account Number: [redacted] 1777

| | |
|---|---|
| New Balance Total | $7,599.65 |
| Total Minimum Payment Due | $1,804.00 |
| Payment Due Date | 11/04/2022 |

Enter payment amount $ .

CALVIN CARTER
5006 S BLACKSTONE AVE APT 104
CHICAGO IL 60615-3045

*For change of address/phone number, see reverse side.*
*Make your payment online at www.bankofamerica.com or*
Mail this coupon along with your check payable to: Bank of America

[redacted]

FILED DATE: 5/1/2023 12:00 AM 20231109810



## IMPORTANT INFORMATION ABOUT THIS ACCOUNT

**PAYING INTEREST** - We will not charge interest on Purchases on the next statement if you pay the New Balance Total in full by the Payment Due Date, and you had paid in full by the previous Payment Due Date. We will begin charging interest on Balance Transfers and Cash Advances on the transaction date.

**TOTAL INTEREST CHARGE COMPUTATION** - Interest Charges accrue and are compounded on a daily basis. To determine the Interest Charges, we multiply each Balance Subject to Interest Rate by its applicable Daily Periodic Rate and that result is multiplied by the number of days in the billing cycle. To determine the total Interest Charge for the billing cycle, we add the Periodic Rate Interest Charges together. A Daily Periodic Rate is calculated by dividing an Annual Percentage Rate by 365.

**HOW WE ALLOCATE YOUR PAYMENTS** - Payments are allocated to posted balances. If your account has balances with different APRs, we will allocate the amount of your payment equal to the Total Minimum Payment Due to the lowest APR balances first (including transactions made after this statement). Payment amounts in excess of your Total Minimum Payment Due will be applied to balances with higher APRs before balances with lower APRs.

**IMPORTANT INFORMATION ABOUT PAYMENTS BY PHONE** - When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. To cancel, call us before the scheduled payment date. Same-day payments cannot be edited or canceled.

**YOUR CREDIT LINES** - The Total Credit Line is the amount of credit available for the account; however, only a portion of that is available for Bank Cash Advances. The Cash Credit Line is that amount you have available for Bank Cash Advances. Generally, Bank Cash Advances consist of ATM Cash Advances, Over the Counter (OTC) Cash Advances, Same-Day Online Cash Advances, Overdraft Protection Cash Advances, Cash Equivalents, and applicable transaction fees.

**MISCELLANEOUS** - Promotional Rate End Date: This date is based on a future statement closing date. If you change your payment due date, this date could change. The New Balance Total which appears on this statement is not a payoff amount and may be subject to additional interest charges when you pay in full after your statement closing date. Please contact the customer service number located on the front of this statement for a pay-off amount. Virtual cards are the digital form of your eligible physical credit cards stored within a digital wallet.

© 2022 Bank of America Corporation

**CALCULATION OF BALANCES SUBJECT TO INTEREST RATE**

Average Daily Balance Method (including new Purchases): We calculate separate Balances Subject to an Interest Rate for Purchases and for each Introductory or Promotional Offer balance consisting of Purchases. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we: (1) take the beginning balance; (2) add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance; (3) add new Purchases, new Account Fees, and new Transaction Fees; and (4) subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

Average Balance Method (including new Balance Transfers and new Cash Advances): We calculate separate Balances Subject to an Interest Rate for Balance Transfers, Cash Advances, and for each Introductory or Promotional Offer balance consisting of Balance Transfers or Cash Advances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle balance" - a Pre-Cycle balance is a Balance Transfer or a Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we: (1) take the beginning balance; (2) add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance; (3) add new Balance Transfers, new Cash Advances and Transaction Fees; and (4) subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle balance: (1) we take the beginning balance attributable solely to Pre-Cycle balance (which will be zero on the transaction date of the first Pre-Cycle balance); (2) add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance; (3) and add only the applicable Pre-Cycle balances and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

For the complete terms and conditions of your account, consult your Credit Card Agreement. This account is issued and administered by Bank of America. Bank of America is a registered trademark of Bank of America Corporation.

**PAYMENTS** - We credit mailed payments as of the date received, if the payment is: (1) received by 5 p.m. local time at the address shown on the remittance portion of your monthly statement; (2) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order; and (3) sent in the return envelope with only the remittance portion of your statement accompanying it. Payments received by mail after 5 p.m. local time at the remittance address on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. Payments made online or by phone will be credited as of the date of receipt if made by 5 p.m. Central. Credit for any other payments may be delayed up to five days. Cash payments made with our tellers will only be accepted with a valid identification (ID).

No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop payment, your letter must reach us at least three business days before the automatic payment is scheduled to occur.

**Change of Address/Phone number: Online at www.bankofamerica.com**

**Please do not add any written communication in this space.**

FILED DATE: 5/1/2023 12:00 AM 20231109810



## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Interest Charged** | | | | |
| 10/07 | 10/07 | INTEREST CHARGED ON PURCHASES | | | 148.33 | |
| 10/07 | 10/07 | INTEREST CHARGED ON BALANCE TRANSFERS | | | 0.00 | |
| 10/07 | 10/07 | INTEREST CHARGED ON DIR DEP&CHK CASHADV | | | 0.00 | |
| 10/07 | 10/07 | INTEREST CHARGED ON BANK CASH ADVANCES | | | 0.00 | |
| | | **TOTAL INTEREST CHARGED FOR THIS PERIOD** | | | | **$148.33** |

| 2022 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2022 | $312.00 |
| Total interest charged in 2022 | $1,264.83 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| **Purchases** | 23.99%V | | | | $ 7,522.78 | $ 148.33 |
| **Balance Transfers** | 23.99%V | | | | $ 0.00 | $ 0.00 |
| **Direct Deposit and Check Cash Advances** | 26.99%V | | | | $ 0.00 | $ 0.00 |
| **Bank Cash Advances** | 27.99%V | | | | $ 0.00 | $ 0.00 |

APR Type Definitions Daily Interest Rate Type: V= Variable Rate (rate may vary)

## Important Messages

You're a valued customer and we want you to know that we haven't received your current payment due. Please send your payment due today. If you've already mailed it, thank you.

Your statement balance exceeds the Total Credit Line. To ensure uninterrupted use of your account, please make a payment to bring your balance under the Total Credit Line. There is no fee for being over your Total Credit Line.

When this statement was created, the account's Credit Line was in a restricted status and not available for use.

You can request a copy of this statement in either Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

FILED DATE: 5/1/2023 12:00 AM 20231109810

## Your Reward Summary

| | |
|---|---|
| .00 | BASE EARNED THIS MONTH |
| .00 | TOTAL AVAILABLE |

**Make the most of your rewards program today!**

¿Estados de cuenta en español?
¡Podemos hacerlos para usted!

Llame al **800.688.6086** o visite
su centro financiero más cercano.

Se aplican exclusiones No se encuentra disponible para cuentas comerciales, Merrill, Private Bank y Pequeñas Empresas

Statements in Spanish?
We can do that for you!

Call **800.432.1000**, or visit
your nearest financial center.

Exclusions apply. Not available for Commercial, Merrill, Private Bank and Small Business accounts.

SSM-06-22-0476B | 4804877

System Generated Hearing Date: 4/4/2024 9:00 AM
Location: Court Room 1101
Judge: Allegretti, John Michael

FILED DATE: 5/1/2023 12:00 AM 20231109810

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

CASE NUMBER 22507685

Bank of America, N.A.
Plaintiff.
-VS-
Calvin Carter
Defendant(s).

20231109810

FILED
5/1/2023 12:00 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
Courtroom, 1101

**AFFIDAVIT AS TO MILITARY SERVICE**

The undersigned attorney certifies:

With respect to defendant Calvin Carter, 5006 S Blackstone Ave Apt 104 Chicago IL 60615-3045

☐ The Defendant is a Servicemember in Military Service as those terms are defined in the Servicemembers Civil Relief Act, 50 U.S.C. § 3931.
☒ The Defendant is not a Servicemember in Military Service as those terms are defined in the Servicemembers Civil Relief Act, 50 U.S.C. § 3931
☐ I am unable to determine whether the Defendant is a Servicemember in the Military Service of the United States of America as those terms are defined in the Servicemembers Civil Relief Act, 50 U.S.C. § 3931

This affidavit is based on these facts: The Department of Defense Web page https://scra.dmdc.osd.mil/scra/#/home (See Attached)

/s/ Karen Kopf ARDC# 6294990

4/26/2023
Date

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the above signed certified that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief as to such matters the above signed certified as aforesaid that he verily believes the same to be true.

Blitt and Gaines, P.C.
Attorney for Plaintiff
775 Corporate Woods Parkway
Vernon Hills, IL 60061
(800) 998-4592 TTY: 711 P
(847) 499-7599 F
pleadings2@blittandgaines.com
23015012

FILED DATE: 5/1/2023 12:00 AM 20231109810

Department of Defense Manpower Data Center

Results as of : Apr-26-2023 05:26:17 AM

SCRA 5.16

## Status Report
## Pursuant to Servicemembers Civil Relief Act

Last Name: CARTER
First Name: CALVIN
Middle Name:
Status As Of: Apr-26-2023
Certificate ID: S10G0MNP8B5SSQ5

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Michael V. Sorrento

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955

File #: 23015012_Cook

FILED DATE: 5/1/2023 12:00 AM 20231109810

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

File #: 23015012_Cook

EXHIBIT H

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinoi[s courts.]

| STATE OF ILLINOIS, CIRCUIT COURT COUNTY | ANSWER/RESPONSE TO COMPLAINT/PETITION | For Court Us[e Only] |
|---|---|---|

**Instructions**

Directly above, enter the name of the county where the case was filed.

Enter the name of the person or company that filed this case as Plaintiff/Petitioner.

Bank of America N.A.
Plaintiff / Petitioner *(First, middle, last name or Company)*

v.

Enter your name as the Defendant/ Respondent.

Calvin Carter
Defendant / Respondent *(First, middle, last name)*

Enter the Case Number given by the Circuit Clerk.

2023 1109-310
Case Number

In 1, enter your full name.

1. My name is: ______ *First* ______ *Middle* ______ *Last*
and I am the Defendant/Respondent.

In 2, enter the number and letter of each paragraph and subparagraph in the Complaint/Petition.

- Check "Admit" if you agree all of the statements in the paragraph are true; or
- Check "Deny" if you disagree with any of the statements in the paragraph; or
- Check "Do Not Know" if you do not know if all of the statements in the paragraph are true or false. This means you do not have enough information to truthfully admit or deny the statements.

2. My *Answer/Response to Complaint/Petition* is:

| Paragraph Number | Subparagraph Letter *(if applicable)* | | | |
|---|---|---|---|---|
| See Attachment | | ☐ Admit | ☐ Deny | ☐ Do Not Know |
| | | ☐ Admit | ☐ Deny | ☐ Do Not Know |
| | | ☐ Admit | ☐ Deny | ☐ Do Not Know |
| | | ☐ Admit | ☐ Deny | ☐ Do Not Know |
| | | ☐ Admit | ☐ Deny | ☐ Do Not Know |
| | | ☐ Admit | ☐ Deny | ☐ Do Not Know |
| | | ☐ Admit | ☐ Deny | ☐ Do Not Know |
| | | ☐ Admit | ☐ Deny | ☐ Do Not Know |
| | | ☐ Admit | ☐ Deny | ☐ Do Not Know |
| | | ☐ Admit | ☐ Deny | ☐ Do Not Know |
| | | ☐ Admit | ☐ Deny | ☐ Do Not Know |
| | | ☐ Admit | ☐ Deny | ☐ Do Not Know |
| | | ☐ Admit | ☐ Deny | ☐ Do Not Know |
| | | ☐ Admit | ☐ Deny | ☐ Do Not Know |
| | | ☐ Admit | ☐ Deny | ☐ Do Not Know |
| | | ☐ Admit | ☐ Deny | ☐ Do Not Know |
| | | ☐ Admit | ☐ Deny | ☐ Do Not Know |
| | | ☐ Admit | ☐ Deny | ☐ Do Not Know |
| | | ☐ Admit | ☐ Deny | ☐ Do Not Know |
| | | ☐ Admit | ☐ Deny | ☐ Do Not Know |
| | | ☐ Admit | ☐ Deny | ☐ Do Not Know |
| | | ☐ Admit | ☐ Deny | ☐ Do Not Know |
| | | ☐ Admit | ☐ Deny | ☐ Do Not Know |
| | | ☐ Admit | ☐ Deny | ☐ Do Not Know |

Enter the Case Number given by the Circuit Clerk: 2023 1109810

| | | | | |
|---|---|---|---|---|
| ______ | ______ | ☐ Admit | ☐ Deny | ☐ Do Not Know |
| ______ | ______ | ☐ Admit | ☐ Deny | ☐ Do Not Know |

If you run out of space, list additional paragraphs on an *Additional Paragraphs for Answer/Response to Complaint/Petition* form, check the box, and file it with this form.

☐ I have listed additional statements on the *Additional Paragraphs for Answer/Response to Complaint/Petition* form.

735 ILCS 5/2-605(a) requires that if the Complaint/Petition is verified by oath that the *Answer/Response to Complaint/Petition* must also be verified.

**If the Complaint/Petition is verified by oath, then I certify that my answers above are true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.**

735 ILCS 5/2-610(b) requires that you swear to a lack of knowledge if you cannot admit or deny any of the statements in the Complaint/Petition.

**Where I answer "Do Not Know" to paragraphs in section 2, above, I certify that I do not have enough information to admit or deny the statements in these paragraphs. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.**

Il. Supreme Court Rule 137 requires the *Answer/Response to Complaint/Petition* be signed.

If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name.

Enter your complete address, telephone number, and email address, if you have one.

/s/ [signature]
*Your Signature*

5006 S. Blackstone Ave. Apt 104
*Street Address*

Calvin Carter
*Your Name*

Chicago, IL, 60615
*City, State, ZIP*

312-342-1329
*Telephone*

______
*Email*

______
*Attorney # (if any)*

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

## PROOF OF DELIVERY

In 1a, enter the name, mailing address, and email address of the party you are sending the document to. If they have a lawyer, you must enter the lawyer's information.

1. I am sending the *Answer/Response to Complaint/Petition*

   a. To:
   Name: Blitt and Gaines PC
   *First* *Middle* *Last*
   Address: 775 Corporate Woods Pkwy Vernon Hills, IL, 60061
   *Street, Apt #* *City* *State* *ZIP*
   Email address: ______

In 1b, check the box to show how you are sending the document.

**CAUTION:** If you and the person you are sending the document to have an email address, you **must** use one of the first two options. Otherwise, you may use one of the other options.

   b. By:
   ☐ An approved electronic filing service provider (EFSP)
   ☐ Email *(not through an EFSP)*
   *Only use one of the methods below if you do not have an email address, or the person you are sending the document to does not have an email address.*

Enter the Case Number given by the Circuit Clerk: 20231109810

☐ Personal hand delivery to:
- ☐ The party
- ☐ The party's family member who is 13 or older, at the party's residence
- ☐ The party's lawyer
- ☐ The party's lawyer's office

☑ Mail or third-party carrier

In c, fill in the date and time that you are sending the document.

c. On: 3-18-24 (Date) at: 530 (Time) ☐ a.m. ☑ p.m.

In 2, if you are sending the document to more than 1 party or lawyer, fill in a, b, and c. Otherwise leave 2 blank.

2. I am sending the *Answer/Response to Complaint/Petition*

In 2a, enter the name, mailing address, and email address of the party you are sending the document to. If they have a lawyer, you must enter the lawyer's information.

a. To:
Name: ____________ First ____________ Middle ____________ Last
Address: ____________ Street, Apt # ____________ City ____________ State ____________ ZIP
Email ____________

In 2b, check the box to show how you are sending the document.

CAUTION: If you and the person you are sending the document to have an email address, you must use one of the first two options. Otherwise, you may use one of the other options.

b. By:
- ☐ ~~An approved electronic filing service provider (EFSP)~~
- ☐ Email *(not through an EFSP)*

*Only use one of the methods below if you do not have an email address, or the person you are sending the document to does not have an email address.*

- ☐ Personal hand delivery to:
  - ☐ The party
  - ☐ The party's family member who is 13 or older, at the party's residence
  - ☐ The party's lawyer
  - ☐ The party's lawyer's office
- ☐ Mail or third-party carrier

In c, fill in the date and time that you are sending the document.

c. On ____________ (Date) at ____________ (Time) ☐ a.m. ☐ p.m.

If you are sending your document(s) to more than 2 parties or lawyers, check the box and file the *Additional Proof of Delivery* with

☐ I have completed an *Additional Proof of Delivery* form.

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**I certify that everything in the *Proof of Delivery* is true and correct. I understand that a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.**

If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name.

Enter your complete address, telephone number, and email address if you have one.

/s/ Calvin Carter — Your Signature

5006 S. Blackstone Ave. Apt. 104 — Street Address

Calvin Carter — Print Your Name

Chicago, IL, 60615 — City, State, ZIP

____________ — Email

312-342-1329 — Telephone

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

23015012

CALVIN CARTER
5006 S BLACKSTONE AVE APT 104
CHICAGO, IL 60615-3045

**"This communication is from a debt collector"**

**FOR MAILING PURPOSES ONLY**

PL11

TYPE: Coversheet

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**FIRST MUNICIPAL DISTRICT, CIVIL DIVISION**

Bank of America, N.A.

Case No.: 20231109810

Plaintiff,

vs.

Calvin Carter

Defendant(s).

**NOTICE OF MOTION**

TO: Calvin Carter
5006 S Blackstone Ave Apt 104
Chicago Il 60615-3045

12/24/2024 at 2:00 PM

PLEASE TAKE NOTICE that on SEE ABOVE in room 1104 the undersigned will appear before the presiding judge via zoom conference (please see attached zoom instructions)., Cook County Courthouse, 50 West Washington Street, Chicago, IL 60602, and then and there present the following motion, a true copy of which is served upon you herewith:

/s/ Michael L. Starzec - 6230325
Attorney for Plaintiff

PROOF OF SERVICE

I, the undersigned, certify that I served this Notice by the method checked below:

Name: Calvin Carter
Address: 5006 S Blackstone Ave Apt 104, Chicago Il 60615-3045
Email:

☐ Personal Delivery ☐ Messenger
☒ US Mail, Postage Prepaid ☐ Facsimile
☐ Electronic Notice via email or eservice via the clerk of court's e-filing service

By: Matthew F Brower Date: 12/09/2024

Please feel free to contact our office to further discuss your account.

Matthew F Brower

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the above signed certified that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the above signed certified as aforesaid that he verily believes the same to be true.

Blitt and Gaines, P.C.
Attorney for Plaintiff
775 Corporate Woods Parkway
Vernon Hills, IL 60061
Website: www.blittandgaines.com
Email: contactus@blittandgaines.com
Legal Pleadings: ILpleadings@blittandgaines.com
Toll Free Number: (800) 998-4592 TTY: 711 P
Fax: (847) 499-7599 F
FILENO: 23015012
TYPE: Notice
32887

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

**CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**FIRST MUNICIPAL DISTRICT CIVIL DIVISION**
**GENERAL ORDER 2020-12**

# AMENDED

**SUBJECT: Procedures for Civil Division Matters Effective July 6, 2020**

**WHEREAS:** Under Illinois Supreme Court Rule 45 "[t]he court may . . . on its own order, allow a case participant to participate . . . remotely, including by telephone or video conference. Likewise, under Illinois Supreme Court Rule 241 "[t]he court may, ... on its own order, for good cause shown and upon appropriate safeguards, allow a case participant to testify or otherwise participate in a civil trial or evidentiary hearing by video conferencing from a remote location."

**WHEREAS:** In light of the COVIC-19 pandemic, and in order to protect the health and safety of the general public, Cook County Circuit Court Judges and court personnel, and after consultation with the 1st Municipal Advisory Committee; it is hereby ordered:

**REMOTE COURT HEARINGS GENERALLY.** Beginning July 6, 2020 all First Municipal District Civil Cases will be heard via Zoom conference on the date and time the matter has been set by order of the Court. All parties shall be notified of the date and time by the clerk. Remote participation in court proceedings by video conference requires an internet connection. Parties may enter www.zoom.us in their browser and select "Join a Meeting" on the home page where they will be e prompted to enter the "Meeting ID" and "Password." To access the video conference, parties must enter the Meeting ID Password that corresponds to the courtroom where their case is pending listed in the following "Schedule of First Municipal Courtroom, Zoom Meeting IDs and Passwords" (hereinafter the "Schedule").

**ZOOM MEETING IDS AND PASSWORDS**

| COURTROOM | ZOOM MEETING ID | ZOOM SESSION PASSWORD |
|---|---|---|
| 409 | 924 2449 2824 | 346609 |

| | | |
|---|---|---|
| 1101 | 952 3043 8872 | 317905 |
| 1102 | 941 3131 4606 | 361176 |
| 1104 | 980 6912 3450 | 195933 |
| 1106 | 912 0010 9326 | 455806 |
| 1108 | 964 2925 3412 | 241565 |
| 1110 | 937 6444 5664 | 172880 |
| 1112 | 939 2925 9564 | 821022 |
| 1302 | 922 8830 9469 | 480525 |
| 1304 | 968 5798 1338 | 593485 |
| 1306 | 920 4115 9796 | 715348 |
| 1307 | 947 9378 9734 | 712192 |
| 1308 | 922 9098 9545 | 499080 |
| 1310 | 954 2504 0966 | 029524 |
| 1401 | 930 9949 4868 | 544388 |
| 1402 | 914 3045 9929 | 898778 |
| 1403 | 944 1848 7325 | 087880 |
| 1404 | 938 9278 5386 | 132873 |
| 1406 | 914 5130 7835 | 826324 |
| 1408 | 953 1943 0522 | 159886 |
| 1409 | 973 7875 2758 | 026297 |
| 1410 | 987 2834 2570 | 467433 |
| 1501 | 970 2938 9818 | 380923 |
| 1503 | 939 9214 4482 | 773102 |
| 1505 | 986 6707 2390 | 532802 |
| 1510 | 919 3031 9452 | 814638 |

Parties will be admitted to a "waiting room" and the court will "admit" them to the "meeting" when the call begins or when their case is called. Absent an internet connection, remote participation in court proceedings is possible by telephone by dialing (312) 626-6799 and, when prompted, entering the same Meeting ID and Password contained in the Schedule. Those who lack access to a computer or smart phone may appear in person on the date and time as notified by the clerk.

**BLITT AND GAINES, P.C.**
*ATTORNEYS AT LAW*
775 Corporate Woods Parkway
Vernon Hills, IL 60061

Address Correction Requested