ORDER/TRIAL CALL

(2/29/96) CCM1-0613

EXHIBIT E

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
FIRST MUNICIPAL DISTRICT

Court Date: 04/29/2025 at 02:00

LINE NO. 2

Bank of America, N.A.
Plaintiff,

v.

Calvin Carter
Defendant.

Case No. 20231109810

# MOTION CALL ORDER

Present before the court:[____] Plaintiff [ X ] Defendant [ X ] Plaintiff's Counsel [____] Defendant's Counsel

THIS MATTER having come before the Court, the Court having jurisdiction and being fully advised,
IT IS HEREBY ORDERED that the Motion:

4902 [____] to Vacate DWP of ____________ is GRANTED.
[____] Defendant Calvin Carter is defaulted; cause is set for PROVE UP on ________ at 9:30 a. m. in Rm. 1104.
4902 [____] to Vacate Default Judgment of ________ is GRANTED,
4482 [ X ] and this case is set for Trial on 7/15/25 at 9:30 a.m./p.m. in Rm. 1104 IN-PERSON
4406 [____] for Status on ________ at 02:00 a.m./p.m. in Rm. 1104
5902 [____] to Vacate the Default Judgment of ____________ is DENIED.
4902 [____] to Vacate the Dismissal of ________ is GRANTED,
and case is reinstated; Judgment for Bank of America, N.A.
4001 [____] in the amount of $.00plus court costs.
4384 [____] to Vacate Installment Order of ________ is GRANTED, Judgment to stand.
4280 [____] for Summary Judgment in favor of ____________ is GRANTED / DENIED
4226 [____] to Dismiss without prejudice as to Defendant Calvin Carter is GRANTED
( ) [____] Motion to/for ____________ is CONTINUED.
( ) [____] for HEARING at 02:00 a.m./p.m. on ________ in Rm. 1104
( ) [____] with the following briefing schedule: ____________
8031 [____] Judgment is entered in favor of the Plaintiff Bank of America, N.A. and against the Defendant Calvin Carter in the sum of $.00 plus court costs.
( ) [____] Plaintiff granted leave to file dispositive motion.
( ) [____]
[ X ] The Plaintiff's Motion to Strike the Defendant's Rule 280.5 Affidavit is granted.
[___] Defendant to make payments in the amount of each month beginning on until the judgment balance plus costs is paid. In the event the Defendant default on these payments, plaintiff may initiate supplementary proceedings without additional leave of court.

**Attorney No. 32887**
**Blitt and Gaines P.C.**
**Attorney for Plaintiff**
**775 Corporate Woods Parkway**
**Vernon Hills, IL 60061**
**(800) 998-4592 TTY: 711**
**Fax: (847) 499-7599**
**Email: pleadings2@blittandgaines.com**
**FILENO: 23015012**
**TYPE: RESULT ORDER**

ENTERED:

Associate Judge Martin Paul Moltz

Dated: APR 29 2025

MPM

Judge Circuit Court - 1960 Judge's NO.

**MARIYANA T. SPYROPOULOS, CLERK OF THE CIRCUIT COURT OF COOK COUNTY**