**EXHIBIT H**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
FIRST MUNICIPAL DISTRICT

LINE NO. 2
07/15/2025
9:30

Bank of America, N.A.
Plaintiff,
v.
Calvin Carter
Defendant(s).

CASE NO. 20231109810

**TRIAL CALL ORDER**

Present before the court: [ X ] Plaintiff [ X ] Plaintiff's Counsel [ X ] Defendant(s) [___] Defendant's Counsel

THIS MATTER having come before the court, the court having jurisdiction and being fully advised,

IT IS HEREBY ORDERED:

4219 [_____] Defendant Calvin Carter is defaulted; cause set for
4247 [_____] PROVE-UP on ___________, 9:30 Room No. 1104
4406 [_____] Set for STATUS ___________, 9:30 Room No. 1104
4482 [_____] Set for TRIAL ______________________, 9:30 Room No. 1104
8011 [_____] Case Dismissed
[_____] With Prejudice or [_____] Without Prejudice

[_____] Case Dismissed with Leave to Reinstate pursuant to the following agreement: Defendant to pay $__________ plus costs in _____ installment(s) of $___________due ___________. If defendant defaults on agreement, Plaintiff may reinstate and obtain judgment for amount prayed in complaint plus statutory interest plus costs, less credits if any.

8031 [_____] X-Parte Default Judgment for Plaintiff for $7,599.65
v. Calvin Carter. Plaintiff to Notify
4293 [_____] with costs assessed.
8001 [ X ] Judgment for Plaintiff after trial for $ 7599.65 and costs. of $ 458.21
v. Calvin Carter
8002 [_____] Judgment for Defendant ________________________________________ after trial.
8001 [_____] Judgment is entered by agreement for $_____________________________ and statutory interest and costs v. Calvin Carter
9207 [_____] it being further agreed that installment payments be made as follows:
$__________per month due on the ____ day of every month starting ____/____/____
Until the judgment plus statutory interest plus costs are paid in full.
9208 [ X ] The Court finds no just reason for delay in enforcement or appeal of this judgment.
[_____] Plaintiff granted leave to file dispositive motion.
[ X ] The court finds that any testimony & evidence with respect to the commission of fraud by Mike Starzec, Barb Nilsen or any employee of Blitt & Gaines or Bank of America is found to be not credible.
[ X ] Defendant's motion for leave to file motion to clarify is denied

Attorney No. 32887
**Blitt and Gaines, P.C.**
**Attorney for Plaintiff**
**775 Corporate Woods Parkway**
**Vernon Hills, IL 60061**
**(800) 998-4592 TTY: 711**
**Fax: (847) 499-7599**
**Email: pleadings2@blittandgaines.com**
23015012

ENTER:

ENTERED
Judge John M. Allegretti-2116
JUL 15 2025
MARIYANA T. SPYROPOULOS
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

DATE

JUDGE JUDGE'S NO

MARIYANA T. SPYROPOULOS, CLERK OF THE CIRCUIT COURT OF COOK COUNTY