Case: 1:25-cv-13520 Document #: 49-2 Filed: 03/06/26 Page 1 of 1 PageID #:408

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
FIRST MUNICIPAL DISTRICT

LINE NO. 2
07/15/2025
9:30

**EXHIBIT B**

Bank of America, N.A.
Plaintiff,
v.
Calvin Carter
Defendant(s).

CASE NO. 20231109810

## TRIAL CALL ORDER

Present before the court: [X] Plaintiff [X] Plaintiff's Counsel [X] Defendant(s) [___] Defendant's Counsel

THIS MATTER having come before the court, the court having jurisdiction and being fully advised,

IT IS HEREBY ORDERED:

4219 [_____] Defendant Calvin Carter is defaulted; cause set for
4247 [_____] PROVE-UP on __________, 9:30 Room No. 1104
4406 [_____] Set for STATUS __________, 9:30 Room No. 1104
4482 [_____] Set for TRIAL __________________, 9:30 Room No. 1104
8011 [_____] Case Dismissed
[_____] With Prejudice or [_____] Without Prejudice

[_____] Case Dismissed with Leave to Reinstate pursuant to the following agreement: Defendant to pay $__________ plus costs in _____ installment(s) of $__________ due __________. If defendant defaults on agreement, Plaintiff may reinstate and obtain judgment for amount prayed in complaint plus statutory interest plus costs, less credits if any.
8031 [_____] X-Parte Default Judgment for Plaintiff for $7,599.65 v. Calvin Carter. Plaintiff to Notify
4293 [_____] with costs assessed.
8001 [X] Judgment for Plaintiff after trial for $7599.65 and costs. of $458.21 v. Calvin Carter
8002 [_____] Judgment for Defendant ______________________ after trial.
8001 [_____] Judgment is entered by agreement for $______________________ and statutory interest and costs v. Calvin Carter
9207 [_____] it being further agreed that installment payments be made as follows:
$__________per month due on the ____ day of every month starting ___/___/___
Until the judgment plus statutory interest plus costs are paid in full.
9208 [X] The Court finds no just reason for delay in enforcement or appeal of this judgment.
[_____] Plaintiff granted leave to file dispositive motion.
[X] The court finds that any testimony & evidence with respect to the commission of fraud by Mike Starzec, Barb Nilsen or any employee of Blitt & Gaines or Bank of America is found to be not credible.
[X] Defendant's motion for leave to file motion to clarify is denied

**Attorney No. 32887**
**Blitt and Gaines, P.C.**
**Attorney for Plaintiff**
**775 Corporate Woods Parkway**
**Vernon Hills, IL 60061**
**(800) 998-4592 TTY: 711**
**Fax: (847) 499-7599**
**Email: pleadings2@blittandgaines.com**
23015012

ENTER:

ENTERED
Judge John M. Allegretti-2116
JUL 15 2025
MARIYANA T. SPYROPOULOS
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

JUDGE JUDGE'S NO

**MARIYANA T. SPYROPOULOS, CLERK OF THE CIRCUIT COURT OF COOK COUNTY**