FILED
10/18/2026
THOMAS G BRUTON
CLERK, U.S. DISTRICT COURT
BC

Case No: 1:25-CV-13520

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
CALVIN CARTER, Plaintiff,
v.
BANK OF AMERICA, N.A., et al., Defendants.
Case No. 1:25-cv-13520
Judge Mary M. Rowland

**Certificate of Service**

I hereby certify that on October, 18, 2026, I served counsel *electronically using the Court's CM/ECF system, via the Pro Se portal, which will send notification of such filing to all counsel of record*, a true and correct copy of the foregoing **Plaintiff's Motion For Leave To File A Supplemental Memorandum In Support Of His Pending Rule 59(e) Motion**, under Case Number 1:25-cv-13520, upon all counsel of record and parties, including:

- Susan Groh — Counsel for Bank of America, N.A.
- David Schultz and Jennifer Weller — Counsel for DataSearch NY Inc. d/b/a TrakAmerica
- Michael Starzec — Counsel for Blitt & Gaines, P.C.

/s/ Calvin Carter
Calvin Carter, Pro Se
5006 S. Blackstone Ave. Apt. 104
Chicago, IL 60615
calvincarter2026@gmail.com
312-342-1329