**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Calvin Carter
Plaintiff,
v.
Case No.: 1:25−cv−13520
Honorable Mary M. Rowland
Bank of America, N.A., et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 20, 2026:

MINUTE entry before the Honorable Mary M. Rowland: This Court ruled on this matter on 9/17/26. [51−52]. Plaintiff Calvin Carter filed a motion to alter or amend judgment pursuant to Fed. R. Civ. P. 59(e) on 9/21/26. [53]. The Court does not want further briefing on this matter. The motion to alter judgment is set for 11/10/26 at 10:15 AM. Plaintiff's motion for leave to file a supplemental memorandum in support of his Rule 59(e) motion [58] is granted. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.