**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Calvin Carter

Plaintiff,

v.

Case No.: 1:25−cv−13520
Honorable Mary M. Rowland

Bank of America, N.A., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 30, 2026:

MINUTE entry before the Honorable Mary M. Rowland: Plaintiff's motion for clarification [63] is granted. The Court reinstates Plaintiff's motion [53]. Plaintiff's motion for leave to file a supplemental memorandum in support [61] should properly be styled as a notice for supplemental authority. That motion is granted. Plaintiff is to file its supplemental memorandum as a separate docket entry by 11/6/2026. The 11/10/2026 conference remains set. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.